UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG., UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK NA, CRÉDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIÉTÉ GÉNÉRALE, AND RABOBANK GROUP,<br><br>Defendants. | Docket No. 1:12-cv-03419-GBD |

## STIPULATION AND [PROPOSED] ORDER ADJOURNING DEFENDANT MIZUHO CORPORATE BANK, LTD.'s TIME TO ANSWER, MOVE TO DISMISS, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Jeffrey Laydon ("Plaintiff") and defendant Mizuho Corporate Bank, Ltd. ("MHCB"), by and through their respective undersigned counsel, subject to this Court's approval, and to the reservation of rights contained in paragraph 3 below, agree and stipulate as follows:

## RECITALS

WHEREAS, on April 30, 2012, Plaintiff commenced this action in this District by the filing of a summons and complaint (the "Complaint") against the defendants;

WHEREAS Plaintiff has commenced service of the Complaint upon the defendants;

WHEREAS MHCB has agreed to waive service of the Complaint pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, and Plaintiff continues to attempt to serve the other defendants with the Complaint; and

WHEREAS each defendant's response to the Complaint would be due on different dates depending upon the date of service.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. MHCB agrees to waive service of the Complaint pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.

2. MHCB's time to answer, move to dismiss or otherwise respond to the Complaint is hereby adjourned *sine die* and shall be determined by a later stipulation between the parties or order of the Court.

3. Except as to the defense of insufficiency of service of process of the Complaint, none of MHCB's defenses, including without limitation a defense based upon lack of personal jurisdiction, is prejudiced or waived by MHCB's executing, agreeing to, or filing this Stipulation.

4. This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

Dated: June 6, 2012

        **LOWEY DANNENBERG COHEN & HART, P.C.**

        By: _____
            Vincent Briganti
            Geoffrey Horn

        One North Broadway
        White Plains, New York, 10601
        Telephone: 914-997-0500
        Facsimile: 914-997-0035

        *Attorneys for Plaintiff Jeffrey Laydon*

        **SHEARMAN & STERLING LLP**

        By: _____
            Jerome S. Fortinsky
            John A. Nathanson
            Jeffrey J. Resetarits

        599 Lexington Avenue
        New York, NY 10022
        Telephone: 212-848-4000
        Facsimile: 212-848-7179
        jfortinsky@shearman.com
        john.nathanson@shearman.com
        jeffrey.resetarits@shearman.com

        *Attorneys for Defendant Mizuho Corporate Bank, Ltd.*

**SO ORDERED.**

DATED: JUN 12 2012

_____      _____
New York, New York                                HON. GEORGE B. DANIELS
                                                  United States District Judge

Dated: June 6, 2012

        LOWEY DANNENBERG COHEN
        & HART, P.C.

        By: /s/ Vincent Briganti
        Vincent Briganti
        Geoffrey Horn

        One North Broadway
        White Plains, New York, 10601
        Telephone: 914-997-0500
        Facsimile: 914-997-0035

        *Attorneys for Plaintiff Jeffrey Laydon*

        **SHEARMAN & STERLING LLP**

        By: _____
            Jerome S. Fortinsky
            John A. Nathanson
            Jeffrey J. Resetarits

        599 Lexington Avenue
        New York, NY 10022
        Telephone: 212-848-4000
        Facsimile: 212-848-7179
        jfortinsky@shearman.com
        john.nathanson@shearman.com
        jeffrey.resetarits@shearman.com

        *Attorneys for Defendant Mizuho Corporate Bank, Ltd.*

**SO ORDERED.**

DATED:

_____        _____
New York, New York        HON. GEORGE B. DANIELS
                                    United States District Judge