UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>  -against-<br><br>MIZUHO BANK LTD., THE BANK OF TOKYO MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG, UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK, NA, CREDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIETE GENERALE, RABOBANK GROUP,<br><br>      Defendants. | No.: 12-cv-03419 (GBD)<br><br>ECF Case<br><br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the undersigned of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP shall appear as counsel for Deutsche Bank AG, defendant in the above-captioned matter.

Dated:   New York, New York                Respectfully submitted,
         June 18, 2012

                                           PAUL, WEISS, RIFKIND, WHARTON &
                                              GARRISON LLP

                                           By:   /s/ Moses Silverman
                                                 Moses Silverman
                                                 msilverman@paulweiss.com

                                           1285 Avenue of the Americas
                                           New York, New York 10019-6064
                                           Tel.:    (212) 373-3355
                                           Fax:     (212) 492-0355

                                           *Counsel for Defendant*
                                           *Deutsche Bank AG*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2012, I caused the foregoing Notice of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

Dated:    June 18, 2012                                        /s/ Moses Silverman
                                                               Moses Silverman