UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>                      Plaintiffs,<br><br>-against-<br><br>MIZUHO BANK LTD., THE BANK OF TOKYO MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG, UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK, NA, CREDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIETE GENERALE, RABOBANK GROUP,<br><br>                      Defendants. | No.: 12-cv-03419 (GBD)<br><br>ECF Case<br><br><br>**CORPORATE DISCLOSURE STATEMENT** |

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendant Deutsche Bank AG certifies as follows:

       Deutsche Bank AG, a publicly-held corporation organized under the laws of Germany, has no parent corporation.  No publicly-held corporation owns 10 percent or more of Deutsche Bank AG's stock.

| | | |
|---|---|---|
| Dated: | New York, New York<br>June 18, 2012 | Respectfully submitted,<br><br>/s/ Moses Silverman<br>Moses Silverman<br>msilverman@paulweiss.com<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Tel.:   (212) 373-3355<br>Fax:   (212) 492-0355<br><br>*Counsel for Defendant*<br>*Deutsche Bank AG* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2012, I caused the foregoing Corporate Disclosure Statement to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

Dated:   June 18, 2012                                                             /s/ Moses Silverman
                                                                                                    Moses Silverman