AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jeffrey Laydon<br>*Plaintiff*<br>v.<br>Mizuho Bank, Ltd., et al.<br>*Defendant* | )<br>)<br>)   Case No.   12-cv-03419-GBD<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant BNP Paribas S.A.

Date:   06/28/2012

/s/ Joshua A. Goldberg
*Attorney's signature*

Joshua A. Goldberg
*Printed name and bar number*

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
*Address*

jgoldberg@pbwt.com
*E-mail address*

(212) 336-2000
*Telephone number*

(212) 336-2222
*FAX number*