UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>                                        Plaintiffs,<br><br>            -against-<br><br>MIZUHO BANK LTD., THE BANK OF TOKYO MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG, UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK, NA, CREDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIETE GENERALE, RABOBANK GROUP,<br><br>                                        Defendants. | 12-cv-3419 (GBD)<br><br><br>**NOTICE OF APPEARANCE** |

            PLEASE TAKE NOTICE that the undersigned attorney of the law firm Clifford

Chance US LLP, who is a member in good standing of the bar of this Court,  hereby appears as

counsel for Defendant **The Royal Bank of Scotland Group plc.**

Dated: New York, New York
       June 28, 2012

                                        CLIFFORD CHANCE US LLP

                                        By:    S/
                                                James D. Miller

                                        31 West 52nd Street
                                        New York, NY 10019
                                        (212) 878-8000 (phone)
                                        (212) 878-8375 (fax)
                                        James.miller@cliffordchance.com