UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>                                        Plaintiffs,<br>     -against-<br><br>MIZUHO BANK LTD., THE BANK OF TOKYO MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG, UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK, NA, CREDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIETE GENERALE, RABOBANK GROUP,<br><br>                                        Defendants. | 12-cv-3419 (GBD)<br><br>**NOTICE OF APPEARANCE** |

　　　　　PLEASE TAKE NOTICE that the undersigned attorney of the law firm Clifford Chance US LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant **The Royal Bank of Scotland Group plc.**

Dated: New York, New York
           June 28, 2012

　　　　　　　　　　　　　　　　　　　　　　CLIFFORD CHANCE US LLP

　　　　　　　　　　　　　　　　　　　　　　By:    S/_____
　　　　　　　　　　　　　　　　　　　　　　         Alejandra de Urioste

　　　　　　　　　　　　　　　　　　　　　　31 West 52nd Street
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　　(212) 878-8000 (phone)
　　　　　　　　　　　　　　　　　　　　　　(212) 878-8375 (fax)
　　　　　　　　　　　　　　　　　　　　　　Alejandra.deurioste@cliffordchance.com