

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG., UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK NA, CRÉDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIÉTÉ GÉNÉRALE, AND RABOBANK GROUP,<br><br>Defendants. | Docket No. 1:12-cv-03419-GBD |

### STIPULATION AND [PROPOSED] ORDER ADJOURNING DEFENDANT SHINKIN CENTRAL BANK's TIME TO ANSWER, MOVE TO DISMISS, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Jeffrey Laydon ("Plaintiff") and defendant Shinkin Central Bank, by and through their respective undersigned counsel, subject to this Court's approval, and to the reservation of rights contained in paragraph 4 below, agree and stipulate as follows:

## RECITALS

WHEREAS, on April 30, 2012, Plaintiff Jeffrey Laydon commenced this action in this District by the filing of a summons and complaint (the "complaint") against the defendants herein;

WHEREAS, Plaintiff has commenced service of the complaint upon the defendants;

WHEREAS, Plaintiff sent a request for waiver of service of the complaint on May 31, 2012 to Shinkin Central Bank at 114 West 47th Street, New York, NY, which Shinkin Central Bank received on June 4, 2012;

WHEREAS, Shinkin Central Bank has agreed to waive service of the complaint pursuant to Rule 4(d) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.");

WHEREAS, the various defendants' responses to the complaint would be due at various dates depending upon the dates of service;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Shinkin Central Bank agrees to waive service of the complaint pursuant to Fed. R. Civ. P. 4(d).

2. Shinkin Central Bank's time to answer, move to dismiss or otherwise respond to the complaint is hereby adjourned *sine die* and shall be determined by a later stipulation between the parties or Order of the Court.

3. This Stipulation shall not act to shorten the time for response of Shinkin Central Bank that would otherwise have a longer time to respond to the complaint pursuant to the Federal Rules of Civil Procedure or any applicable local rules, and shall be without prejudice to

Shinkin Central Bank's right to seek, and Plaintiff's right to oppose, an additional extension of time to respond to the complaint in this action.

4. Except as to the defense of insufficiency of service of process in this action, no defense of Shinkin Central Bank, including without limitation defenses based upon lack of personal jurisdiction, is prejudiced or waived by Shinkin Central Bank's executing, agreeing to, or filing this Stipulation.

5. This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

[Signatures Follow]

Dated: June 25, 2012

        **LOWEY DANNENBERG COHEN & HART, P.C.**

*[signature]*

Vincent Briganti
Geoffrey Horn
One North Broadway
White Plains, New York, 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
*Attorneys for Plaintiff Jeffrey Laydon*

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*[signature]*

Frederick A. Brodie
1540 Broadway
New York, NY 10036-4039
Tel.: (212) 858-1000
Fax: (212) 858-1500
*Attorneys for Shinkin Central Bank*

SO ORDERED.

JUN 28 2012

DATED:
New York, New York

*[signature]*

HON. GEORGE B. DANIELS
United States District Judge