UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

Jeffrey Laydon,

                Plaintiff

    -against-

Mizuho Bank, Ltd. et al.,

                Defendants.

------------------------------------ x

ORDER

12 CV 3419 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The conference in this matter scheduled for July 5, 2012 is adjourned to July 26, 2012.

Dated: June 29, 2012
       New York, New York

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge