UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
JEFFREY LAYDON, on behalf of himself and all others similarly situated,

      Plaintiffs,

-against-

MIZUHO BANK, LTD., THE BANK OF TOKYO MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG, UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK, NA, CREDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIETE GENERALE, RABOBANK GROUP,

      Defendants.
---------------------------------------------------------------X

No: 12-cv-03419(GBD)

ECF Case

Judge George B. Daniels

NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that Gregory T. Casamento of the firm Locke Lord LLP, 3 World Financial Center, New York, New York 10281, hereby enters his appearance as counsel of record in the above-captioned action for and on behalf of defendant HSBC HOLDINGS PLC. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
      June __, 2012

                                      LOCKE LORD LLP

                                      <u>/s/ Gregory T. Casamento</u>

                                      Gregory T. Casamento
                                      LOCKE LORD LLP
                                      3 World Financial Center
                                      New York, NY 10281
                                      Telephone: (212) 812-8325
                                      Fax: (212) 812-8385
                                      gcasamento@lockelord.com

                                      Ed DeYoung
                                      LOCKE LORD LLP
                                      2200 Ross Avenue, Suite 2200
                                      Dallas, Texas 75201
                                      Telephone: (214) 740-8614
                                      Fax: (214) 740-8800
                                      edeyoung@lockelord.com

                                      *Attorneys for Defendant HSBC Holdings*
                                      *plc, and HSBC Bank plc*