AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | | |
|---|---|---|
| Jeffrey Laydon | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   12-cv-03419-GBD |
| Mizuho Bank, Ltd., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant BNP Paribas S.A.

Date:      07/02/2012

/s/ Ian M. Dumain
*Attorney's signature*

Ian M. Dumain
*Printed name and bar number*

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036

*Address*

idumain @pbwt.com
*E-mail address*

(212) 336-2000
*Telephone number*

(212) 336-2222
*FAX number*