IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
JEFFREY LAYDON, on behalf of himself and all : 
others similarly situated, :
:
                Plaintiff, :
:
      v. :  Case No. 1:12-cv-03419-GBD
:
MIZUHO BANK, LTD., *et al.*, :  ECF Case
:
              Defendants. :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that the undersigned attorney, Daryl A. Libow, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for defendants The Bank of Tokyo-Mitsubishi UFJ, Ltd. and Mitsubishi UFJ Trust and Banking Corporation in the above-captioned action.

Dated:  July 2, 2012
        Washington, D.C.

                                              _s/ Daryl A. Libow_
                                          Daryl A. Libow
                                          SULLIVAN & CROMWELL LLP
                                          1701 Pennsylvania Avenue, N.W.
                                          Washington, D.C. 20006
                                          Telephone:  (202) 956-7650
                                          Facsimile:  (202) 956-6973
                                          libowd@sullcrom.com

                                          *Attorneys for The Bank of Tokyo-Mitsubishi UFJ, Ltd. and Mitsubishi UFJ Trust and Banking Corporation*