IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY LAYDON, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

MIZUHO BANK, LTD., *et al.*,

    Defendants.

Case No. 1:12-cv-03419-GBD

ECF Case

---

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney, Christopher M. Viapiano, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for defendants The Bank of Tokyo-Mitsubishi UFJ, Ltd. and Mitsubishi UFJ Trust and Banking Corporation in the above-captioned action.

Dated: July 2, 2012
   Washington, D.C.

          /s/ Christopher M. Viapiano
          Christopher M. Viapiano
          SULLIVAN & CROMWELL LLP
          1701 Pennsylvania Avenue, N.W.
          Washington, D.C. 20006
          Telephone: (202) 956-6985
          Facsimile: (202) 956-7056
          viapianoc@sullcrom.com

          *Attorneys for The Bank of Tokyo-Mitsubishi UFJ, Ltd. and Mitsubishi UFJ Trust and Banking Corporation*