IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, | : <br> : <br> : |
| Plaintiff, | : |
| v. | : Case No. 1:12-cv-03419-GBD |
| MIZUHO BANK, LTD., *et al.*, | : ECF Case |
| Defendants. | : |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, defendants The Bank of Tokyo-Mitsubishi UFJ, Ltd. and Mitsubishi UFJ Trust and Banking Corporation, by and through their undersigned counsel, certify that they are wholly owned subsidiaries of Mitsubishi UFJ Financial Group, Inc., a publicly held company, and no other publicly held company owns 10% or more of their stock. No publicly held company owns 10% or more of Mitsubishi UFJ Financial Group, Inc.'s stock.

Dated: July 2, 2012
       Washington, D.C.

     /s/ Daryl A. Libow
     Daryl A. Libow
     Christopher M. Viapiano
     SULLIVAN & CROMWELL LLP
     1701 Pennsylvania Avenue, N.W.
     Washington, D.C. 20006
     Telephone:  (202) 956-7500
     Facsimile:  (202) 956-7056
     libowd@sullcrom.com
     viapianoc@sullcrom.com

*Attorneys for The Bank of Tokyo-Mitsubishi UFJ, Ltd. and Mitsubishi UFJ Trust and Banking Corporation*