UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIZUHO BANK LTD., *et al.*,<br><br>Defendant. | Case No. 12 Civ. 3419 (GBD)<br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned of the law firm Bingham McCutchen LLP shall appear as counsel for Defendant Sumitomo Mitsui Banking Corporation in the above-captioned action.

Dated: June 29, 2012
       New York, New York

                                             s/ Michael L. Spafford
                                             Michael L. Spafford
                                             BINGHAM MCCUTCHEN LLP
                                             2020 K Street, NW
                                             Washington, DC 20006
                                             Tel. (202) 373-6190
                                             Fax (202) 373-6001
                                             michael.spafford@bingham.com

                                             *Attorneys for Defendant*
                                             Sumitomo Mitsui Banking Corporation

A/74990345.1