UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIZUHO BANK LTD., *et al.*,<br><br>Defendant. | Case No. 12 Civ. 3419 (GBD)<br><br>ECF Case |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Sumitomo Mitsui Banking Corporation ("SMBC") certifies as follows:

Defendant SMBC is a subsidiary of Sumitomo Mitsui Financial Group, Inc. ("SMFG"), a publicly-held corporation organized under the laws of Japan. SMFG has no parent corporation. No publicly-held corporation owns 10 percent or more of SMFG's stock.

Dated: June 29, 2012
      New York, New York

                                               s/ Michael L. Spafford
                                               Michael L. Spafford
                                               BINGHAM MCCUTCHEN LLP
                                               2020 K Street, NW
                                               Washington, DC 20006
                                               Tel. (202) 373-6190
                                               Fax (202) 373-6001
                                               michael.spafford@bingham.com

                                               *Attorneys for Defendant*
                                               Sumitomo Mitsui Banking Corporation