UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JEFFREY LAYDON, on behalf of himself and all others similarly situated,

Plaintiff,

v.

MIZUHO BANK LTD., *et al.*,

Defendant.

Case No. 12 Civ. 3419 (GBD)

ECF Case

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I Jon R. Roellke, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Sumitomo Mitsui Banking Corporation in the above-captioned action.

I am a member in good standing of the bars of the Commonwealth of Massachusetts and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

A/74969203.1

                          Respectfully submitted,

Dated: June 28, 2012
       New York, New York

_____
Jon R. Roellke
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006
Tel. (202) 373-6119
Fax (202) 373-6001
jon.roellke@bingham.com

*Attorneys for Defendant*
Sumitomo Mitsui Banking Corporation

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-second** day of **December** A.D. **1987**, said Court being the highest Court of Record in said Commonwealth:

**Jon R. Roellke**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **nineteenth** day of **June** in the year of our Lord **two thousand and twelve.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____JON R. ROELLKE_____

was on the __21ST__ day of __FEBRUARY, 1990__

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 18, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIZUHO BANK LTD., *et al.*,<br><br>Defendant. | Case No. 12 Civ. 3419 (GBD)<br><br>ECF Case |

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Jon R. Roellke, for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Massachusetts and the District of Columbia; and that his contact information is as follows:

    Jon R. Roellke
    BINGHAM MCCUTCHEN LLP
    2020 K Street, NW
    Washington, DC 20006
    Tel. (202) 373-6119
    Fax (202) 373-6001
    jon.roellke@bingham.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Sumitomo Mitsui Banking Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

A/74969214.1

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: _____  _____
                                                      United States District / Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this date, June 29, 2012, I caused the annexed Motion for Admission Pro Hac Vice to be served via U.S. regular mail, postage prepaid, on the following.

| | |
|---|---|
| For Plaintiff Jeffrey Laydon: | Vincent Briganti<br>Geoffrey Milbank Horn<br>Lowey Dannenberg Cohen & Hart, P.C.<br>White Plains Plaza<br>One North Broadway<br>Suite 509<br>White Plains, NY 10601 |
| For Defendant The Royal Bank of Scotland Group PLC | Robert Houck<br>Alejandra De Urioste<br>James Miller<br>Clifford Chance US, LLP (NY)<br>31 West 52nd St.<br>New York, NY 10019 |
| For Defendant Deutsche Bank AG: | Andrew Corydon Finch<br>Moses Silverman<br>Jessica Lillian Brach<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Ave. of The Americas<br>New York, NY 10019 |
| For Defendant BNP Paribas S.A. | Joshua Aaron Goldberg<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 |
| For Defendant The Norinchukin Bank: | Alan M. Unger<br>Andrew W. Stern<br>Benjamin Jacob Hoffart<br>Nicholas Primer Crowell<br>Thomas Andrew Paskowitz<br>Sidley Austin LLP (NY)<br>787 Seventh Avenue<br>New York, NY 10019 |

David Marcus