UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, | Case No. 12 Civ. 3419 (GBD) |
| | ECF Case |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| - against - | |
| MIZUHO BANK, LTD., *et al.*, | |
| Defendants. | |

---

PLEASE TAKE NOTICE that MARC J. GOTTRIDGE of the law firm of Hogan Lovells US LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Lloyds Banking Group plc in this action and requests that copies of all papers served in this action be served on the undersigned at the address indicated below.

Dated: New York, New York
      July 6, 2012

HOGAN LOVELLS US LLP

    /s/ Marc J. Gottridge
Marc J. Gottridge
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
marc.gottridge@hoganlovells.com

*Attorneys for Lloyds Banking Group plc*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

Dated: July 6, 2012                                                /s/ Marc J. Gottridge
                                                                                     Marc J. Gottridge