UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: Case No. 12 Civ. 3419 (GBD)
JEFFREY LAYDON, on behalf of himself and all :
others similarly situated, : ECF Case
:
Plaintiff, : **CORPORATE DISLOSURE**
: **STATEMENT**
- against - :
:
MIZUHO BANK, LTD., *et al.*, :
:
Defendants. :
:
---------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendant Lloyds Banking Group plc certifies as follows: Lloyds Banking Group plc, a publicly held corporation, has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York  HOGAN LOVELLS US LLP
July 6, 2012

      /s/ Marc J. Gottridge
Marc J. Gottridge
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
marc.gottridge@hoganlovells.com

*Attorneys for Lloyds Banking Group plc*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

Dated: July 6, 2012                              /s/ Marc J. Gottridge
                                                                                            Marc J. Gottridge