UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                     :

**JEFFREY LAYDON,** on behalf of himself and    :
all others similarly situated,                                       Case No. 1:12-cv-3419-GBD
                                                     :

                        Plaintiff,           :            ECF Case

                                                    :

           -against-                   :         NOTICE OF APPEARANCE AND
                                                  :          REQUEST FOR ELECTRONIC
**MIZUHO BANK,** *et al.,*                    :               NOTIFICATION
                                                      :

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


          PLEASE TAKE NOTICE that The Bank of Yokohama, Ltd. appears in

the case captioned above by its counsel, Gary W. Kubek of Debevoise & Plimpton LLP.

The undersigned respectfully requests that notice of electronic filing of all papers in the

within action be transmitted to him at the address given below.


Dated:  New York, New York
       July 9, 2012



                                DEBEVOISE & PLIMPTON LLP

                                By:

                                  /s/ Gary W. Kubek_____
                                  Gary W. Kubek
                                  gwkubek@debevoise.com

                                  919 Third Avenue
                                  New York, New York  10022
                                  Telephone: (212) 909-6000

                                  *Attorney for The Bank of*
                                  *Yokohama, Ltd.*



23699156v1

2

TO:   CLERK OF THE COURT
United States District Court
Southern District of New York
U.S. Courthouse, Foley Square
New York, New York 10007

LOWEY DANNENBERG COHEN & HART, P.C.
Vincent Briganti, Esq.
One North Broadway
White Plains, New York 10601

2