UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>   -against-<br><br>MIZUHO BANK, *et al.*,<br><br>       Defendants. | Case No. 1:12-cv-3419-GBD<br><br>ECF Case |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant The Bank of Yokohama, Ltd., by and through its undersigned counsel, certifies that it has no parent corporation and that no publicly-held corporation owns more than 10% of its stock.

Dated: New York, New York
    July 9, 2012

                /s/ Gary W. Kubek_____
                Gary W. Kubek
                Jeffrey S. Jacobson
                DEBEVOISE & PLIMPTON LLP
                919 Third Avenue
                New York, New York  10022
                Telephone: (212) 909-6000
                Facsimile: (212) 521-7479
                gwkubek@debevoise.com
                jsjacobson@debevoise.com

                *Attorneys for The Bank of Yokohama, Ltd.*

23699157v1