UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| **JEFFREY LAYDON,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>**MIZUHO BANK,** *et al.*,<br><br>Defendants. | Case No. 1:12-cv-3419-GBD<br><br>ECF Case<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that The Bank of Yokohama, Ltd. appears in the case captioned above by its counsel, Jeffrey S. Jacobson of Debevoise & Plimpton LLP.  The undersigned respectfully requests that notice of electronic filing of all papers in the within action be transmitted to him at the address given below.

Dated:  New York, New York
        July 9, 2012

                                        DEBEVOISE & PLIMPTON LLP

                                        By:

                                            /s/ Jeffrey S. Jacobson_____
                                            Jeffrey S. Jacobson
                                            jsjacobson@debevoise.com

                                            919 Third Avenue
                                            New York, New York  10022
                                            Telephone: (212) 909-6000
                                            Facsimile: (212) 521-7479

                                            *Attorney for The Bank of*
                                            *Yokohama, Ltd.*

23699154v1

TO:    CLERK OF THE COURT
        United States District Court
        Southern District of New York
        U.S. Courthouse, Foley Square
        New York, New York 10007

        LOWEY DANNENBERG COHEN & HART, P.C.
        Vincent Briganti, Esq.
        One North Broadway
        White Plains, New York 10601

23699154v1