UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

JEFFREY LAYDON, on behalf of himself
and all others similarly situated,

        Plaintiff,

    v.

MIZUHO BANK LTD., *et al.*,

        Defendant.

Case No. 12 Civ. 3419 (GBD)

ECF Case

---

## [~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE

The motion of Jon R. Roellke, for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Massachusetts and the District of Columbia; and that his contact information is as follows:

> Jon R. Roellke
> BINGHAM MCCUTCHEN LLP
> 2020 K Street, NW
> Washington, DC 20006
> Tel. (202) 373-6119
> Fax (202) 373-6001
> jon.roellke@bingham.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Sumitomo Mitsui Banking Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

A/74969214.1

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated:   JUL 09 2012   _____
United States District / Magistrate Judge