UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
JEFFREY LAYDON                                                 :
                                                               :
               Plaintiff,                        :
                                                               :
      -against-                                              :    12-CIV-3419 (GBD)
                                                               :
MIZUHO BANK, LTD., THE BANK OF TOKYO-                          :
MITSUBISHI UFJ, LTD., SUMITOMO MITSUI                          :
BANKING CORPORATION, RESONA BANK,                              :
LTD., MIZUHO CORPORATE BANK, LTD., THE                         :
BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ                         :
TRUST AND BANKING CORPORATION,                                 :
MIZUHO TRUST AND BANKING CO., LTD.,                            :
THE SUMITOMO TRUST AND BANKING CO.,                            :
LTD., CITIBANK, JAPAN LTD., JPMORGAN                           :
CHASE BANK, NA, THE ROYAL BANK OF                              :
SCOTLAND GROUP PLC, DEUTSCHE BANK                              :
AG, UBS AG, BNP PARIBAS S.A., SHINKIN                          :
CENTRAL BANK, THE SHOKO CHUKIN BANK,                           :
THE NORINCHUKIN BANK, BARCLAYS BANK                            :
PLC, HSBC HOLDINGS PLC, CITIBANK NA,                           :
CREDIT AGRICOLE CIB, LLOYDS BANKING                            :
GROUP PLC, SOCIETE GENERALE, AND                               :
RABOBANK GROUP                                                 :
                                                               :
               Defendants.                      :
-------------------------------------------------------------- x

## NOTICE OF APPEARANCE

      The undersigned respectfully enters his appearance as counsel for Defendant UBS AG and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant UBS AG. The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
July 11, 2012

                          GIBSON, DUNN & CRUTCHER LLP

                          By:   s/Lawrence J. Zweifach
                                  Lawrence J. Zweifach

                          200 Park Avenue
                          New York, New York 10166-0193
                          (212) 351-4000

                          *Attorneys for Defendant UBS AG*