UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>                                                          Plaintiff,<br>-v-<br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BAQNK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSHCE BANK AG, UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, CITIBANK NA, CREDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIETE GENERALE and RABOBANK GROUP,<br><br>                                                          Defendant. | Case No. 12 CV 3419   (GBD)<br><br>**Rule 7.1 Statement** |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>SHINKIN CENTRAL BANK</u> (a private non-governmental party) certifies that Shinkin Central Bank has no corporate parents, affiliates and/or subsidiaries that are publicly held.

Date:  July 12, 2012

                                                                    *Frederick A Brodie*
                                                                    **Signature of Attorney**
                                                                    Frederick A. Brodie

                                                                    **Attorney Bar Code:**  FB 6429