UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 1:12-cv-3419-GBD |
| -against- | : : | ECF Case |
| MIZUHO BANK, *et al.*, | : : : : | |
| Defendants. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - -------x

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

     Pursuant to Fed. R. Civ. P. 7.1, defendant BNP Paribas SA, by and through its undersigned counsel, certifies that it is a publicly traded corporation, has no parent corporation, and that no publicly held corporation owns more than 10% of its stock.

Dated: New York, New York
July 12, 2012

                                                 /s/ Ian M. Dumain
                                             Joshua A. Goldberg
                                             Ian M. Dumain
                                             Patterson Belknap Webb & Tyler LLP
                                             1133 Avenue of the Americas
                                             New York, New York 10036
                                             Telephone: (212) 336-2000
                                             Facsimile: (212) 336-2222
                                             idumain@pbwt.com

                                             *Attorneys for BNP Paribas SA*