UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
JEFFREY LAYDON                                                    :
                                                                  :
                Plaintiff,                                 :
                                                                  :
        -against-                                            :    12-CIV-3419 (GBD)
                                                                  :
MIZUHO BANK, LTD., THE BANK OF TOKYO-                             :
MITSUBISHI UFJ, LTD., SUMITOMO MITSUI                             :
BANKING CORPORATION, RESONA BANK,                                 :
LTD., MIZUHO CORPORATE BANK, LTD., THE                            :
BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ                            :
TRUST AND BANKING CORPORATION,                                    :
MIZUHO TRUST AND BANKING CO., LTD.,                               :
THE SUMITOMO TRUST AND BANKING CO.,                               :
LTD., CITIBANK, JAPAN LTD., JPMORGAN                              :
CHASE BANK, NA, THE ROYAL BANK OF                                 :
SCOTLAND GROUP PLC, DEUTSCHE BANK                                 :
AG, UBS AG, BNP PARIBAS S.A., SHINKIN                             :
CENTRAL BANK, THE SHOKO CHUKIN BANK,                              :
THE NORINCHUKIN BANK, BARCLAYS BANK                               :
PLC, HSBC HOLDINGS PLC, CITIBANK NA,                              :
CREDIT AGRICOLE CIB, LLOYDS BANKING                               :
GROUP PLC, SOCIETE GENERALE, AND                                  :
RABOBANK GROUP                                                    :
                                                                  :
                Defendants.                                :
----------------------------------------------------------------- x

## NOTICE OF APPEARANCE

       The undersigned respectfully enters her appearance as counsel for Defendant UBS AG and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant UBS AG.  The undersigned certifies that she is admitted to practice in this Court.

Dated: New York, New York
July 16, 2012

                                            GIBSON, DUNN & CRUTCHER LLP

                                            By:  s/Rachel A. Lavery
                                                 Rachel A. Lavery

                                            200 Park Avenue
                                            New York, New York 10166-0193
                                            (212) 351-4000

                                            *Attorneys for Defendant UBS AG*