IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG., UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK NA, CRÉDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIÉTÉ GÉNÉRALE, AND RABOBANK GROUP,<br><br>Defendants. | Docket No. 1:12-cv-03419-GBD |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney of the law firm White & Case LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel on behalf of Defendant Crédit Agricole Corporate & Investment Bank in the above-captioned action.

Dated: July 17, 2012
New York, New York

                        Respectfully submitted,

                        WHITE & CASE LLP

By:   /s/ Andrew Hammond
       Andrew Hammond

       1155 Avenue of the Americas
       New York, New York 10036
       Tel.: (212) 819-8297
       Fax: (212) 354-8113
       ahammond@ny.whitecase.com

*Counsel for Defendant Crédit Agricole CIB*