IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, | Docket No. 1:12-cv-03419-GBD |
| Plaintiff, | |
| - against - | |
| MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG., UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK NA, CRÉDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIÉTÉ GÉNÉRALE, AND RABOBANK GROUP, | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney of the law firm White & Case LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel on behalf of Defendant Crédit Agricole Corporate & Investment Bank in the above-captioned action.

Dated: July 17, 2012
      Washington, D.C.

                                      Respectfully submitted,

                                      WHITE & CASE LLP

By:   /s/ Darryl Lew
        Darryl Lew

        701 Thirteenth Street, NW
        Washington, D.C. 20005
        Tel.: (202) 626-3674
        Fax: (202) 639-9355
        dlew@washdc.whitecase.com

*Counsel for Defendant Crédit Agricole CIB*