IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG., UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK NA, CRÉDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIÉTÉ GÉNÉRALE, AND RABOBANK GROUP,<br><br>Defendants. | Docket No. 1:12-cv-03419 (GBD) |

**RULE 7.1 STATEMENT OF DEFENDANT CRÉDIT AGRICOLE CIB**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Crédit Agricole Corporate & Investment Bank certifies that Crédit Agricole S.A., a publicly held corporation, owns more than 10% of Crédit Agricole Corporate & Investment Bank.

- 2 -

Dated: July 17, 2012
New York, New York

                                Respectfully submitted,

                                WHITE & CASE LLP

By:   /s/ Andrew Hammond
        Andrew Hammond

        1155 Avenue of the Americas
        New York, New York 10036
        Tel.: (212) 819-8297
        Fax: (212) 354-8113
        ahammond@ny.whitecase.com

*Counsel for Defendant Crédit Agricole CIB*