UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JEFFREY LAYDON                                               :
                                                             :
                        Plaintiff,                           :
                                                             :
        -against-                                            :   12-CIV-3419 (Judge Daniels)
                                                             :
MIZUHO BANK, LTD., THE BANK OF TOKYO-                        :
MITSUBISHI UFJ, LTD., SUMITOMO MITSUI                        :
BANKING CORPORATION, RESONA BANK,                            :
LTD., MIZUHO CORPORATE BANK, LTD., THE                       :
BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ                       :
TRUST AND BANKING CORPORATION,                               :
MIZUHO TRUST AND BANKING CO., LTD.,                          :
THE SUMITOMO TRUST AND BANKING CO.,                          :
LTD., CITIBANK, JAPAN LTD., JPMORGAN                         :
CHASE BANK, NA, THE ROYAL BANK OF                            :
SCOTLAND GROUP PLC, DEUTSCHE BANK                            :
AG, UBS AG, BNP PARIBAS S.A., SHINKIN                        :
CENTRAL BANK, THE SHOKO CHUKIN BANK,                         :
THE NORINCHUKIN BANK, BARCLAYS BANK                          :
PLC, HSBC HOLDINGS PLC, CITIBANK NA,                         :
CREDIT AGRICOLE CIB, LLOYDS BANKING                          :
GROUP PLC, SOCIETE GENERALE, AND                             :
RABOBANK GROUP                                               :
                                                             :
                        Defendants.                          :
------------------------------------------------------------ x



## NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

**PLEASE TAKE NOTICE** that, upon the declaration submitted herewith, Defendant UBS AG, by its undersigned attorney, will move this Court, before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a time and date to be determined by this Court, for an Order admitting D. Jarrett Arp, *pro hac vice,* pursuant to Rule 1.3(c) of the Local Civil Rules of the

United States District Court for the Southern District of New York. A proposed order is annexed hereto.

Dated: New York, New York
       July 17, 2012

                              Respectfully submitted,

                              GIBSON, DUNN & CRUTCHER LLP

                              By: _____
                                   Peter Sullivan

                              200 Park Avenue
                              New York, New York 10166-0193
                              Telephone: (212) 351-4000

                              *Attorneys for Defendant UBS AG*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JEFFREY LAYDON

                  Plaintiff,

     -against-                                      12-CIV-3419 (Judge Daniels)

MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG, UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK NA, CREDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIETE GENERALE, AND RABOBANK GROUP

                  Defendants.

------------------------------------------------------------ x

## DECLARATION OF PETER SULLIVAN

I, PETER SULLIVAN, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am an attorney admitted to practice in the States of New York and California, the United States District Courts for the Southern and Eastern Districts of New York and for the Central and Northern Districts of California, the United States Courts of Appeals for the Fourth, Ninth, and District of Columbia Circuits, and the Supreme Court and am a member of the Law Society of England and Wales and the Belgium Bar. I am a member of the law firm of

Gibson, Dunn & Crutcher LLP, counsel for Defendant UBS AG, in the above-captioned action. I make this affidavit in support of UBS AG's motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for the admission of D. Jarrett Arp, to the bar of this Court *pro hac vice.*

2. Mr. Arp is a member of the Washington, D.C. office of Gibson, Dunn & Crutcher LLP. Mr. Arp is a member in good standing of the bar of the District of Columbia. *See* Certificate Of Good Standing issued by the District of Columbia, dated July 16, 2012 (attached hereto as Exhibit 1). Mr. Arp is familiar with the Federal Rules of Civil Procedure and with the Rules of this Court.

3. Accordingly, I respectfully request that Mr. Arp be admitted to the bar of this Court *pro hac vice*.

Dated: New York, New York
July 17, 2012

_____
Peter Sullivan



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____DAVID   J.   ARP_____

was on the __2ND__ day of _____DECEMBER, 1994_____

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 16, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JEFFREY LAYDON                                               :
                                                             :
                           Plaintiff,                        :
                                                             :
             -against-                                       :     12-CIV-3419 (Judge Daniels)
                                                             :
MIZUHO BANK, LTD., THE BANK OF TOKYO-                        :
MITSUBISHI UFJ, LTD., SUMITOMO MITSUI                        :
BANKING CORPORATION, RESONA BANK,                            :
LTD., MIZUHO CORPORATE BANK, LTD., THE                       :
BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ                       :
TRUST AND BANKING CORPORATION,                               :
MIZUHO TRUST AND BANKING CO., LTD.,                          :
THE SUMITOMO TRUST AND BANKING CO.,                          :
LTD., CITIBANK, JAPAN LTD., JPMORGAN                         :
CHASE BANK, NA, THE ROYAL BANK OF                            :
SCOTLAND GROUP PLC, DEUTSCHE BANK                            :
AG, UBS AG, BNP PARIBAS S.A., SHINKIN                        :
CENTRAL BANK, THE SHOKO CHUKIN BANK,                         :
THE NORINCHUKIN BANK, BARCLAYS BANK                          :
PLC, HSBC HOLDINGS PLC, CITIBANK NA,                         :
CREDIT AGRICOLE CIB, LLOYDS BANKING                          :
GROUP PLC, SOCIETE GENERALE, AND                             :
RABOBANK GROUP                                               :
                                                             :
                           Defendants.                       :
------------------------------------------------------------ x
```

**ORDER**

The motion of D. Jarrett Arp, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

Applicant's Name: D. Jarrett Arp

Firm Name: Gibson, Dunn & Crutcher LLP

Address: 1050 Connecticut Avenue, N.W.

City / State / Zip: Washington, D.C. 20036

Telephone / Fax: 202-955-8678 / 202-530-9527

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for UBS AG in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated:

_____
United States District / Magistrate Judge

## CERTIFICATE OF SERVICE

I, Patrick Durkin, hereby certify that on this date, July 18, 2012, I caused the annexed Motion for Admission Pro Hac Vice of D. Jarrett Arp to be served via U.S. regular mail, postage prepaid, on the following.

| | |
|---|---|
| For Plaintiff Jeffrey Laydon: | Vincent Briganti<br>Geoffrey Milbank Hom<br>Lowey Dannenberg Cohen & Hart, P.C.<br>White Plains Plaza<br>One North Broadway<br>Suite 509<br>White Plains, NY 10601 |
| For Defendant The Royal Bank of Scotland Group PLC: | Robert Houck<br>Alejandra De Urioste<br>James Miller<br>Clifford Chance US, LLP (NY)<br>31 West 52nd St.<br>New York, NY 10019 |
| For Defendant Deutsche Bank AG: | Andrew Corydon Finch<br>Moses Silverman<br>Jessica Lillian Brach<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Ave. of The Americas<br>New York, NY 10019 |
| For Defendant BNP Paribas S.A.: | Joshua Aaron Goldberg<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 |
| For Defendant The Norinchukin Bank: | Alan M. Unger<br>Andrew W. Stem<br>Benjamin Jacob Hoffart<br>Nicholas Primer Crowell<br>Thomas Andrew Paskowitz<br>Sidley Austin LLP (NY)<br>787 Seventh Avenue<br>New York, NY 10019 |

| | |
|---|---|
| For Defendant Bank of Tokyo Mitsubishi UFJ, Ltd.: | Christopher Michael Viapiano<br>Sullivan & Cromwell LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington DC 2000 |
| For Defendant Sumitomo Mitsui Banking Corporation: | Michael Llloyd Spafford<br>Jon Randall Roellke<br>McKee Nelson LLP(DC)<br>1919 M Street, Nw, Suite 200<br>Washington, DC 20036 |
| For Defendant Bank of Yokohama, Ltd: | Gary W. Kubek<br>Jeffrey S. Jacobson<br>Debevoise & Plimpton, LLP (NYC)<br>919 Third Avenue,31st Floor<br>New York, NY 10022 |
| For Defendant Shinkin Central Bank: | Frederick Arthur Brodie<br>Pillsbury Winthrop Shaw Pittman, LLP (NY)<br>1540 Broadway<br>New York, NY 10036 |
| For Defendant HSBC Holdings plc: | Gregory Thomas Casamento<br>Roger Brian Cowie<br>Locke Lord LLP (NYC)<br>3 World Financial Center, 20th Floor<br>New York, NY 10001 |
| For Defendant Credit Agricole CIB: | Andrew W. Hammond<br>White & Case<br>1155 Avenue of the Americas<br>New York, NY 10036<br><br>Darryl S. Lew<br>HuntWhite & Case LLPon & Williams<br>701 Thirteenth Street, NW<br>Washington, DC 20005 |

2

For Defendant Lloyds Banking Group plc:    Marc Joel Gottridge
Eric Jonathan Stock
Hogan Lovells US LLP (nyc)
875 Third Avenue
New York, NY 10022


_____
Patrick Durkin

3