UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFFREY LAYDON, on behalf of itself and all : others similarly situated,

                Plaintiff,

                -against-

MIZUHO BANK, LTD, THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP, PLC, DEUTSCHE BANK, AG., UBS AG., BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK, PLC, HSBC HOLDINGS PLC, CITIBANK, NA, CREDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIETE GENERALE, AND RABOBANK GROUP,

                Defendants.
------------------------------------------------------------x

No. 12-cv-3419

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Thomas C. Rice of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendant JPMorgan Chase Bank, N.A. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: New York, New York
       July 19, 2012

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By:   <u>/s/ Thomas C. Rice</u>
      Thomas C. Rice (trice@stblaw.com)
      425 Lexington Avenue
      New York, New York 10017
      Tel: (212) 455-2000
      Fax: (212) 455-2502

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*