UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFFREY LAYDON, on behalf of itself and all  :
others similarly situated,                                        :
                                                                              :
                                       Plaintiff,              :
                                                                              :         No. 12-cv-3419
            -against-                                              :
                                                                              :
MIZUHO BANK, LTD, THE BANK OF                     :
TOKYO-MITSUBISHI UFJ, LTD.,                          :         **NOTICE OF APPEARANCE**
SUMITOMO MITSUI BANKING                             :
CORPORATION, RESONA BANK, LTD.,               :
MIZUHO CORPORATE BANK, LTD., THE         :
BANK OF YOKOHAMA, LTD.,                             :
MITSUBISHI UFJ TRUST AND BANKING         :
CORPORATION, MIZUHO TRUST AND             :
BANKING CO., LTD., THE SUMITOMO            :
TRUST AND BANKING CO., LTD.,                     :
CITIBANK, JAPAN LTD., JPMORGAN              :
CHASE BANK, NA, THE ROYAL BANK OF        :
SCOTLAND GROUP, PLC, DEUTSCHE               :
BANK, AG., UBS AG., BNP PARIBAS S.A.,       :
SHINKIN CENTRAL BANK, THE SHOKO         :
CHUKIN BANK, THE NORINCHUKIN               :
BANK, BARCLAYS BANK, PLC, HSBC              :
HOLDINGS PLC, CITIBANK, NA, CREDIT        :
AGRICOLE CIB, LLOYDS BANKING                 :
GROUP PLC, SOCIETE GENERALE, AND         :
RABOBANK GROUP,                                              :
                                                                              :
                                       Defendants.         :
                                                                              :
------------------------------------------------------------x

PLEASE TAKE NOTICE that Joan E. Flaherty of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendant JPMorgan Chase Bank, N.A. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: New York, New York
       July 19, 2012

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By:   /s/ Joan E. Flaherty
      Joan E. Flaherty (jflaherty@stblaw.com)
      425 Lexington Avenue
      New York, New York 10017
      Tel: (212) 455-2000
      Fax: (212) 455-2502

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*