UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFFREY LAYDON, on behalf of itself and all  :
others similarly situated,                                       :
                                                                           :
                                       Plaintiff,              :
                                                                           :   No. 12-cv-3419
              -against-                                           :
                                                                           :
MIZUHO BANK, LTD, THE BANK OF            :
TOKYO-MITSUBISHI UFJ, LTD.,                  :
SUMITOMO MITSUI BANKING                     :
CORPORATION, RESONA BANK, LTD.,      :
MIZUHO CORPORATE BANK, LTD., THE   :
BANK OF YOKOHAMA, LTD.,                      :
MITSUBISHI UFJ TRUST AND BANKING   :
CORPORATION, MIZUHO TURST AND       :
BANKING CO., LTD., CITIBANK, JAPAN   :
LTD., JPMORGAN CHASE BANK, N.A.,       :
THE ROYAL BANK OF SCTOLAND             :
GROUP, PLC, DEUTSCHE BANK, AG.,         :
UBS AG. BNP PARIBAS S.A., SHINKIN        :
CENTRAL BANK, THE SHOKO CHUKIN      :
BANK, THE NORINCHUKIN BANK,              :
BACLAYS BANK, PLC, HSBC HOLDINGS   :
PLC, CITIBANK, NA, CREDIT AGRICOLE   :
CIB, LLOYDS BANKING GROUP PLCS,       :
SOCIETE GENERLE, AND RABOBANK       :
GROUP,                                                                  :
                                                                           :
                                       Defendants.         :
                                                                           :
                                                                           :
------------------------------------------------------------x

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant JPMorgan Chase Bank, N.A. ("JPMCB") certifies as follows:

JPMCB is a wholly-owned subsidiary of JPMorgan Chase & Co., a publicly held corporation.  No other publicly held corporation owns 10 percent or more of JPMCB's stock.

Dated: New York, New York
July 19, 2012

        Respectfully submitted,
        SIMPSON THACHER & BARTLETT LLP

By:   /s/ Thomas C. Rice
       Thomas C. Rice (trice@stblaw.com)
       Juan A. Arteaga (jarteaga@stblaw.com)
       Joan E. Flaherty (jflaherty@stblaw.com)
       425 Lexington Avenue
       New York, New York 10017
       Tel: (212) 455-2000
       Fax: (212) 455-2502

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*