UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>MIZUHO BANK, LTD., et al.,<br><br>                Defendants. | 1:12-civ-03419-GBD<br><br>**NOTICE OF APPEARANCE**<br><br>ECF CASE |

       PLEASE TAKE NOTICE that Andrew A. Ruffino, an attorney duly admitted to practice before this Court, hereby appears as counsel on behalf of defendant Citibank N.A. in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

                              Andrew A. Ruffino
                              COVINGTON & BURLING LLP
                              The New York Times Building
                              620 Eighth Avenue
                              New York, New York 10018-1405
                              (212) 841-1000
                              aruffino@cov.com

Dated: New York, New York
July 19, 2012

Respectfully submitted,

COVINGTON & BURLING LLP

By: <u>s/Andrew A. Ruffino</u>
     Andrew A. Ruffino

The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
aruffino@cov.com

*Attorney for Defendant Citibank N.A.*