UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeffrey Laydon,

                           Plaintiff,

    -against-

Mizuho Bank, Ltd., et al.,

                         Defendant.

DOC #: _____
DATE FILED: JUL 19 2012

( GBD )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of _____Roger B. Cowie_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _____Texas_____; and that his/her contact information is as follows (please print):

Applicant's Name: _____Locke Lord LLP_____

Firm Name: _____2200 Ross Avenue, Suite 2200_____

Address: _____Dallas, TX 75201_____

City / State / Zip: _____214-740-8614/214-756-8614_____

Telephone / Fax: _____rcowie@lockelord.com_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _____HSBC Holdings plc_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: _____

_____George B. Daniels_____
United States District / Magistrate Judge