UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, | Docket No. 1:12-cv-03419-GBD |
| Plaintiff, | |
| - against - | |
| MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG., UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK NA, CRÉDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIÉTÉ GÉNÉRALE, AND RABOBANK GROUP, | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, John A. Nathanson, hereby enter an appearance on behalf of defendant Mizuho Corporate Bank, Ltd.

Dated: New York, New York
July 23, 2012

>SHEARMAN & STERLING LLP
>
>By: ___/s/  John A. Nathanson_____
>        John A. Nathanson
>
>599 Lexington Avenue
>New York, NY 10022-6069
>Telephone:  212-848-4000
>Facsimile:  212-848-7179
>john.nathanson@shearman.com
>
>*Attorney for Defendant Mizuho Corporate Bank, Ltd.*