UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY LAYDON, on behalf of himself and all others similarly situated,

            Plaintiff,

- against -

MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG., UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK NA, CRÉDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIÉTÉ GÉNÉRALE, AND RABOBANK GROUP,

            Defendants.

Docket No. 1:12-cv-03419-GBD

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, Jeffrey J. Resetarits, hereby enter an appearance on behalf of defendant Mizuho Corporate Bank, Ltd.

Dated: New York, New York
       July 23, 2012

        SHEARMAN & STERLING LLP

        By: __/s/ Jeffrey J. Resetarits__
            Jeffrey J. Resetarits

        599 Lexington Avenue
        New York, NY 10022-6069
        Telephone: 212-848-4000
        Facsimile: 212-848-7179
        jeffrey.resetarits@shearman.com

*Attorney for Defendant Mizuho Corporate Bank, Ltd.*