UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, | Docket No. 1:12-cv-03419-GBD |
| Plaintiff, | |
| - against - | |
| MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG., UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK NA, CRÉDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIÉTÉ GÉNÉRALE, AND RABOBANK GROUP, | |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MIZUHO CORPORATE BANK, LTD.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Mizuho Corporate Bank, Ltd., by its undersigned counsel, hereby states that it is a wholly owned subsidiary of Mizuho Financial Group, Inc., a publicly held company. No publicly held corporation owns ten percent or more of Mizuho Corporate Bank, Ltd., other than Mizuho Financial Group, Inc.

Dated: New York, New York
      July 23, 2012

                                        SHEARMAN & STERLING LLP

                                        By:   /s/ Jerome S. Fortinsky
                                                 Jerome S. Fortinsky
                                                 John A. Nathanson
                                                 Jeffrey J. Resetarits

                                        599 Lexington Avenue
                                        New York, NY 10022-6069
                                        Telephone: 212-848-4000
                                        Facsimile: 212-848-7179
                                        jfortinsky@shearman.com
                                        john.nathanson@shearman.com
                                        jeffrey.resetarits@shearman.com

                                        *Attorneys for Defendant Mizuho Corporate Bank, Ltd.*