UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JEFFREY LAYDON                                              :
                                                           :
                    Plaintiff,                             :
                                                           :
          -against-                                        :          12-CIV-3419 (Judge Daniels)
                                                           :
MIZUHO BANK, LTD., THE BANK OF TOKYO-                      :
MITSUBISHI UFJ, LTD., SUMITOMO MITSUI                      :
BANKING CORPORATION, RESONA BANK,                         :
LTD., MIZUHO CORPORATE BANK, LTD., THE                    :
BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ                    :
TRUST AND BANKING CORPORATION,                            :
MIZUHO TRUST AND BANKING CO., LTD.,                       :
THE SUMITOMO TRUST AND BANKING CO.,                       :
LTD., CITIBANK, JAPAN LTD., JPMORGAN                      :
CHASE BANK, NA, THE ROYAL BANK OF                        :
SCOTLAND GROUP PLC, DEUTSCHE BANK                        :
AG, UBS AG, BNP PARIBAS S.A., SHINKIN                    :
CENTRAL BANK, THE SHOKO CHUKIN BANK,                     :
THE NORINCHUKIN BANK, BARCLAYS BANK                     :
PLC, HSBC HOLDINGS PLC, CITIBANK NA,                     :
CREDIT AGRICOLE CIB, LLOYDS BANKING                      :
GROUP PLC, SOCIETE GENERALE, AND                         :
RABOBANK GROUP                                           :
                                                          :
                    Defendants.                           :
------------------------------------------------------------------ x

## ORDER

The motion of D. Jarrett Arp, for admission to practice Pro Hac Vice in the above

captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of

Columbia; and that his contact information is as follows:

Applicant's Name: D. Jarrett Arp

Firm Name: Gibson, Dunn & Crutcher LLP

Address: 1050 Connecticut Avenue, N.W.

City / State / Zip: Washington, D.C. 20036

Telephone / Fax: 202-955-8678 / 202-530-9527

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for UBS AG in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated:

JUL 23 2012

United States District / Magistrate Judge
HON. GEORGE B. DANIELS

2