UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY LAYDON, on behalf of himself )
and all others similarly situated, )
                              Plaintiff, )
v. )
MIZUHO BANK, LTD., et al., )
                            Defendants. )

1:12-civ-03419-GBD

**MOTION FOR ADMISSION PRO HAC VICE**

ECF CASE

---

    Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Alan M. Wiseman, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Citibank N.A. in the above-captioned action.

    I am in good standing of the bars of the State of Maryland and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. Certificates of good standing from the Court of Appeals of Maryland and from the District of Columbia Court of Appeals are annexed hereto as Exhibits A and B, respectively. A proposed Order for Admission Pro Hac Vice is annexed hereto as Exhibit C.

Dated: July 20, 2012

Respectfully Submitted,

_____
Alan M. Wiseman
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004-2401
Tel.: 202-662-5069
Fax: 202-778-5069
E-Mail: awiseman@cov.com

RECEIVED 2012 JUL 23 P 3:12 US DISTRICT COURT SDNY

# EXHIBIT A



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____ALAN M. WISEMAN_____

was on the __23ʳᴰ__ day of __JANUARY, 1974__

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 16, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
                Deputy Clerk

# EXHIBIT B

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-sixth day of November, 1968,

### Alan M. Wiseman

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

*In Testimony Whereof,* I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventeenth day of July, 2012.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MIZUHO BANK, LTD., et al.,<br><br>　　　　　　　　Defendants. | 1:12-civ-03419-GBD<br><br>**ORDER FOR ADMISSION PRO HAC VICE**<br><br>ECF CASE |

　　　　The motion of ALAN M. WISEMAN for admission to practice Pro Hac Vice in the above captioned action is granted.

　　　　Applicant has declared that he is a member in good standing of the bars of the State of Maryland and the District of Columbia; and that his contact information is as follows:

> Alan M. Wiseman
> Covington & Burling LLP
> 1201 Pennsylvania Avenue, NW
> Washington, D.C. 20004-2401
> Tel.: 202-662-5069
> Fax: 202-778-5069
> E-Mail: awiseman@cov.com

　　　　Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Citibank N.A. in the above entitled action;

　　　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: _____          _____

                                                                        United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>MIZUHO BANK, LTD., et al.,<br><br>              Defendants. | 1:12-civ-03419-GBD<br><br>**MOTION FOR ADMISSION PRO HAC VICE**<br><br>ECF CASE |

      I hereby certify that I caused a true and correct copy of Alan M. Wiseman's **Motion for Admission Pro Hac Vice**, and the exhibits thereto, to be served by first-class mail, postage prepaid, upon the following counsel of record in the above-captioned action in accordance with Rule 5 of the Federal Rules of Civil Procedure on this 20th day of July, 2012:

                                                                          /s/ Andrew A. Ruffino
                                                                       Andrew A. Ruffino

Dated: July 20, 2012