UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>     - against -<br><br>MIZUHO BANK, LTD., et al.,<br><br>       Defendants. | Docket No. 1:12-cv-03419-GBD<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Michael B. Weitman, an attorney admitted to practice before this Court, hereby respectfully enters his appearance as attorney of record for Defendant Sumitomo Mitsui Trust Bank, Ltd. ("Sumitomo Trust"), formerly known as The Sumitomo Trust and Banking Co., Ltd., and requests that all subsequent papers be served upon him at the address below.

Dated:  New York, New York
     July 24, 2012

              SEWARD & KISSEL LLP

               s/ Michael B. Weitman
              Michael B. Weitman (MW 0523)
              One Battery Park Plaza
              New York, New York  10004
              Tel.: (212) 574-1200
              Fax: (212) 480-8421
              weitman@sewkis.com

SK 00179 0034 1307597