UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>     - against -<br><br>MIZUHO BANK, LTD., et al.,<br><br>       Defendants. | Docket No. 1:12-cv-03419-GBD<br><br>**RULE 7.1 STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Sumitomo Mitsui Trust Bank, Ltd. ("Sumitomo Trust"), formerly known as The Sumitomo Trust and Banking Co., Ltd., certifies that it is wholly owned by Sumitomo Mitsui Trust Holdings, Inc., a Tokyo-based holding company that is publicly traded on the Tokyo Stock Exchange.

Dated:  New York, New York
     July 24, 2012

                        SEWARD & KISSEL LLP

                           s/ Dale C. Christensen, Jr.
                        Dale C. Christensen, Jr. (DC 4441)
                        Michael B. Weitman (MW 0523)
                        One Battery Park Plaza
                        New York, New York 10004
                        Tel.: (212) 574-1200
                        Fax: (212) 480-8421
                        *Attorneys for Defendant Sumitomo Mitsui Trust Bank, Ltd.*

SK 00179 0034 1307600