AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Jeffrey Laydon | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 12 CV 3419 |
| Mizuho Bank, Ltd., et al. | ) | (Judge Daniels) |
| *Defendants* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Societe Generale                                                                                                                       .

Date:   07/24/2012

s/ Steven Wolowitz
*Attorney's signature*

Steven Wolowitz (9405)
*Printed name and bar number*

Mayer Brown LLP
1675 Broadway
New York, New York 10019
*Address*

swolowitz@mayerbrown.com
*E-mail address*

(212) 506-2535
*Telephone number*

(212) 849-5535
*FAX number*