UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
JEFFREY LAYDON, Individually and on : 
Behalf of All Others Similarly :
Situated, :   Case No. 1:12-cv-3419-GBD
:
              Plaintiff, :   ECF CASE
   v. :
:   **NOTICE OF APPEARANCE**
MIZUHO BANK, LTD, THE BANK OF :
TOKYO-MITSUBISHI UFJ, LTD., :
SUMITOMO MITSUI BANKING :
CORPORATION, RESONA BANK, LTD., :
MIZUHO CORPORATE BANK, LTD., :
THE BANK OF YOKOHAMA, LTD., :
MITSUBISHI UFJ TRUST AND :
BANKING CORPORATION, MIZUHO :
TRUST AND BANKING CO., LTD., :
CITIBANK, JAPAN LTD., JPMORGAN :
CHASE BANK, NA, THE ROYAL BANK :
OF SCOTLAND GROUP PLC, :
DEUTSCHE BANK AG., UBS AG. BNP :
PARIBAS S.A., SHINKIN CENTRAL :
BANK, THE SHOKO CHUKIN BANK, :
THE NORINCHUKIN BANK, :
BARCLAYS BANK PLC, HSBC :
HOLDINGS PLC, CITIBANK NA, :
CRÉDIT AGRICOLE CIB, LLOYDS :
BANKING GROUP PLC, SOCIÉTÉ :
GÉNÉRALE, AND RABOBANK GROUP, :
:
             Defendants. :
------------------------------------------------------- X

      PLEASE TAKE NOTICE that the undersigned attorney, DAVID H. BRAFF, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Barclays Bank PLC, a defendant in this case. This entry of appearance is subject to and without waiving any applicable defenses.

Dated:  July 25, 2012
        New York, New York

              /s/ David H. Braff
             David H. Braff
             SULLIVAN & CROMWELL LLP
             125 Broad Street
             New York, New York  10004
             braffd@sullcrom.com
             Telephone:  (212) 558-4000
             Facsimile:   (212) 558-3588

             *Attorney for Barclays Bank PLC*