UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
JEFFREY LAYDON, Individually and on : 
Behalf of All Others Similarly :
Situated, :  Case No. 1:12-cv-3419-GBD
：
           Plaintiff, :  ECF CASE
   v. :
: **NOTICE OF APPEARANCE**
MIZUHO BANK, LTD, THE BANK OF :
TOKYO-MITSUBISHI UFJ, LTD., :
SUMITOMO MITSUI BANKING :
CORPORATION, RESONA BANK, LTD., :
MIZUHO CORPORATE BANK, LTD., :
THE BANK OF YOKOHAMA, LTD., :
MITSUBISHI UFJ TRUST AND :
BANKING CORPORATION, MIZUHO :
TRUST AND BANKING CO., LTD., :
CITIBANK, JAPAN LTD., JPMORGAN :
CHASE BANK, NA, THE ROYAL BANK :
OF SCOTLAND GROUP PLC, :
DEUTSCHE BANK AG., UBS AG. BNP :
PARIBAS S.A., SHINKIN CENTRAL :
BANK, THE SHOKO CHUKIN BANK, :
THE NORINCHUKIN BANK, :
BARCLAYS BANK PLC, HSBC :
HOLDINGS PLC, CITIBANK NA, :
CRÉDIT AGRICOLE CIB, LLOYDS :
BANKING GROUP PLC, SOCIÉTÉ :
GÉNÉRALE, AND RABOBANK GROUP, :
:
           Defendants. :
------------------------------------------------------- X

      PLEASE TAKE NOTICE that the undersigned attorney, YVONNE S. QUINN, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Barclays Bank PLC, a defendant in this case.  This entry of appearance is subject to and without waiving any applicable defenses.

Dated:  July 25, 2012
      New York, New York

                /s/ Yvonne S. Quinn
Yvonne S. Quinn
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
quinny@sullcrom.com
Telephone:  (212) 558-4000
Facsimile:   (212) 558-3588

*Attorney for Barclays Bank PLC*