UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
JEFFREY LAYDON, Individually and on    :
Behalf of All Others Similarly         :
Situated,                              :   Case No. 1:12-cv-3419-GBD
                                       :
               Plaintiff,              :
         v.                            :   ECF CASE
                                       :
MIZUHO BANK, LTD, THE BANK OF          :
TOKYO-MITSUBISHI UFJ, LTD.,            :
SUMITOMO MITSUI BANKING                :
CORPORATION, RESONA BANK, LTD.,        :
MIZUHO CORPORATE BANK, LTD.,           :
THE BANK OF YOKOHAMA, LTD.,            :
MITSUBISHI UFJ TRUST AND               :
BANKING CORPORATION, MIZUHO            :
TRUST AND BANKING CO., LTD.,           :
CITIBANK, JAPAN LTD., JPMORGAN         :
CHASE BANK, NA, THE ROYAL BANK         :
OF SCOTLAND GROUP PLC,                 :
DEUTSCHE BANK AG., UBS AG. BNP         :
PARIBAS S.A., SHINKIN CENTRAL          :
BANK, THE SHOKO CHUKIN BANK,           :
THE NORINCHUKIN BANK,                  :
BARCLAYS BANK PLC, HSBC                :
HOLDINGS PLC, CITIBANK NA,             :
CRÉDIT AGRICOLE CIB, LLOYDS            :
BANKING GROUP PLC, SOCIÉTÉ             :
GÉNÉRALE, AND RABOBANK GROUP,          :
                                       :
               Defendants.             :
------------------------------------------------------- X
```

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Barclays Bank PLC, by and through the undersigned counsel, certifies as follows:

(1) Barclays Bank PLC is a wholly owned subsidiary of Barclays PLC, which is a publicly held corporation, and no other publicly traded company owns 10% or more of Barclays Bank PLC's stock.

Dated:  July 25, 2012
      New York, New York

                               /s/ Jeffrey T. Scott
                              David H. Braff
                              Yvonne S. Quinn
                              Jeffrey T. Scott
                              Matthew S. Fitzwater
                              SULLIVAN & CROMWELL LLP
                              125 Broad Street
                              New York, New York  10004
                              Telephone:  (212) 558-4000
                              Facsimile:  (212) 558-3588

                              *Counsel for Barclays Bank PLC*

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on all counsel of record via the Court's CM/ECF electronic filing system on the 25th day of July, 2012.

                                                                        /s/ Jeffrey T. Scott