USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 27 2012

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG., UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK NA, CRÉDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIÉTÉ GÉNÉRALE, AND RABOBANK GROUP,<br><br>Defendants. | Docket No. 1:12-cv-03419-GBD |

[PROPOSED] CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER

After consultation with counsel for the parties, the following Initial Case Management Plan is adopted.

The Court hereby ORDERS:

1. Plaintiff, by its counsel, shall use its best efforts to complete service of process pursuant to The Hague Convention on Defendants Mizuho Bank, Ltd., Resona Bank, Ltd., Mizuho Trust and Banking Co., Ltd., and Shoko Chukin Bank (the "Hague Service Defendants"), within 90 to 120 days from the Court's approval of an international process server. Plaintiff shall update the Court and counsel for Defendants on the status of such service of process on or before September 21, 2012.

1

2.   Plaintiff shall have until October 1, 2012, or 7 days from the time service of process is completed over the Hague Service Defendants, whichever is later, to file a First Amended Complaint.

3.   A Status Conference is scheduled for _Oct. 11_ at _9:30_ in the event that the First Amended Complaint is not served and filed by October 1, 2012. That Status Conference will consider the additional time the plaintiffs will have to file an amended complaint. In the event that the First Amended Complaint is served and filed by that date, the Status Conference will be taken off calendar.

4.   Defendants shall have 60 days from the date Plaintiff filed the First Amended Complaint to move, answer or otherwise respond to the First Amended Complaint;

5.   If Defendants move to dismiss the First Amended Complaint, Plaintiff shall respond within 60 days and the Defendants shall reply within 45 days of the Plaintiff's Response.

6.   The Court will issue an additional Case Scheduling Order following resolution of the Defendants' motion(s) to dismiss;

7.   If a party seeks to pursue discovery prior to the resolution of any motion(s) to dismiss and another party objects to the conduct of such discovery, the Court shall determine at that time whether such discovery should be allowed to proceed; and

8.   This case is removed from the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York.

SO ORDERED THIS _____ day of _____, 20___. JUL 2 7 2012

_George B. Daniels_
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
HON. GEORGE B. DANIELS

2

LOCKE LORD LLP

*Gregory T. Casamento*

Gregory T. Casamento
3 World Financial Center
New York, NY 10281
Tel:  212-812-8325
Fax:  212-812-8385
gcasamento@lockelord.com

Ed DeYoung
Roger Cowie
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Tel:  214-740-8614
Fax:  214-740-8800
edeyoung@lockelord.com

*Attorneys for Defendant HSBC Holdings plc*

3

LOWEY DANNENBERG COHEN & HART, P.C.

_____

Vincent Briganti, Esq.
Geoffrey Horn, Esq.
One North Broadway, 5th Floor
White Plains, New York 10601
Tel:  914-997-0500
Fax: 914-997-0035

*Attorneys for Plaintiff Jeffrey Laydon*
*And the Proposed Class*

4

COVINGTON & BURLING LLP

Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: 212.841.1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: 202.662.6000
awiseman@cov.com
tisaacson@cov.com

Michael R. Lazerwitz
Joon H. Kim
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Tel: 212.225.2000
mlazerwitz@cgsh.com
jkim@cgsh.com

*Attorneys for Defendant Citibank, N.A.*

CLIFFORD CHANCE US LLP

Robert G. Houck
James D. Miller
Alejandra de Urioste
31 West 52nd Street
New York, NY 10019
Tel: 212.878.8000
robert.houck@cliffordchance.com
jim.miller@cliffordchance.com
alejandra.dcurioste@cliffordchance.com

*Attorneys for The Royal Bank of Scotland Group plc*

PILLSBURY WINTHROP SHAW PITTMAN LLP

_Frederick A. Brodie_

Frederick A. Brodie
1540 Broadway
New York, NY 10036-4039
fab@pillsburylaw.com

*Counsel for Shinkin Central Bank*

7

GIBSON, DUNN & CRUTCHER LLP

_____

Peter Sullivan
Lawrence J. Zweifach
200 Park Avenue, 47 Floor
New York, New York 10166
Tel.: 212-351-4000
Fax: 212-351-4035

*Attorneys for Defendant, UBS, AG*

8

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Moses Silverman, Esq.
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3355
Fax: 212-492-0355
msilverman@paulweiss.com

*Counsel for Defendant, Deutsche Bank AG*

SULLIVAN & CROMWELL LLP

Daryl A. Libow
Christopher M. Viapiano
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 956-7500
Fax: (202) 956-7056
libowd@sullcrom.com
viapianoc@sullcrom.com

*Attorneys for The Bank of Tokyo-Mitsubishi UFJ, Ltd. and Mitsubishi UFJ Trust and Banking Corporation*

10

SULLIVAN & CROMWELL LLP

David A. Braff
Yvonne S. Quinn
Jeffrey T. Scott
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000

*Attorneys for Barclays Bank PLC*

HOGAN LOVELLS US LLP

Marc Gottridge / KTB

Marc J. Gottridge
Eric J. Stock
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
marc.gottridge@hoganlovells.com
eric.stock@hoganlovells.com

*Attorneys for Lloyds Banking Group plc*

MILBANK, TWEED, HADLEY & McCLOY LLP

David R. Gelfand
Sean M. Murphy
1 Chase Manhattan Plaza
New York, New York 10005
Tel: 212-530-5520
Fax: 212-822-5520
dgelfand@milbank.com
smurphy@milbank.com

*Attorneys for Defendant Coöperatieve*
*Centrale Raiffeisen-Boerenleenbank B.A.*
*(improperly named as "Rabobank Group")*

13

BINGHAM MCCUTCHEN LLP

Michael L. Spafford
Jon R. Roellke (admitted pro hac vice)
2020 K Street, NW
Washington, DC 20006
Tel: (202) 373-6000
Fax: (202) 373-6001
michael.spafford@bingham.com
jon.roellke@bingham.com

*Attorneys for Defendant*
*Sumitomo Mitsui Banking Corporation*

14

DEBEVOISE & PLIMPTON LLP

Gary W. Kubek
Jeffrey S. Jacobson
919 Third Avenue
New York, NY 10022
Tel: 212-909-6000
Fax: 212-909-6836

*Attorneys for Defendant The Bank of Yokohama, Ltd.*

15

SIDLEY AUSTIN LLP

Alan M. Unger
Andrew W. Stern
Nicholas P. Crowell
787 Seventh Avenue
New York, NY 10019
aunger@sidley.com
astern@sidley.com
ncrowell@sidley.com
Tel: 212-839-5300
Fax: 212-839-5599

*Attorneys for The Norinchukin Bank*

SHEARMAN & STERLING LLP

Jerome S. Fortinsky
John A. Nathanson
Jeffrey J. Resetarits
599 Lexington Avenue
New York, NY  10022
Tel:  212-848-4000
Fax:  212-848-7179
jfortinsky@shearman.com
john.nathanson@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendant Mizuho Corporate Bank, Ltd.*

**SIMPSON THACHER & BARTLETT LLP**

By: *Thomas C. Rice / JAA*

Thomas C. Rice (trice@stblaw.com)
Juan A. Arteaga (jarteaga@stblaw.com)
Joan E. Flaherty (jflaherty@stblaw.com)
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

PATTERSON BELKNAP WEBB & TYLER LLP

Joshua A. Goldberg
Ian M. Dumain
1133 Avenue of the Americas
New York, NY 10036
Tel: 212-336-2000

*Attorneys for BNP Paribas SA*

WHITE & CASE LLP

Andrew W. Hammond
1155 Avenue of the Americas
New York, NY 10036
Tel: 212-819-8297
ahammond@whitecase.com


Darryl S. Lew
701 Thirteenth Street, NW
Washington, DC 20005
Tel: 202-626-3600
dlew@washdc.whitecase.com

*Attorneys for Crédit Agricole CIB*

20

MAYER BROWN LLP

Steven Wolowitz
1675 Broadway
New York, New York 10019
Tel: 212-506-2535
Fax: 212-849-5535

*Attorneys for Defendant Societe Generale*