UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
JEFFREY LAYDON                                               :
                                                             :
                          Plaintiff,                         :
                                                             :
              -against-                                      :    12-CIV-3419 (Judge Daniels)
                                                             :
MIZUHO BANK, LTD., THE BANK OF TOKYO-                        :
MITSUBISHI UFJ, LTD., SUMITOMO MITSUI                        :
BANKING CORPORATION, RESONA BANK,                            :
LTD., MIZUHO CORPORATE BANK, LTD., THE                       :
BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ                       :
TRUST AND BANKING CORPORATION,                               :
MIZUHO TRUST AND BANKING CO., LTD.,                          :
THE SUMITOMO TRUST AND BANKING CO.,                          :
LTD., CITIBANK, JAPAN LTD., JPMORGAN                         :
CHASE BANK, NA, THE ROYAL BANK OF                            :
SCOTLAND GROUP PLC, DEUTSCHE BANK                            :
AG, UBS AG, BNP PARIBAS S.A., SHINKIN                        :
CENTRAL BANK, THE SHOKO CHUKIN BANK,                         :
THE NORINCHUKIN BANK, BARCLAYS BANK                          :
PLC, HSBC HOLDINGS PLC, CITIBANK NA,                         :
CREDIT AGRICOLE CIB, LLOYDS BANKING                          :
GROUP PLC, SOCIETE GENERALE, AND                             :
RABOBANK GROUP                                               :
                                                             :
                          Defendants.                        :
------------------------------------------------------------ x

## NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

**PLEASE TAKE NOTICE** that, upon the declaration submitted herewith, Defendant UBS AG, by its undersigned attorney, will move this Court, before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a time and date to be determined by this Court, for an Order admitting Gary R. Spratling, *pro hac vice,* pursuant to Rule 1.3(c) of the Local Civil Rules of the

United States District Court for the Southern District of New York. A proposed order is annexed hereto.

Dated: New York, New York
July 25, 2012

                                              Respectfully submitted,

                                              GIBSON, DUNN & CRUTCHER LLP

                                              By: _____
                                                     Peter Sullivan

                                              200 Park Avenue
                                              New York, New York 10166-0193
                                              Telephone: (212) 351-4000

                                              *Attorneys for Defendant UBS AG*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JEFFREY LAYDON                                              :
                                                            :
                         Plaintiff,                         :
                                                            :
         -against-                                          :     12-CIV-3419 (Judge Daniels)
                                                            :
MIZUHO BANK, LTD., THE BANK OF TOKYO-                       :
MITSUBISHI UFJ, LTD., SUMITOMO MITSUI                       :
BANKING CORPORATION, RESONA BANK,                           :
LTD., MIZUHO CORPORATE BANK, LTD., THE                      :
BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ                      :
TRUST AND BANKING CORPORATION,                              :
MIZUHO TRUST AND BANKING CO., LTD.,                         :
THE SUMITOMO TRUST AND BANKING CO.,                         :
LTD., CITIBANK, JAPAN LTD., JPMORGAN                        :
CHASE BANK, NA, THE ROYAL BANK OF                           :
SCOTLAND GROUP PLC, DEUTSCHE BANK                           :
AG, UBS AG, BNP PARIBAS S.A., SHINKIN                       :
CENTRAL BANK, THE SHOKO CHUKIN BANK,                        :
THE NORINCHUKIN BANK, BARCLAYS BANK                         :
PLC, HSBC HOLDINGS PLC, CITIBANK NA,                        :
CREDIT AGRICOLE CIB, LLOYDS BANKING                         :
GROUP PLC, SOCIETE GENERALE, AND                            :
RABOBANK GROUP                                              :
                                                            :
                         Defendants.                        :
------------------------------------------------------------- x

## DECLARATION OF PETER SULLIVAN

I, PETER SULLIVAN, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney admitted to practice in the States of New York and California, the United States District Courts for the Southern and Eastern Districts of New York and for the Central and Northern Districts of California, the United States Courts of Appeals for the Fourth, Ninth, and District of Columbia Circuits, and the Supreme Court and am a member of the Law Society of England and Wales and the Belgium Bar. I am a member of the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendant UBS AG, in the above-captioned action.

I make this affidavit in support of UBS AG's motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for the admission of Gary R. Spratling, to the bar of this Court *pro hac vice*.

2. Mr. Spratling is a member of the San Francisco, CA office of Gibson, Dunn & Crutcher LLP. Mr. Spratling is a member in good standing of the bar of the State of California. *See* Certificate Of Good Standing issued by the State of California, dated July 19, 2012 (attached hereto as Exhibit 1). Mr. Spratling is familiar with the Federal Rules of Civil Procedure and with the Rules of this Court.

3. Accordingly, I respectfully request that Mr. Spratling be admitted to the bar of this Court *pro hac vice*.

Dated: New York, New York
July 25, 2012

_____
Peter Sullivan

**THE STATE BAR**
**OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

July 19, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GARY RICHARD SPRATLING, #051628 was admitted to the practice of law in this state by the Supreme Court of California on January 5, 1972; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
JEFFREY LAYDON                                               :
                                                             :
                        Plaintiff,                           :
                                                             :
        -against-                                            :   12-CIV-3419 (Judge Daniels)
                                                             :
MIZUHO BANK, LTD., THE BANK OF TOKYO-                        :
MITSUBISHI UFJ, LTD., SUMITOMO MITSUI                        :
BANKING CORPORATION, RESONA BANK,                            :
LTD., MIZUHO CORPORATE BANK, LTD., THE                       :
BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ                       :
TRUST AND BANKING CORPORATION,                               :
MIZUHO TRUST AND BANKING CO., LTD.,                          :
THE SUMITOMO TRUST AND BANKING CO.,                          :
LTD., CITIBANK, JAPAN LTD., JPMORGAN                         :
CHASE BANK, NA, THE ROYAL BANK OF                            :
SCOTLAND GROUP PLC, DEUTSCHE BANK                            :
AG, UBS AG, BNP PARIBAS S.A., SHINKIN                        :
CENTRAL BANK, THE SHOKO CHUKIN BANK,                         :
THE NORINCHUKIN BANK, BARCLAYS BANK                          :
PLC, HSBC HOLDINGS PLC, CITIBANK NA,                         :
CREDIT AGRICOLE CIB, LLOYDS BANKING                          :
GROUP PLC, SOCIETE GENERALE, AND                             :
RABOBANK GROUP                                               :
                                                             :
                        Defendants.                          :
------------------------------------------------------------ x

## **ORDER**

The motion of Gary R. Spratling, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

Applicant's Name: Gary R. Spratling

Firm Name: Gibson, Dunn & Crutcher LLP

Address: 555 Mission Street, Suite 3000

City / State / Zip: San Francisco, CA

Telephone / Fax: 415-393-8222 / 415-374-8464

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for UBS AG in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated:

_____
United States District / Magistrate Judge

## CERTIFICATE OF SERVICE

I, Patrick Durkin, hereby certify that on this date, July 27, 2012, I caused the annexed Motion for Admission Pro Hac Vice of Gary R. Spratling to be served via U.S. regular mail, postage prepaid, on the following.

| | |
|---|---|
| For Plaintiff Jeffrey Laydon: | Vincent Briganti<br>Geoffrey Milbank Horn<br>Lowey Dannenberg Cohen & Hart, P.C.<br>White Plains Plaza<br>One North Broadway<br>Suite 509<br>White Plains, NY 10601 |
| For Defendant The Royal Bank of Scotland Group PLC: | Robert Houck<br>Alejandra De Urioste<br>James Miller<br>Clifford Chance US, LLP (NY)<br>31 West 52nd St.<br>New York, NY 10019 |
| For Defendant Deutsche Bank AG: | Andrew Corydon Finch<br>Moses Silverman<br>Jessica Lillian Brach<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Ave. of The Americas<br>New York, NY 10019 |
| For Defendant BNP Paribas S.A.: | Joshua Aaron Goldberg<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 |
| For Defendant The Norinchukin Bank: | Alan M. Unger<br>Andrew W. Stem<br>Benjamin Jacob Hoffart<br>Nicholas Primer Crowell<br>Thomas Andrew Paskowitz<br>Sidley Austin LLP (NY)<br>787 Seventh Avenue<br>New York, NY 10019 |
| For Defendant Bank of Tokyo Mitsubishi UFJ, Ltd.: | Christopher Michael Viapiano<br>Sullivan & Cromwell LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington DC 2000 |

| | |
|---|---|
| For Defendant Sumitomo Mitsui Banking Corporation: | Michael Llloyd Spafford<br>Jon Randall Roelke<br>McKee Nelson LLP(DC)<br>1919 M Street, Nw, Suite 200<br>Washington, DC 20036 |
| For Defendant Bank of Yokohama, Ltd: | Gary W. Kubek<br>Jeffrey S. Jacobson<br>Debevoise & Plimpton, LLP (NYC)<br>919 Third Avenue, 31st Floor<br>New York, NY 10022 |
| For Defendant Shinkin Central Bank: | Frederick Arthur Brodie<br>Pillsbury Winthrop Shaw Pittman, LLP (NY)<br>1540 Broadway<br>New York, NY 10036 |
| For Defendant HSBC Holdings plc: | Gregory Thomas Casamento<br>Roger Brian Cowie<br>Locke Lord LLP (NYC)<br>3 World Financial Center, 20th Floor<br>New York, NY 10001 |
| For Defendant Credit Agricole CIB: | Andrew W. Hammond<br>White & Case<br>1155 Avenue of the Americas<br>New York, NY 10036<br><br>Darryl S. Lew<br>HuntWhite & Case LLPon & Williams<br>701 Thirteenth Street, NW<br>Washington, DC 20005 |
| For Defendant Lloyds Banking Group plc: | Marc Joel Gottridge<br>Eric Jonathan Stock<br>Hogan Lovells US LLP (nyc)<br>875 Third Avenue<br>New York, NY 10022 |
| For Defendant JPMorgan Case Bank, NA: | Thomas C. Rice<br>Joan E. Flaherty<br>Juan Alberto Arteaga<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |

3

| | |
|---|---|
| For Defendant Citibank NA: | Alan M. Wiseman<br>Andrew A. Ruffino<br>Covington & Burling LLP<br>620 Eighth Avenue<br>New York, NY 10018 |
| For Defendant Mizuho Corporate Bank, Ltd.: | Jerome S. Fortinsky<br>Jeffrey J. Resetarits<br>John A. Nathanson<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| For Defendant Sumitomo Trust and Banking Co., Ltd.: | Dale C. Christensen, Jr.<br>Michael B. Weitman<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| For Defendant Societe Generale: | Steven Wolowitz<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 |
| For Defendant Barclays Bank PLC: | David H. Braff<br>Sullivan and Cromwell, LLP<br>125 Broad Street<br>New York, NY 10004 |

_/s/ Patrick Durkin_
Patrick Durkin

4