USDC SDNY
DOCUMENT
ELECTRONICALLY F
DOC #:
DATE FILED: JUL 31 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
JEFFREY LAYDON                                          :
                                                        :
                    Plaintiff,                          :
                                                        :
    -against-                                           :   12-CIV-3419 (Judge Daniels)
                                                        :
MIZUHO BANK, LTD., THE BANK OF TOKYO-                   :
MITSUBISHI UFJ, LTD., SUMITOMO MITSUI                   :
BANKING CORPORATION, RESONA BANK,                       :
LTD., MIZUHO CORPORATE BANK, LTD., THE                  :
BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ                  :
TRUST AND BANKING CORPORATION,                          :
MIZUHO TRUST AND BANKING CO., LTD.,                     :
THE SUMITOMO TRUST AND BANKING CO.,                     :
LTD., CITIBANK, JAPAN LTD., JPMORGAN                    :
CHASE BANK, NA, THE ROYAL BANK OF                       :
SCOTLAND GROUP PLC, DEUTSCHE BANK                       :
AG, UBS AG, BNP PARIBAS S.A., SHINKIN                   :
CENTRAL BANK, THE SHOKO CHUKIN BANK,                    :
THE NORINCHUKIN BANK, BARCLAYS BANK                     :
PLC, HSBC HOLDINGS PLC, CITIBANK NA,                    :
CREDIT AGRICOLE CIB, LLOYDS BANKING                     :
GROUP PLC, SOCIETE GENERALE, AND                        :
RABOBANK GROUP                                          :
                                                        :
                    Defendants.                         :
------------------------------------------------------------------- x

## ORDER

The motion of Gary R. Spratling, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

Applicant's Name: Gary R. Spratling

Firm Name: Gibson, Dunn & Crutcher LLP

Address: 555 Mission Street, Suite 3000

City / State / Zip: San Francisco, CA

Telephone / Fax: 415-393-8222 / 415-374-8464

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for UBS AG in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: JUL 3 1 2012

George B. Daniels
United States District / Magistrate Judge