

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, ) ) ) | 1:12-civ-03419-GBD |
| Plaintiff, ) ) | **MOTION FOR ADMISSION** |
| v. ) | **PRO HAC VICE** |
| MIZUHO BANK, LTD., et al., ) ) | |
| ) | ECF CASE |
| Defendants. ) ) | |

---

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan Gimblett, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Citibank N.A. in the above-captioned action.

I am in good standing of the bars of the State of Virginia and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. Certificates of good standing from the Supreme Court of Virginia and from the District of Columbia Court of Appeals are annexed hereto as Exhibits A and B, respectively. A proposed Order for Admission Pro Hac Vice is annexed hereto as Exhibit C.



Dated: _7/31/12_                              Respectfully Submitted,

                                             _____
                                             Jonathan Gimblett
                                             Covington & Burling LLP
                                             1201 Pennsylvania Avenue, NW
                                             Washington, D.C. 20004-2401
                                             Tel.: 202-662-5457
                                             Fax: 202-778-5457
                                             E-Mail: jgimblett@cov.com

# EXHIBIT A



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JONATHAN JAMES GIMBLETT IS AN ACTIVE MEMBER OF THE VIRGINIA STATE

BAR IN GOOD STANDING.  *MR. GIMBLETT WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 15, 2004,*

AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued July 17, 2012*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

# EXHIBIT B



### District of Columbia Court of Appeals
#### Committee on Admissions
130 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals, do hereby certify that

#### JONATHAN   J.   GIMBLETT

was on the    8TH    day of    JULY, 2005

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 16, 2012.

*JULIO A. CASTILLO*
Clerk of the Court

By: _____
Deputy Clerk

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY LAYDON, on behalf of himself
and all others similarly situated,

                Plaintiff,

    v.

MIZUHO BANK, LTD., et al.,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

1:12-civ-03419-GBD

**ORDER FOR ADMISSION
PRO HAC VICE**

ECF CASE

---

The motion of JONATHAN GIMBLETT for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Virginia and the District of Columbia; and that his contact information is as follows:

        Jonathan Gimblett
        Covington & Burling LLP
        1201 Pennsylvania Avenue, NW
        Washington, D.C. 20004-2401
        Tel.: 202-662-5457
        Fax: 202-778-5457
        E-Mail: jgimblett@cov.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Citibank N.A. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: _____        _____

                                          United States District / Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MIZUHO BANK, LTD., et al., | ) ) |
| Defendants. | ) ) ) |

1:12-civ-03419-GBD

**CERTIFICATE OF SERVICE FOR MOTION FOR ADMISSION PRO HAC VICE**

ECF CASE

I hereby certify that I caused a true and correct copy of Jonathan Gimblett's **Motion for Admission Pro Hac Vice**, and the exhibits thereto, to be served by first-class mail, postage prepaid, upon the following counsel of record in the above-captioned action in accordance with Rule 5 of the Federal Rules of Civil Procedure on this 31st day of July, 2012:

Andrew A. Ruffino

Dated: July 31, 2012