UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) MIZUHO BANK, LTD., et al., ) ) ) Defendants. ) ) | 1:12-civ-03419-GBD<br><br>**MOTION FOR ADMISSION PRO HAC VICE**<br><br>ECF CASE |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas A. Isaacson, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Citibank N.A. in the above-captioned action.

I am in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. A certificate of good standing from the District of Columbia Court of Appeals is annexed hereto as Exhibit A. A proposed Order for Admission Pro Hac Vice is annexed hereto as Exhibit B.

Dated: 7/19/12

Respectfully Submitted,

Thomas A. Isaacson
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004-2401
Tel.: 202-662-5082
Fax: 202-778-5082
E-Mail: tisaacson@cov.com



# EXHIBIT A

Case 1:12-cv-03419-GBD   Document 91   Filed 07/31/12   Page 2 of 7



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**THOMAS   A.   ISAACSON**

was on the   6TH   day of   FEBRUARY, 1984

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 13, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIZUHO BANK, LTD., et al.,<br><br>Defendants. | 1:12-civ-03419-GBD<br><br>**ORDER FOR ADMISSION PRO HAC VICE**<br><br>ECF CASE |

The motion of THOMAS A. ISAACSON for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

> Thomas A. Isaacson
> Covington & Burling LLP
> 1201 Pennsylvania Avenue, NW
> Washington, D.C. 20004-2401
> Tel.: 202-662-5082
> Fax: 202-778-5082
> E-Mail: tisaacson@cov.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Citibank N.A. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: _____         _____
                                       United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MIZUHO BANK, LTD., et al.,<br><br>　　　　　　　Defendants. | 1:12-civ-03419-GBD<br><br>**CERTIFICATE OF SERVICE FOR MOTION FOR ADMISSION PRO HAC VICE**<br><br>ECF CASE |

　　　　I hereby certify that I caused a true and correct copy of Thomas A. Isaacson's **Motion for Admission Pro Hac Vice**, and the exhibits thereto, to be served by first-class mail, postage prepaid, upon the following counsel of record in the above-captioned action in accordance with Rule 5 of the Federal Rules of Civil Procedure on this 31st day of July, 2012:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Andrew A. Ruffino

Dated: July 31, 2012