UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIZUHO BANK, LTD., et al.,<br><br>Defendants. | 1:12-civ-03419-GBD<br><br>**ORDER FOR ADMISSION PRO HAC VICE**<br><br>ECF CASE |

The motion of THOMAS A. ISAACSON for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

> Thomas A. Isaacson
> Covington & Burling LLP
> 1201 Pennsylvania Avenue, NW
> Washington, D.C. 20004-2401
> Tel.: 202-662-5082
> Fax: 202-778-5082
> E-Mail: tisaacson@cov.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Citibank N.A. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: _____

George B. Daniel
United States District / Magistrate Judge

AUG 01 2012