UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

JEFFREY LAYDON, on behalf of
himself, all others similarly situat   Plaintiff,

-against-

MIZUHO BANK LTD., et al.,            Defendant.
--------------------------------------------------------

Case No.  12 Civ. 3419 (GBD)

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]    I have cases pending          [ ]    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Michael L. Spafford
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MS2681          My State Bar Number is  1928142

I am,

[✓]    An attorney
[ ]    A Government Agency attorney
[ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:      FIRM NAME:  McKee Nelson LLP
               FIRM ADDRESS:  1919 M Street, NW, Ste 200 Washington DC 20036
               FIRM TELEPHONE NUMBER:  202-327-8590
               FIRM FAX NUMBER:  202-775-8586

NEW FIRM:      FIRM NAME:  Bingham McCutchen LLP
               FIRM ADDRESS:  2020 K Street NW, Washington DC 20006
               FIRM TELEPHONE NUMBER:  202-373-6190
               FIRM FAX NUMBER:  202-373-6368

[✓]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
       was entered on _____ by Judge_____

Dated:  8-22-12                          _____
                                         ATTORNEY'S SIGNATURE