AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Jeffery Laydon | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   12 CV 3419 |
| Mizuho Bank, Ltd.; et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Société Générale

Date:     08/28/2012

*Attorney's signature*

Andrew J. Calica
*Printed name and bar number*

Mayer Brown LLP
1675 Broadway
New York, New York 10019

*Address*

acalica@mayerbrown.com
*E-mail address*

(212) 506-2500
*Telephone number*

(212) 262-1910
*FAX number*