UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JEFFREY LAYDON, on behalf of himself and all    :    12-cv-3419 (GBD)
others similarly situated,                                  :
                                                            :
                              Plaintiff,                    :
            -against-                                       :    NOTICE OF
                                                            :    APPEARANCE
MIZUHO BANK, LTD., et al.,                                  :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X

PLEASE TAKE NOTICE, that the undersigned attorney, JONATHAN SCHILLER, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant Barclays Bank PLC in the above captioned proceeding.

Dated: New York, New York
       September 17, 2012

                              BOIES, SCHILLER & FLEXNER LLP


                              By:    _____/s/ Jonathan D. Schiller_____
                                     Jonathan D. Schiller

                                     575 Lexington Avenue
                                     New York, New York 10022
                                     (212) 446-2300