UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JEFFREY LAYDON, on behalf of himself and all   :   12-cv-3419 (GBD)
others similarly situated,                                 :
                                                            :
                                Plaintiff,                  :
           -against-                                        :   NOTICE OF
                                                            :   APPEARANCE
MIZUHO BANK, LTD., et al.,                         :
                                                            :
                                Defendants.         :
                                                            :
------------------------------------------------------------X

      PLEASE TAKE NOTICE, that the undersigned attorney, ALANNA RUTHERFORD, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant Barclays Bank PLC in the above captioned proceeding.

Dated: New York, New York
       September 17, 2012

                                      BOIES, SCHILLER & FLEXNER LLP

                    By:      /s/ Alanna Rutherford
                           Alanna Rutherford

                           575 Lexington Avenue
                           New York, New York 10022
                           (212) 446-2300