UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
JEFFREY LAYDON, on behalf of himself and all      :      12-cv-3419 (GBD)
others similarly situated,                                        :
:
:
                                   Plaintiff,             :
        -against-                                 :      NOTICE OF
                                              :      APPEARANCE
MIZUHO BANK, LTD., et al.,                                 :
:
                                   Defendants.        :
:
-------------------------------------------------------------X

       PLEASE TAKE NOTICE, that the undersigned attorney, ROBERT SILVER, a member in good standing of the bar of this Court, hereby appears as counsel for Defendant Barclays Bank in the above captioned proceeding.

Dated: New York, New York
           September 17, 2012

                                              BOIES, SCHILLER & FLEXNER LLP


                             By:     /s/ Robert Silver_____
                                     Robert Silver

                                   575 Lexington Avenue
                                   New York, New York 10022
                                   (212) 446-2300