UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JEFFREY LAYDON, on behalf of himself and all
others similarly situated,

                            Plaintiff,

            -against-

MIZUHO BANK, LTD., et al.,

                           Defendants.

------------------------------------------------------------X

12-cv-3419 (GBD)

## ORDER FOR ADMISSION PRO HAC VICE

The Motion of James B. Meadows, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of New York; and that his contact information is as follows:

    Applicants Name:    James B. Meadows

    Firm Name:    Boies, Schiller & Flexner LLP

    Address:    575 Lexington Avenue
                      New York, NY 10022

    Telephone:    (212) 446-2300

    Fax:    (212) 446-2350

    E-Mail:    jmeadows@bsfllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Barclays PLC in the above titled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys;

Dated:

OCT 02 2012

_George B. Daniels_
U.S.D.J.
HON. GEORGE B. DANIELS