OCT 02 2012

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JEFFREY LAYDON, on behalf of himself
and all others similarly situated,

        Plaintiff,

v.

MIZUHO BANK, LTD., et al.,

        Defendants.

1:12-civ-03419-GBD

**ORDER FOR ADMISSION PRO HAC VICE**

ECF CASE

The motion of ALAN M. WISEMAN for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Maryland and the District of Columbia; and that his contact information is as follows:

    Alan M. Wiseman
    Covington & Burling LLP
    1201 Pennsylvania Avenue, NW
    Washington, D.C. 20004-2401
    Tel.: 202-662-5069
    Fax: 202-778-5069
    E-Mail: awiseman@cov.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Citibank N.A. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: OCT 02 2012

*George B. Daniels*

HON. GEORGE B. DANIELS
United States District / Magistrate Judge

Dated: