UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

JEFFREY LAYDON, Individually and on
Behalf of All Others Similarly
Situated,

                    Plaintiff,

    v.

MIZUHO BANK, LTD, THE BANK OF
TOKYO-MITSUBISHI UFJ, LTD.,
SUMITOMO MITSUI BANKING
CORPORATION, RESONA BANK, LTD.,
MIZUHO CORPORATE BANK, LTD.,
THE BANK OF YOKOHAMA, LTD.,
MITSUBISHI UFJ TRUST AND
BANKING CORPORATION, MIZUHO
TRUST AND BANKING CO., LTD.,
CITIBANK, JAPAN LTD., JPMORGAN
CHASE BANK, NA, THE ROYAL BANK
OF SCOTLAND GROUP PLC,
DEUTSCHE BANK AG., UBS AG. BNP
PARIBAS S.A., SHINKIN CENTRAL
BANK, THE SHOKO CHUKIN BANK,
THE NORINCHUKIN BANK,
BARCLAYS BANK PLC, HSBC
HOLDINGS PLC, CITIBANK NA,
CRÉDIT AGRICOLE CIB, LLOYDS
BANKING GROUP PLC, SOCIÉTÉ
GÉNÉRALE, AND RABOBANK GROUP,

                    Defendants.

------------------------------------------------------- X

Case No. 1:12-cv-3419-GBD

ECF CASE

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned attorney, MATTHEW J. PORPORA, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Barclays Bank PLC, a defendant in this case. This entry of appearance is subject to and without waiving any applicable defenses.

Dated: October 9, 2012
New York, New York

          /s/ Matthew J. Porpora
       Matthew J. Porpora
       SULLIVAN & CROMWELL LLP
       125 Broad Street
       New York, New York  10004
       porporam@sullcrom.com
       Telephone:  (212) 558-4000
       Facsimile:   (212) 558-3588

       *Attorney for Barclays Bank PLC*