AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Jeffrey Laydon | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  12 CV 3419 (GBD) |
| Mizuho Bank, Ltd. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shinkin Central Bank

Date:   10/10/2012

*Attorney's signature*

Tameka Beckford-Young
*Printed name and bar number*

Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

*Address*

tameka.beckfordyoung@pillsburylaw.com
*E-mail address*

(212) 858-1000
*Telephone number*

(212) 858-1500
*FAX number*