IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

OCT 11 2012

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG., UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK NA, CRÉDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIÉTÉ GÉNÉRALE, AND RABOBANK GROUP,<br><br>Defendants. | Docket No. 1:12-cv-03419-GBD |

### FIRST SUPPLEMENTAL SCHEDULING ORDER

The Court, having held a Status Conference on October 11, 2012, ORDERS as follows:

1. Plaintiff shall file a First Amended Complaint on November 30, 2012. The schedule contained in the Court's Initial Case Management Plan and Scheduling Order dated July 27, 2012 [dkt. 85] shall govern the responsive pleading and briefing deadlines.

2. The Court will hold a Status Conference on December 11, 2012 at 9:30 a.m. At least one week prior to the Status Conference, the Plaintiff and Defendants shall notify the Court of any case management issues they would like the Court to address at the Status Conference, and if there are no such issues, whether they would like the Court to cancel the Status Conference.

Signed this _11_ day of October, 2012

OCT 11 2012

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE