UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, | Docket No. 1:12-cv-03419-GBD |
| Plaintiff, | |
| - against - | |
| MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG., UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK NA, CRÉDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIÉTÉ GÉNÉRALE, AND RABOBANK GROUP, | |
| Defendants. | |

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that I, John A. Nathanson, hereby enter an appearance on

behalf of defendants Mizuho Bank, Ltd. and Mizuho Trust and Banking Co., Ltd.

Dated: New York, New York
November 8, 2012

        SHEARMAN & STERLING LLP

        By: /s/ John A. Nathanson
            John A. Nathanson

        599 Lexington Avenue
        New York, NY 10022-6069
        Telephone:  212-848-4000
        Facsimile:  212-848-7179
        john.nathanson@shearman.com

*Attorney for Defendants Mizuho Corporate Bank, Ltd., Mizuho Bank, Ltd., and Mizuho Trust and Banking Co., Ltd.*