UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG., UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK NA, CRÉDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIÉTÉ GÉNÉRALE, AND RABOBANK GROUP,<br><br>Defendants. | Docket No. 1:12-cv-03419-GBD |

### CORPORATE DISCLOSURE STATEMENT OF <u>DEFENDANT MIZUHO BANK, LTD.</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Mizuho Bank, Ltd., by its undersigned counsel, hereby states that it is a wholly owned subsidiary of Mizuho Financial Group, Inc., a publicly held company. No publicly held corporation owns ten percent or more of Mizuho Bank, Ltd., other than Mizuho Financial Group, Inc.

Dated: New York, New York
November 8, 2012

        SHEARMAN & STERLING LLP

By:   /s/ Jerome S. Fortinsky
      Jerome S. Fortinsky
      John A. Nathanson
      Jeffrey J. Resetarits

599 Lexington Avenue
New York, NY 10022-6069
Telephone: 212-848-4000
Facsimile: 212-848-7179
jfortinsky@shearman.com
john.nathanson@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendant Mizuho Bank, Ltd.*