UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY LAYDON, on behalf of himself and all others similarly situated,

Docket No. 1:12-cv-03419-GBD

Plaintiff,

- against -

MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG., UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK NA, CRÉDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIÉTÉ GÉNÉRALE, AND RABOBANK GROUP,

Defendants.

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT MIZUHO TRUST AND BANKING CO., LTD.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Mizuho Trust and Banking Co., Ltd., by its undersigned counsel, hereby states that it is a wholly owned subsidiary of Mizuho Financial Group, Inc., a publicly held company.  No publicly held corporation owns ten percent or more of Mizuho Trust and Banking Co., Ltd., other than Mizuho Financial Group, Inc.

Dated: New York, New York
       November 8, 2012

SHEARMAN & STERLING LLP

By:    /s/ Jerome S. Fortinsky
          Jerome S. Fortinsky
          John A. Nathanson
          Jeffrey J. Resetarits

599 Lexington Avenue
New York, NY 10022-6069
Telephone:  212-848-4000
Facsimile:  212-848-7179
jfortinsky@shearman.com
john.nathanson@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendant Mizuho Trust and
Banking Co., Ltd.*