IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>MIZUHO BANK LTD., THE BANK OF TOKYO MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD. MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD. THE SUMITOMO TRUST AND BANKING CO., LTD, CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG, UBS AG, BNP PARIBAS S.A. SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK, NA, CREDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIETE GENERALE, RABOBANK GROUP,<br><br>Defendants. | Docket No. 1:12-cv-03419 (GBD) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Resona Bank, Ltd. ("Resona") certifies that Resona is a wholly owned subsidiary of Resona Holdings, Inc., and no other publicly held company owns 10% or more of its stock. The Deposit Insurance Corporation of Japan owns 10% or more of Resona Holdings, Inc.

Dated:  November 26, 2012

                                    Respectfully submitted,

                                    __/s/ Michael A. Asaro_____

Michael A. Asaro
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036
Telephone (212) 872-8100
Fax (212) 872-1002
masaro@akingump.com

*Attorney for Defendant*
*Resona Bank, Ltd.*