IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br>                              Plaintiff,<br>- against -<br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., CHUO MITSUI TRUST & BANKING CO. LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, and HSBC BANK PLC,<br>                              Defendants. | Docket No. 12-cv-3419 (GBD)<br>ECF Case |

## CERTIFICATE OF SERVICE

I certify that I am over the age of eighteen and am not a party to the above-captioned action. On December 3, 2012, I caused to be served via email a true and correct copy of Plaintiff's Corrected First Amended Class Action Complaint on the following:

| | |
|---|---|
| Jeffrey J. Resetarits<br>jeffrey.resetarits@shearman.com<br>Jerome S. Fortinsky<br>jfortinsky@shearman.com<br>John A. Nathanson | Christopher M. Viapiano<br>viapianoc@sullcrom.com<br><br>Daryl A. Libow<br>libowd@sullcrom.com |

| | |
|---|---|
| john.nathanson@shearman.com<br>SHEARMAN & STERLING LLP (NY)<br><br>*Counsel for Mizuho Bank, Ltd., Mizuho Trust and Banking Co., Ltd.* | SULLIVAN & CROMWELL LLP<br>*Counsel for The Bank of Tokyo Mitsubishi UFJ, Ltd., Mitsubishi UFJ Trust and Banking Corporation* |
| Michael L. Spafford<br>michael.spafford@bingham.com<br>Jon R. Roellke<br>jon.roellke@bingham.com<br><br>BINGHAM MCCUTCHEN, LLP (DC)<br><br>*Counsel for Sumitomo Mitsui Banking Corp.* | Catherine F. Spillman<br>fspillman@akingump.com<br>Paul B. Hewitt<br>phewitt@akingump.com<br><br>AKIN, GUMP, STRAUSS, HAUER & FELD, LLP (DC)<br><br>Michael A. Asaro<br>masaro@akingump.com<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP (NYC)<br><br>*Counsel for Resona Bank, Ltd.* |
| Gary W. Kubek<br>gwkubek@debevoise.com<br>Jeffrey S. Jacobson<br>jsjacobs@debevoise.com<br><br>DEBEVOISE & PLIMPTON, LLP (NYC)<br><br>*Counsel for The Bank of Yokohama, Ltd.* | Dale C. Christensen , Jr<br>christensen@sewkis.com<br>Michael B. Weitman<br>weitman@sewkis.com<br><br>SEWARD & KISSEL LLP<br><br>*Counsel for The Sumitomo Trust and Banking Co., Ltd.* |
| Thomas C. Rice<br>trice@stblaw.com<br>Joan E. Flaherty<br>jflaherty@stblaw.com<br>Juan A. Arteaga<br>jarteaga@stblaw.com<br><br>SIMPSON THACHER & BARTLETT LLP<br><br>*Counsel for JPMorgan Chase Bank, NA* | Robert G. Houck<br>robert.houck@cliffordchance.com<br>Alejandra De Urioste<br>alejandra.deurioste@cliffordchance.com<br>James D. Miller<br>jim.miller@cliffordchance.com<br><br>CLIFFORD CHANCE US, LLP (NYC)<br><br>*Counsel for The Royal Bank of Scotland Group PLC* |
| Andrew C. Finch<br>afinch@paulweiss.com<br>Moses Silverman | Peter Sullivan<br>psullivan@gibsondunn.com<br>Lawrence Jay Zweifach |

| | |
|---|---|
| msilverman@paulweiss.com<br>Jessica L. Brach<br>jbrach@paulweiss.com<br><br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br><br>*Counsel for Deutsche Bank AG* | lzweifach@gibsondunn.com<br>Rachel A. Lavery<br>rlavery@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER, LLP (NY)<br><br>David J. Arp<br>jarp@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER, LLP (DC)<br><br>*Counsel for UBS AG* |
| Ian M. Dumain<br>idumain@pbwt.com<br>Joshua A. Goldberg<br>jgoldberg@pbwt.com<br><br>PATTERSON, BELKNAP, WEBB & TYLER LLP<br><br>*Counsel for BNP Paribas S.A.* | Frederick A. Brodie<br>frederick.brodie@pillsburylaw.com<br>Tameka M. Beckford-Young<br>tameka.beckfordyoung@pillsburylaw.com<br><br>PILLSBURY WINTHROP SHAW PITTMAN, LLP (NY)<br><br>*Counsel for Shinkin Central Bank* |
| Alan M. Unger<br>aunger@sidley.com<br>Andrew W. Stern<br>astern@sidley.com<br>Benjamin J. Hoffart<br>bhoffart@sidley.com<br>Nicholas P. Crowell<br>ncrowell@sidley.com<br>Thomas A. Paskowitz<br>tpaskowitz@sidley.com<br><br>SIDLEY AUSTIN LLP (NY)<br><br>*Counsel for The Norinchukin Bank* | Alanna C. Rutherford<br>arutherford@bsfllp.com<br>James B. Meadows<br>jmeadows@bsfllp.com<br>Jonathan D. Schiller<br>jschiller@bsfllp.com<br><br>BOIES SCHILLER & FLEXNER LLP(NYC)<br><br>Robert B Silver<br>rsilver@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP (WESTCHESTER)<br><br>David R. Boyd<br>dboyd@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP (D.C.) |

| | |
|---|---|
| | David H. Braff<br>braffd@sullcrom.com<br>Jeffrey T. Scott<br>scottj@sullcrom.com<br>Matthew S. Fitzwater<br>fitzwater@sullcrom.com<br>Matthew J. Porpora<br>porporam@sullcrom.com<br>Yvonne S. Quinn<br>quinny@sullcrom.com<br><br>SULLIVAN & CROMWELL, LLP (NYC)<br><br>*Counsel for Barclays Bank PLC* |
| Gregory T. Casamento<br>gcasamento@lockelord.com<br><br>LOCKE LORD LLP (NYC)<br><br>Roger B. Cowie<br>rcowie@lockelord.com<br><br>LOCKE LORD LLP (TEXAS)<br><br>*Counsel for HSBC Holdings PLC* | Alan M. Wiseman<br>awiseman@cov.com<br>Jonathan J. Gimblett<br>jgimblett@cov.com<br>Thomas A. Isaacson<br>tisaacson@cov.com<br><br>COVINGTON & BURLING, L.L.P. (DC)<br><br>Andrew A. Ruffino<br>aruffino@cov.com<br><br>COVINGTON & BURLING, L.L.P.(NYC)<br><br>*Counsel for Citibank N.A.* |
| Andrew W. Hammond<br>ahammond@whitecase.com<br><br>WHITE & CASE (NYC)<br><br>Darryl S. Lew<br>dlew@washdc.whitecase.com<br><br>WHITE & CASE LLP (DC)<br><br>*Counsel for Credit Agricole CIB* | Marc J. Gottridge<br>marc.gottridge@hoganlovells.com<br>Eric J. Stock<br>eric.stock@hoganlovells.com<br><br>HOGAN LOVELLS US LLP (NYC)<br><br>*Counsel for Lloyds Banking Group Plc* |
| Andrew J. Calica<br>acalica@mayerbrown.com<br>Steven Wolowitz | David R. Gelfand<br>dgelfand@milbank.com<br>Melanie Westover |

| | |
|---|---|
| swolowitz@mayerbrown.com<br><br>MAYER BROWN LLP<br><br>*Counsel for Société Générale* | mwestover@milbank.com<br>Sean M. Murphy<br>smurphy@milbank.com<br><br>MILBANK TWEED HADLEY & MCCLOY LLP<br><br>*Counsel for Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.* |
| Robert C. Mason<br>(Robert.Mason@aporter.com)<br><br>ARNOLD & PORTER LLP<br><br>*Counsel for Shoko Chukin Bank* | |

Dated:       December 3, 2012
             White Plains, New York

                                          By:   /s/ Vincent Briganti
                                                VINCENT BRIGANTI