



December 4, 2012

**SO ORDERED**
The conference is adjourned to
February 13, 2013 at 9:30 a.m.

*/s/ George B. Daniels*

**Via Hand-Delivery**

Hon. George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

DEC 10 2012

Re:   *Laydon v. Mizuho Bank, Ltd. et al.*, No. 1:12-cv-03419-GBD

Dear Judge Daniels:

Pursuant to the Court's scheduling order dated October 11, 2012, counsel for the parties have conferred regarding the upcoming status hearing scheduled for December 11, 2012. At this time, the parties do not have any ripe issues to present to the Court, and therefore respectfully request that the December 11 hearing be cancelled.

The parties have agreed to meet and confer with respect to page limits on briefing on Defendants' anticipated motions to dismiss. As the Court is aware, there are more than 30 Defendants who have been named in Plaintiff's Corrected First Amended Complaint, and all the parties recognize the importance of coordinated briefing. Thus, the Defendants have started conferring on ways to consolidate their briefing on common issues, and anticipate reaching agreement on page limits within the next two weeks. Once Defendants reach agreement amongst themselves, we will meet and confer with Interim Lead Class Counsel. If the parties reach agreement on page limits, the parties will then submit a proposed Order for the Court's consideration. If the parties are unable to reach an agreement on page limits, we will request a telephone conference with the Court to resolve this issue as well as any other outstanding issues that may arise.

Thank you for your attention to this matter. Please let me know if you need anything further at this time.

Respectfully,

*/s/ Gregory T. Casamento*

Gregory T. Casamento
Counsel for HSBC Defendants

cc: All Counsel of Record (by email)

Atlanta, Austin, Chicago, Dallas, Houston, London, Los Angeles, New Orleans, New York, Sacramento, San Francisco, Washington DC