UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>     - against -<br><br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO.,  J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., CHUO MITSUI TRUST & BANKING CO., LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, BARCLAYS BANK PLC, CITIBANK, N.A., CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, and HSBC BANK PLC,<br><br>           Defendants. | Docket No. 1:12-cv-03419-GBD |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that Robert C. Mason of the firm Arnold & Porter LLP shall appear as counsel of record for defendant The Shoko Chukin Bank, Ltd. in the above-referenced action.

Dated:  December 21, 2012.

                                        Respectfully submitted,

                                          /s/ Robert C. Mason
                                        Robert C. Mason
                                        ARNOLD & PORTER LLP
                                        399 Park Avenue
                                        New York, NY   10022
                                        Telephone:  (212) 715-1000
                                        Facsimile:   (212) 715-1399
                                        robert.mason@aporter.com

                                        *Attorneys for The Shoko Chukin Bank, Ltd.*