UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Docket No. 1:12-cv-03419-GBD |
| - against - | |
| MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO.,  J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., CHUO MITSUI TRUST & BANKING CO., LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, BARCLAYS BANK PLC, CITIBANK, N.A., CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, and HSBC BANK PLC, | |
| Defendants. | |

---

**THE SHOKO CHUKIN BANK, LTD.'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

      Pursuant to Federal Rule of Civil Procedure 7.1, defendant The Shoko Chukin Bank, Ltd., by its undersigned counsel, hereby states as its corporate disclosure that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated:  December 21, 2012.

                                    Respectfully submitted,

                                      /s/ Robert C. Mason
                                    Robert C. Mason
                                    ARNOLD & PORTER LLP
                                    399 Park Avenue
                                    New York, NY   10022
                                    Telephone:  (212) 715-1000
                                    Facsimile:    (212) 715-1399
                                    robert.mason@aporter.com

                                    *Attorneys for The Shoko Chukin Bank, Ltd.*