CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*

— the (date)
— *le (date)* ___平成24年11月6日___

— at (place, street, number)
— *à (localité, rue numéro)* ___東京都中央区八重洲 2-10-17 株式会社商工組合中央金庫___

— in one of the following methods authorised by article 5—
— *dans une des formes suivantes prévues à l'article 5:*

   ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5, alinéa premier, lettre a)*

   ☐ ~~(b) in accordance with the following particular method*:~~
   *b) selon la forme particulière suivante :* _____

   ☐ ~~(c) by delivery to the addressee, who accepted it voluntarily.*~~
   *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   — (identity and description of person)
   — *(identité et qualité de la personne)* ___佐紺 千花子___

   — relationship to the addressee (family, business or other):
   — *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* ___株式会社商工組合中央金庫 従業者___

~~2) that the document has not been served, by reason of the following facts*:~~
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*~~

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*

Documents returned:
*Pièces renvoyées:*

_____
_____
郵便送達報告書
_____

Done at ___東京都___   the ___2012.11.9___
*Fait à* _____   *le* _____

Signature and/or stamp
*Signature et/ou cachet.*

東京地方裁判所民事訟廷記録係
裁判所書記官　宮本喜惠子

2

*Delete if inappropriate.
*Rayer les mentions inutiles.*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

| 郵 便 送 達 報 告 書 (住所,居所等用) | | 発送年月日 | 平成24年11月5日 |
|---|---|---|---|
| 事件番号 | 平成24年(エ)第288号 | | 宮本 喜恵子 |
| 送達書類 | 書類の名称 | (1)文書の要領(SUMMARY), (2)国際送達実施人を任命する命令, (3)召喚状, (4)訴状, (5)(2)ないし(4)の訳文 | |
| | 差出人 所在地 | 郵便番号100-8920 東京都千代田区霞が関一丁目1番4号 | |
| | 差出人 名称 | 東京地方裁判所民事訟廷記録係(民事部分室) | |
| | 受送達者本人氏名 | 株式会社商工組合中央金庫 | |
| | 受領者の押印又は署名 | (佐相) | |
| | 送達の場所 | 東京都中央区八重洲2丁目10番7号 | |
| | 送達年月日時 | 平成24年11月06日12時 | |

送達方法
1 受送達者本人に渡した。
2 受送達者本人に出会わなかったので,書類の受領について相当のわきまえがあると認められる次の者に渡した。
  ア 使用人・従業員  イ 同居者 (氏名: 佐相 千花子 )
3 次の者が正当な理由なく受取りを拒んだので,その場に差し置いた。
  ア 受送達者本人  イ 使用人・従業員  ウ 同居者 (氏名: )
4 営業所に出向いた書類の受領について相当のわきまえがあると認められる次の者に渡した。
  ア 使用人・従業員  イ 同居者 (氏名: )

上記のとおり送達しました。 平成24年11月6日
(所属) ア 郵便事業㈱ 晴海 支店 配達担当者 植石克己 ㊞
     イ 郵便局㈱     郵便局

上記送達に係る郵便物が適正に送達されたこと及びその送達に関する事項が適正に記載されていることを確認しました。
平成24年11月6日
(所属) 郵便認証司
ア 郵便事業㈱ 晴海 支店 草田剛志 ㊞
イ 郵便局㈱     郵便局

注意
1 受領者が押印又は署名をすることができないときは,「受領者の押印又は署名」欄にその旨を記載すること。
2 「送達の場所」欄は,市町村名から住居番号等まで詳細明確に記入すること。ただし,営業所の窓口において交付したときは,「窓口」とのみ記入すること。
3 「送達年月日時」欄の年月日時のいずれかの数字が1桁のときは,枠内に右詰めで記入すること。また,時刻は24時間制で記入すること。
4 「送達方法」欄は,次により記入すること。
  (1) 「1」,「2」,「3」及び「4」の欄については,該当する数字ひとつを「○」で囲む。
  (2) 「2」,「3」又は「4」を「○」で囲んだ場合は,さらに該当するものを「○」で囲み,その氏名を記入する。ただし,受送達者本人であるときは,その氏名を記入しない。
5 配達担当者及び郵便認証司の「所属」欄は該当するものを「○」で囲み,その名称を記入すること。

東京地方裁判所 24.11.-8 民事部

30

874

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Hage, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant*<br><br>L. Celeste Ingalls **<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br>E-mail: Lci@foreignservices.com<br>Fax Number: 1-503-222-3950 | Address of receiving authority<br>*Adrese de l'autorité destinataire*<br><br>Ministry of Foreign Affairs<br>2-2-1 Kasumigaseki<br>Chiyoda Ku<br>Tokyo 100-8919<br>JAPAN |
|---|---|

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*

**The Shoko Chukin Bank**
**10-17, 2-Chome, Yaesu**
**Chuo-ku, Tokyo 104-0028**

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Done at Portland, Oregon, USA, the 15th day of Aug, 2012.
*Fait à Portland, Oregon, USA, le...*

Signature and/or stamp.
*Signature et/ou cachet*

Executed "Summary" (2 pages)
*** Order Appointing International Process Sever
*** Summons in a Civil Action, with Schedule A
*** Class Action Complaint



OFFICIAL SEAL
L CELESTE INGALLS
NOTARY PUBLIC-OREGON
COMMISSION NO. 446064
MY COMMISSION EXPIRES FEBRUARY 05, 2014

L. Celeste Ingalls

* Delete if inappropriate
*Rayer les mentions inutiles*

** Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462 AND United States District Court Order
*** With Japanese translation PROVIDED BY PLAINTIFF COUNSEL



24.8.31   24-03