**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
— the (date)
— *le (date)* 平成24年11月5日
— at (place, street, number)
— *à (localité, rue numéro)* 東京都江東区木場1-5-65 深川ギャザリアW2棟 株式会社りそなホールディングス本社所在地

— in one of the following methods authorised by article 5—
— *dans une des formes suivantes prévues à l'article 5:*

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
   *a) selon les formes légales (article 5, alinéa premier, lettre a)*
☐ ~~(b) in accordance with the following particular method*:~~
   *b) selon la forme particulière suivante :* _____

☐ ~~(c) by delivery to the addressee, who accepted it voluntarily.*~~
   *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
— (identity and description of person)
— *(identité et qualité de la personne)* 山本浩平

— relationship to the addressee (family, business or other):
— *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* 株式会社りそな銀行 従業員

~~2) that the document has not been served, by reason of the following facts*:~~
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*~~

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

Done at / *Fait à* 東京都    the / *le* 2012.11.7

Signature and/or stamp
*Signature et/ou cachet.*
東京地方裁判所民事訟廷記録係
裁判所書記官 門田 裕

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
郵便送達報告書、電話聴取書、株式会社りそな銀行、株式会社りそなホールディングス・各WEb

2

*Delete if inappropriate.
Rayer les mentions inutiles.

| 郵　便　送　達　報　告　書 <br>(住　所，居　所　等　用) | 発送年月日 | 平成24年11月2日 |
|---|---|---|
| | | 門田　裕 |

| 事件番号 | 平成24年(ヲ)第287号 | | |
|---|---|---|---|
| 送達書類 | 書類の名称 | (1) 文書の要領(SUMMARY), (2) 国際送達実施人を任命する命令, (3) 召喚状, (4) 訴状, (5) (2)ないし(4)の訳文 | |
| | 差出人 | 所在地 | 郵便番号100-8920 東京都千代田区霞が関一丁目1番4号 |
| | | 名称 | 東京地方裁判所民事訟廷記録係(民事部分室) |
| | 受送達者本人氏名 | 株式会社りそな銀行 | |
| | 受領者の押印又は署名 | 山本浩平 | |
| | 送達の場所 | 135-0042 東京都江東区木場1-5-65 深川ギャザリア W2棟 | |
| | 送達年月日時 | 平成 24 年 11 月 5 日 11 時 | |

| 送達方法 | 1 | 受送達者本人に渡した。 |
|---|---|---|
| | 2 | 受送達者本人に出会わなかったので，書類の受領について相当のわきまえがあると認められる次の者に渡した。<br>ア 使用人・従業者　イ 同居者<br>(氏名: 山本浩平 ) |
| | 3 | 次の者が正当な理由なく受取を拒んだので，その場に差し置いた。<br>ア 受送達者本人　イ 使用人・従業者　ウ 同居者<br>(氏名: ) |
| | 4 | 営業所に出向いた書類の受領について相当のわきまえがあると認められる次の者に渡した。<br>ア 使用人・従業者　イ 同居者<br>(氏名: ) |

上記のとおり送達しました。　　平成 24 年 11 月 5 日
(所属)　　　　　　　　　　　配達担当者
ア 郵便事業株　　支店　深川　郵便局　　桁田弘太郎　㊞

上記送達に係る郵便物が適正に送達されたこと及びその送達に関する事項が適正に記載されていることを確認しました。
平成 24 年 11 月 5 日
　　　　　　　　　　　　　　　郵便認証司
(所属)
ア 郵便事業株　　支店 松嶋　　　㊞
イ 郵便局株　　深川　郵便局

差出人記入欄

注意
1　受領者が押印又は署名をすることができないときは，「受領者の押印又は署名」欄にその旨を記載すること。
2　「送達の場所」欄は，市町村名から住居番号等まで詳細明確に記入すること。ただし，営業所の窓口において交付したときは，「窓口」とのみ記入すること。
3　「送達年月日時」欄の年月日時のいずれかの数字が1桁のときは，枠内に右詰めで記入すること。また，時刻は24時間制で記入すること。
4　「送達方法」欄は，次により記入すること。
　(1)「1」，「2」，「3」及び「4」の欄については，該当する数字ひとつを「○」で囲む。
　(2)「2」，「3」又は「4」を「○」で囲んだ場合は，さらに該当するものを「○」で囲み，その氏名を記入する。ただし，受送達者本人であるときは，その氏名を記入しない。
5　配達担当者及び郵便認証司の「所属」欄は該当するものを「○」で囲み，その名称を記入すること。

東京地方裁判所　24.11.-7

平成２４年㈡第２８７号

# 電 話 聴 取 書

日　時　　平成２４年１１月７日午後２時３０分

聴取者　　東京地方裁判所民事訟廷記録２係　裁判所書記官　門田　㊞

発信者　　株式会社りそな銀行管財室

　　　　　山本浩平氏（０３－６７０４－３１１１）

受信内容

　送達場所である「東京都江東区木場１丁目５番６５号」には、株式会社りそな銀行と持株会社である株式会社りそなホールディングス両社の本社機能がある。

　多くの従業者同様、わたしも両社の併任辞令を受けているので、両社の従業者の資格を有する。

  りそな銀行

金融機関コード 0010   店舗検索  よくあるご質問

個人のお客さま　法人のお客さま　企業年金のお客さま

現在地:ホーム ＞ りそな銀行について ＞ 会社概要

# 会社概要

| | |
|---|---|
| 商 号（英文名） | 株式会社りそな銀行（Resona Bank, Limited.） |
| 本店所在地 | 大阪市中央区備後町2丁目2番1号<br>地図はこちら |
| 代表者 | 社長 岩田 直樹 |
| 資本金 | 2,799億円 |
| 株主（持株比率） | 株式会社りそなホールディングス（100%） |
| 設立日 | 1918年5月15日（営業開始日2003年3月3日） |
| 有人店舗数 | 339店 |
| 店舗外ATM | 506ヵ所<br>※共同出張所、バンクタイムを除く |

（2012年9月30日現在）

りそな銀行についてトップ






サイトマップ　よくある

ホーム ＞ りそなグループの概要 ＞ りそなホールディングスの会社概要

りそなグループの概要

トップメッセージ

りそなホールディングス
の会社概要

　所在地
　組織図
　役員一覧
　りそなグループのあゆみ

グループ主要会社一覧

グループ経営戦略

経営理念・行動宣言

コーポレートガバナンス

ブランド戦略

銀行の店舗・ATM検索
ニュースリリース
配信サービス

| | |
|---|---|
| 名称 | 「株式会社りそなホールディングス」(英文名称「Resona |
| 事業目的 | 銀行持株会社として、次の業務を営むことを目的とす<br>1. 銀行その他銀行法により子会社とすることができる<br>2. その他前号の業務に付帯する業務 |
| 所在地 | 東京本社<br>東京都江東区木場1丁目5番65号 深川ギャザリア W2<br>電話 (03)6704-3111(代表)<br><br>大阪本社<br>大阪市中央区備後町2丁目2番1号　　所在地<br>電話 (06)6268-7400(代表) |
| 設立日 | 平成13年12月12日<br>　りそなグループのあゆみ |
| 資本金 | 3,404億円 |
| 代表者 | 取締役 兼 代表執行役社長 檜垣 誠司（ひがき せいじ<br>取締役 兼 代表執行役副社長 東 和浩（ひがし かずひ<br>　役員一覧<br>（2012年4月1日現在） |
| 従業員数 | 533 人<br>なお、当社および傘下3銀行の単体人数の合計は、15,<br>行役等は含みません)[2011年3月末比121人減]です。 |

関連リンク

875

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Hage, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant* | Address of receiving authority<br>*Adrese de l'autorité destinataire* |
|---|---|
| L. Celeste Ingalls **<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br>E-mail: Lci@foreignservices.com<br>Fax Number: 1-503-222-3950 | Ministry of Foreign Affairs<br>2-2-1 Kasumigaseki<br>Chiyoda Ku<br>Tokyo 100-8919<br>JAPAN |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*

**Resona Bank, Ltd.**
**Fukagawa Gatharia W2 Bldg.**
**5-65, Kiba 1-chome**
**Koto-ku, Tokyo 135-8582**

- [x] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*
- [ ] ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
  ~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~
- [ ] ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
  ~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents                Done at Portland, Oregon, USA, the __15th__ day of __Aug__, 2012.
*Enumération des pièces*         *Fait à Portland, Oregon, USA, le...*

                                 Signature and/or stamp.
Executed "Summary" (2 pages)     *Signature et/ou cachet*
*** Order Appointing International Process Sever
*** Summons in a Civil Action, with Schedule A
*** Class Action Complaint

OFFICIAL SEAL
L CELESTE INGALLS
NOTARY PUBLIC-OREGON
COMMISSION NO. 446064
MY COMMISSION EXPIRES FEBRUARY 05, 2014

L. Celeste Ingalls

* Delete if inappropriate
*Rayer les mentions inutiles*

*** Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462 AND United States District Court Order
24.8.3 With Japanese translation PROVIDED BY PLAINTIFF COUNSEL

