IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>MIZUHO BANK LTD., THE BANK OF TOKYO MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD. MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD. THE SUMITOMO TRUST AND BANKING CO., LTD, CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG, UBS AG, BNP PARIBAS S.A. SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK, NA, CREDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIETE GENERALE, RABOBANK GROUP,<br><br>Defendants. | Docket No. 1:12-cv-03419 (GBD) |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of C. Fairley Spillman, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia; and that her contact information is as follows:

C. Fairley Spillman
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone (202) 887-4409
Fax (202) 887-4288
fspillman@akingump.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Resona Bank, Ltd. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: JAN 2013

George B. Daniels
United States District Judge

2