UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeffrey Laydon

        Plaintiff,

-against-

Mizuho Bank, Ltd. et al.

        Defendant.

1:12_cv_03419_(GBD )

**ORDER FOR ADMISSION
PRO HAC VICE**

Upon the motion of James William Thomas, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of the District of Columbia and Maryland; and that his/her contact information is as follows (please print):

    Applicant's Name: James William Thomas

    Firm Name: Arnold & Porter, LLP

    Address: 555 Twelfth St. NW

    City / State / Zip: Washington, DC 20004

    Telephone / Fax: (202) 942-6421 / (202) 942-5999

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Shoko ChukinBank, Ltd. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: JAN 3 1 2013

*George B. Daniels*

United States District / Judge