UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JEFFREY LAYDON

                              Plaintiff,

                   -against-                                      12-CIV-3419 (Judge Daniels)

MIZUHO BANK, LTD., THE BANK OF TOKYO-
MITSUBISHI UFJ, LTD., SUMITOMO MITSUI
BANKING CORPORATION, RESONA BANK,
LTD., MIZUHO CORPORATE BANK, LTD., THE
BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ
TRUST AND BANKING CORPORATION,
MIZUHO TRUST AND BANKING CO., LTD.,
THE SUMITOMO TRUST AND BANKING CO.,
LTD., CITIBANK, JAPAN LTD., JPMORGAN
CHASE BANK, NA, THE ROYAL BANK OF
SCOTLAND GROUP PLC, DEUTSCHE BANK
AG, UBS AG, BNP PARIBAS S.A., SHINKIN
CENTRAL BANK, THE SHOKO CHUKIN BANK,
THE NORINCHUKIN BANK, BARCLAYS BANK
PLC, HSBC HOLDINGS PLC, CITIBANK NA,
CREDIT AGRICOLE CIB, LLOYDS BANKING
GROUP PLC, SOCIETE GENERALE, AND
RABOBANK GROUP

                            Defendants.
------------------------------------------------------------------ x

## ORDER

    The motion of Joel S. Sanders, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

    Applicant's Name: Joel S. Sanders

    Firm Name: Gibson, Dunn & Crutcher LLP

    Address: 555 Mission Street, Suite 3000

City / State / Zip: San Francisco, CA 94105

Telephone / Fax: 415-393-8268 / 415-374-8439

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for UBS AG in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: FEB 28 2013

George B. Daniels
United States District / Magistrate Judge

2