IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOUGLAS LAYDON, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

MIZUHO BANK, LTD., et al.,

    Defendants.

Case No. 1:12-cv-03419-GBD

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by Fraser Hunter, hereby enters its appearance as counsel in the above-captioned action for and on behalf of defendant The Royal Bank of Scotland Group plc.  The undersigned is a member in good standing of the bar of this Court.

Dated: April 1, 2013

/s/ Fraser Hunter
Fraser Hunter
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Counsel for The Royal Bank of Scotland Group plc*