IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------X
                                                                   )
DOUGLAS LAYDON, on behalf of himself and all                       )
others similarly situated,                                         )
                                                                   )
                        Plaintiff,                                 )
                                                                   )   Case No. 1:12-cv-03419-GBD
                v.                                                 )
                                                                   )
MIZUHO BANK, LTD., et al.,                                         )
                                                                   )
                        Defendants.                                )
                                                                   )
-------------------------------------------------------------------X
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by David Sapir Lesser, hereby enters its appearance as counsel in the above-captioned action for and on behalf of defendant The Royal Bank of Scotland Group plc.  The undersigned is a member in good standing of the bar of this Court.

Dated:  April 1, 2013
/s/ David Sapir Lesser
David Sapir Lesser
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Counsel for The Royal Bank of Scotland Group plc*