IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br>- against -<br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, R.P. MARTIN HOLDINGS LIMITED AND JOHN DOE NOS. 1-50,<br><br>                Defendants. | Docket No. 12-cv-3419 (GBD)<br>ECF Case |

## CERTIFICATE OF SERVICE

I certify that I am over the age of eighteen and am not a party to the above-captioned action. On April 15, 2013, I caused to be served via email a true and correct copy of Plaintiff's Second Amended Class Action Complaint with Appendix on the following counsel of record:

1

| | |
|---|---|
| Jeffrey J. Resetarits<br>jeffrey.resetarits@shearman.com<br>Jerome S. Fortinsky<br>jfortinsky@shearman.com<br>John A. Nathanson<br>john.nathanson@shearman.com<br>SHEARMAN & STERLING LLP (NY)<br><br>*Counsel for Mizuho Bank, Ltd., Mizuho Trust and Banking Co., Ltd.* | Christopher M. Viapiano<br>viapianoc@sullcrom.com<br>Daryl A. Libow<br>libowd@sullcrom.com<br><br>SULLIVAN & CROMWELL LLP<br><br>*Counsel for The Bank of Tokyo Mitsubishi UFJ, Ltd., Mitsubishi UFJ Trust and Banking Corporation* |
| Michael L. Spafford<br>michael.spafford@bingham.com<br>Jon R. Roellke<br>jon.roellke@bingham.com<br><br>BINGHAM MCCUTCHEN, LLP (DC)<br><br>*Counsel for Sumitomo Mitsui Banking Corp.* | Catherine F. Spillman<br>fspillman@akingump.com<br>Paul B. Hewitt<br>phewitt@akingump.com<br>Diana L. Gillis<br>dgillis@akingump.com<br><br>AKIN, GUMP, STRAUSS, HAUER & FELD, LLP (DC)<br><br>Michael A. Asaro<br>masaro@akingump.com<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP (NYC)<br><br>*Counsel for Resona Bank, Ltd.* |
| Gary W. Kubek<br>gwkubek@debevoise.com<br>Jeffrey S. Jacobson<br>jsjacobs@debevoise.com<br><br>DEBEVOISE & PLIMPTON, LLP (NYC)<br><br>*Counsel for The Bank of Yokohama, Ltd.* | Dale C. Christensen, Jr<br>christensen@sewkis.com<br>Michael B. Weitman<br>weitman@sewkis.com<br><br>SEWARD & KISSEL LLP<br><br>*Counsel for The Sumitomo Trust and Banking Co., Ltd.* |
| Thomas C. Rice<br>trice@stblaw.com<br>Joan E. Flaherty<br>jflaherty@stblaw.com<br>Juan A. Arteaga<br>jarteaga@stblaw.com | Robert G. Houck<br>robert.houck@cliffordchance.com<br>Alejandra De Urioste<br>alejandra.deurioste@cliffordchance.com<br>James D. Miller<br>jim.miller@cliffordchance.com |

2

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br><br>*Counsel for JPMorgan Chase Bank, NA, J. P. Morgan Securities plc, J. P. Morgan & Co.* | CLIFFORD CHANCE US, LLP (NYC)<br><br>Fraser Lee Hunter, Jr.<br>fraser.hunter@wilmerhale.com<br>David Sapir Lesser<br>david.lesser@wilmerhale.com<br>Alan Schoenfeld<br>alan.schoenfeld@wilmerhale.com<br><br>WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>*Counsel for The Royal Bank of Scotland Group PLC, Royal Bank of Scotland PLC* |
| Andrew C. Finch<br>afinch@paulweiss.com<br>Moses Silverman<br>msilverman@paulweiss.com<br>Jessica L. Brach<br>jbrach@paulweiss.com<br><br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br><br>*Counsel for Deutsche Bank AG* | Peter Sullivan<br>psullivan@gibsondunn.com<br>Lawrence Jay Zweifach<br>lzweifach@gibsondunn.com<br>Rachel A. Lavery<br>rlavery@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER, LLP (NY)<br><br>David J. Arp<br>jarp@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER, LLP (DC)<br><br>Joel S. Sanders<br>jsanders@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER, LLP (SF)<br><br>*Counsel for UBS AG* |
| Ian M. Dumain<br>idumain@pbwt.com<br>Joshua A. Goldberg<br>jgoldberg@pbwt.com<br><br>PATTERSON, BELKNAP, WEBB & TYLER LLP | Frederick A. Brodie<br>frederick.brodie@pillsburylaw.com<br>Tameka M. Beckford-Young<br>tameka.beckfordyoung@pillsburylaw.com<br><br>PILLSBURY WINTHROP SHAW PITTMAN, LLP (NY) |

3

| *Counsel for BNP Paribas S.A.* | *Counsel for Shinkin Central Bank* |
|---|---|
| Alan M. Unger<br>aunger@sidley.com<br>Andrew W. Stern<br>astern@sidley.com<br>Benjamin J. Hoffart<br>bhoffart@sidley.com<br>Nicholas P. Crowell<br>ncrowell@sidley.com<br>Thomas A. Paskowitz<br>tpaskowitz@sidley.com<br><br>SIDLEY AUSTIN LLP (NY)<br><br>*Counsel for The Norinchukin Bank* | Alanna C. Rutherford<br>arutherford@bsfllp.com<br>James B. Meadows<br>jmeadows@bsfllp.com<br>Jonathan D. Schiller<br>jschiller@bsfllp.com<br><br>BOIES SCHILLER & FLEXNER LLP(NYC)<br><br>Robert B Silver<br>rsilver@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP (WESTCHESTER)<br><br>David R. Boyd<br>dboyd@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP (D.C.)<br><br>David H. Braff<br>braffd@sullcrom.com<br>Jeffrey T. Scott<br>scottj@sullcrom.com<br>Matthew S. Fitzwater<br>fitzwater@sullcrom.com<br>Matthew J. Porpora<br>porporam@sullcrom.com<br>Yvonne S. Quinn<br>quinny@sullcrom.com<br><br>SULLIVAN & CROMWELL, LLP (NYC)<br><br>*Counsel for Barclays Bank PLC* |
| Gregory T. Casamento<br>gcasamento@lockelord.com<br><br>LOCKE LORD LLP (NYC)<br><br>Roger B. Cowie<br>rcowie@lockelord.com | Alan M. Wiseman<br>awiseman@cov.com<br>Jonathan J. Gimblett<br>jgimblett@cov.com<br>Thomas A. Isaacson<br>tisaacson@cov.com |

4

| | |
|---|---|
| LOCKE LORD LLP (TEXAS)<br><br>*Counsel for HSBC Holdings PLC* | COVINGTON & BURLING, L.L.P. (DC)<br><br>Andrew A. Ruffino<br>aruffino@cov.com<br><br>COVINGTON & BURLING, L.L.P.(NYC)<br><br>*Counsel for Citibank N.A.* |
| Andrew W. Hammond<br>ahammond@whitecase.com<br><br>WHITE & CASE (NYC)<br><br>Darryl S. Lew<br>dlew@washdc.whitecase.com<br><br>WHITE & CASE LLP (DC)<br><br>*Counsel for Credit Agricole CIB* | Marc J. Gottridge<br>marc.gottridge@hoganlovells.com<br>Eric J. Stock<br>eric.stock@hoganlovells.com<br><br>HOGAN LOVELLS US LLP (NYC)<br><br>*Counsel for Lloyds Banking Group Plc* |
| Andrew J. Calica<br>acalica@mayerbrown.com<br>Steven Wolowitz<br>swolowitz@mayerbrown.com<br><br>MAYER BROWN LLP<br><br>*Counsel for Société Générale* | David R. Gelfand<br>dgelfand@milbank.com<br>Melanie Westover<br>mwestover@milbank.com<br>Sean M. Murphy<br>smurphy@milbank.com<br><br>MILBANK TWEED HADLEY & MCCLOY LLP<br><br>*Counsel for Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.* |
| Robert C. Mason<br>Robert.Mason@aporter.com<br>James W. Thomas, Jr.<br>James.Thomas@aporter.com<br>Ingrid A. Epperly<br>Ingrid.Epperly@aporter.com<br><br>ARNOLD & PORTER LLP<br><br>*Counsel for The Shoko Chukin Bank* | |

Dated:    April 15, 2013
          White Plains, New York                    By:    /s/ Vincent Briganti
                                                           VINCENT BRIGANTI

5