UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, | : |
| | : |
| Plaintiff, | : Case No. 12-cv-3419 (GBD) |
| | : |
| v. | : **ECF CASE** |
| | : |
| MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, R.P. MARTIN HOLDINGS LIMITED and JOHN DOE NOS. 1-50, | : **NOTICE OF APPEARANCE** |
| | : |
| Defendants. | : |

-------------------------------------------------------------- x

PLEASE TAKE NOTICE that Shari A. Brandt of the law firm of Richards Kibbe & Orbe LLP, who is admitted to practice before this Court, hereby enters an appearance in the above-captioned matter on behalf of defendant ICAP plc ("ICAP").

Undersigned counsel appears without waiver of ICAP's defenses to the allegations of the Second Amended Complaint, including but not limited to the defense of lack of personal jurisdiction.

Dated: May 21, 2013
New York, New York

RICHARDS KIBBE & ORBE LLP

By: /s/ Shari A. Brandt
Shari A. Brandt
*sbrandt@rkollp.com*
One World Financial Center
New York, NY  10281-1003
Telephone: 212.530.1800
Facsimile: 212.530.1801

*Attorney for Defendant* ICAP plc