UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
JEFFREY LAYDON, on behalf of himself and all : 
others similarly situated, :
:
                Plaintiff, : Case No. 12-cv-3419 (GBD)
:
             v. : **ECF CASE**
:
MIZUHO BANK, LTD., THE BANK OF TOKYO- :
MITSUBISHI UFJ, LTD., THE SUMITOMO : **NOTICE OF APPEARANCE**
TRUST AND BANKING CO., LTD., THE :
NORINCHUKIN BANK, MITSUBISHI UFJ :
TRUST AND BANKING CORPORATION, :
SUMITOMO MITSUI BANKING :
CORPORATION, RESONA BANK, LTD., J.P. :
MORGAN CHASE & CO., J.P. MORGAN CHASE :
BANK, NATIONAL ASSOCIATION, J.P. :
MORGAN SECURITIES PLC, MIZUHO :
CORPORATE BANK, LTD., DEUTSCHE BANK :
AG, MIZUHO TRUST AND BANKING CO., :
LTD., THE SHOKO CHUKIN BANK, LTD., :
SHINKIN CENTRAL BANK, UBS AG, UBS :
SECURITIES JAPAN CO. LTD., THE BANK OF :
YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, :
THE ROYAL BANK OF SCOTLAND GROUP :
PLC, ROYAL BANK OF SCOTLAND PLC, RBS :
SECURITIES JAPAN LIMITED, BARCLAYS :
BANK PLC, CITIBANK, NA, CITIGROUP, INC., :
CITIBANK, JAPAN LTD., CITIGROUP GLOBAL :
MARKETS JAPAN, INC., COÖPERATIEVE :
CENTRALE RAIFFEISEN-BOERENLEENBANK :
B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, :
ICAP PLC, R.P. MARTIN HOLDINGS LIMITED :
and JOHN DOE NOS. 1-50, :
:
                Defendants. :
:
------------------------------------------------------------x

     PLEASE TAKE NOTICE that H. Rowan Gaither IV of the law firm of Richards Kibbe &

Orbe LLP, who is admitted to practice before this Court, hereby enters an appearance in the

above-captioned matter on behalf of defendant ICAP plc ("ICAP").

Undersigned counsel appears without waiver of ICAP's defenses to the allegations of the Second Amended Complaint, including but not limited to the defense of lack of personal jurisdiction.

Dated: May 21, 2013
       New York, New York

RICHARDS KIBBE & ORBE LLP

By: /s/ H. Rowan Gaither IV
    H. Rowan Gaither IV
    *rgaither@rkollp.com*
    One World Financial Center
    New York, NY 10281-1003
    Telephone: 212.530.1800
    Facsimile: 212.530.1801

*Attorney for Defendant* ICAP plc