UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, | : |
| | : |
| Plaintiff, | : Case No. 12-cv-3419 (GBD) |
| | : |
| v. | : **ECF CASE** |
| | : |
| MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, R.P. MARTIN HOLDINGS LIMITED and JOHN DOE NOS. 1-50, | : **RULE 7.1 CORPORATE DISCLOSURE** : **STATEMENT ON BEHALF OF** : **DEFENDANT ICAP PLC** |
| Defendants. | : |

------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant ICAP plc hereby states as follows:

2

ICAP plc is a public limited company that has no parent organization. Schroders plc, a public limited company, owns greater than 10% of ICAP plc's stock.

Dated: May 21, 2013
New York, New York

RICHARDS KIBBE & ORBE LLP

By: /s/ Brian S. Fraser
Brian S. Fraser
*bfraser@rkollp.com*
Shari A. Brandt
*sbrandt@rkollp.com*
H. Rowan Gaither
*rgaither@rkollp.com*
Rebecca Carvalho
*rcarvalho@rkollp.com*
One World Financial Center
New York, NY  10281-1003
Telephone: 212.530.1800
Facsimile: 212.530.1801

*Attorneys for Defendant* ICAP plc