UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
JEFFREY LAYDON, on behalf of himself and
all others similarly situated,

        Plaintiff,

   v-

MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, R.P. MARTIN HOLDINGS LIMITED and JOHN DOE NOS. 1-50,

        Defendants.
---------------------------------------- X

CASE NO. 12-cv-3419 (GBD)

**ECF CASE**

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Keith W. Miller of the law firm of Perkins Coie LLP, who is admitted to practice before this Court, hereby enters an appearance as counsel of record for defendant R.P. Martin Holdings Limited ("RP Martin").

LEGAL26865418.1

Undersigned counsel appears without waiver of RP Martin's defenses to the allegations of the Second Amended Complaint, including but not limited to the defense of lack of personal jurisdiction.

| | |
|---|---|
| DATED: May 30, 2013<br>New York, NY | PERKINS COIE LLP<br><br>By: /s/ Keith W. Miller<br>Keith W. Miller, Bar No. 2421717<br>KeithMiller@perkinscoie.com<br>30 Rockefeller Center, 22th Floor<br>New York, NY  10112-0085<br>212.262.6900<br><br>Attorneys for Defendant<br>R.P. MARTIN HOLDINGS LIMITED |