UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JEFFREY LAYDON, on behalf of himself and     :
all others similarly situated,

                           :

               Plaintiff,

                           :

    v-

                           :

MIZUHO BANK, LTD., THE BANK OF
TOKYO-MITSUBISHI UFJ, LTD., THE
SUMITOMO TRUST AND BANKING CO.,          :
LTD., THE NORINCHUKIN BANK,
MITSUBISHI UFJ TRUST AND BANKING
CORPORATION, SUMITOMO MITSUI             :
BANKING CORPORATION, RESONA
BANK, LTD., J.P. MORGAN CHASE & CO.,     :
J.P. MORGAN CHASE BANK, NATIONAL
ASSOCIATION, J.P. MORGAN SECURITIES      :
PLC, MIZUHO CORPORATE BANK, LTD.,
DEUTSCHE BANK AG, MIZUHO TRUST           :
AND BANKING CO., LTD., THE SHOKO
CHUKIN BANK, LTD., SHINKIN CENTRAL       :
BANK, UBS AG, UBS SECURITIES JAPAN
CO. LTD., THE BANK OF YOKOHAMA,          :
LTD., SOCIÉTÉ GÉNÉRALE SA, THE
ROYAL BANK OF SCOTLAND GROUP
PLC, ROYAL BANK OF SCOTLAND PLC,         :
RBS SECURITIES JAPAN LIMITED,
BARCLAYS BANK PLC, CITIBANK, NA,         :
CITIGROUP, INC., CITIBANK, JAPAN
LTD., CITIGROUP GLOBAL MARKETS           :
JAPAN, INC., COÖPERATIEVE CENTRALE
RAIFFEISEN-BOERENLEENBANK B.A.,          :
HSBC HOLDINGS PLC, HSBC BANK PLC,
ICAP PLC, R.P. MARTIN HOLDINGS           :
LIMITED and JOHN DOE NOS. 1-50,

                           :

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CASE NO. 12-cv-3419 (GBD)

**ECF CASE**

**RULE 7.1 CORPORATE DISCLOSURE
STATEMENT ON BEHALF OF
DEFENDANT R.P. MARTIN HOLDINGS
LIMITED**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of

record for defendant R.P. Martin Holdings Limited ("RP Martin") hereby states as follows:

RP Martin does not have a parent corporation.  There is no publicly-held corporation that owns 10% or more of R.P. Martin's stock.


DATED: May 30, 2013                         PERKINS COIE LLP
New York, NY

By: /s/ Keith W. Miller
    Keith W. Miller, Bar No. 2421717
    KeithMiller@perkinscoie.com
    30 Rockefeller Center, 22th Floor
    New York, NY  10112-0085
    212.262.6900

    Attorneys for Defendant
    R.P. MARTIN HOLDINGS LIMITED