IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
)
DOUGLAS LAYDON, on behalf of himself and all )
others similarly situated, )
)
Plaintiff, )
) Case No. 1:12-cv-03419-GBD
v. )
)
MIZUHO BANK, LTD., et al., )
)
Defendants. )
)
----------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by David Sapir Lesser, hereby enters its appearance as counsel in the above-captioned action for and on behalf of defendant Royal Bank of Scotland plc and RBS Securities Japan Limited. The undersigned is a member in good standing of the bar of this Court.

Dated: June 3, 2013

/s/ David Sapir Lesser
David Sapir Lesser
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Counsel for The Royal Bank of Scotland plc and RBS Securities Japan Limited*