IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOUGLAS LAYDON, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

MIZUHO BANK, LTD., et al.,

        Defendants.

Case No. 1:12-cv-03419-GBD

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by Jamie Stephen Dycus, hereby enters its appearance as counsel in the above-captioned action for and on behalf of defendant The Royal Bank of Scotland Group plc, Royal Bank of Scotland plc, and RBS Securities Japan Limited.  The undersigned is a member in good standing of the bar of this Court.

Dated: June 3, 2013

/s/ Jamie Stephen Dycus
Jamie Stephen Dycus
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Counsel for The Royal Bank of Scotland Group plc, The Royal Bank of Scotland plc and RBS Securities Japan Limited*