UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS LAYDON, on behalf of himself and all others similarly situated,<br><br>                                             Plaintiff,<br><br>            -against-<br><br>MIZUHO BANK, LTD., et al.,<br><br>                                             Defendants, | 12 Civ. 3419 (GBD)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, ROBERT G. HOUCK, of the law firm CLIFFORD CHANCE US LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants **The Royal Bank of Scotland plc** and **RBS Securities Japan Limited** in the above-captioned matter.

Dated: New York, New York
June 4, 2013

CLIFFORD CHANCE US LLP

By: S/ _____
         Robert G. Houck

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
(212) 878-8000 (phone)
(212) 878-8375 (fax)
robert.houck@cliffordchance.com