UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS LAYDON, on behalf of himself and all others similarly situated,

                                Plaintiff,

                -against-

MIZUHO BANK, LTD., et al.,

                              Defendants,

12 Civ. 3419 (GBD)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned attorney, JAMES D. MILLER, of the law firm CLIFFORD CHANCE US LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants **The Royal Bank of Scotland plc** and **RBS Securities Japan Limited** in the above-captioned matter.

Dated: New York, New York
       June 4, 2013

                                CLIFFORD CHANCE US LLP

                                By: S/
                                     James D. Miller

                                Clifford Chance US LLP
                                31 West 52nd Street
                                New York, NY 10019
                                (212) 878-8000 (phone)
                                (212) 878-8375 (fax)
                                james.miller@cliffordchance.com