UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS LAYDON, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>     -against-<br><br>MIZUHO BANK, LTD., et al.,<br><br>          Defendants, | 12 Civ. 3419 (GBD)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the undersigned attorney, JOHN D. FRIEL, of the law firm CLIFFORD CHANCE US LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants **The Royal Bank of Scotland Group plc, The Royal Bank of Scotland plc,** and **RBS Securities Japan Limited** in the above-captioned matter.

Dated: New York, New York
   June 4, 2013

                CLIFFORD CHANCE US LLP

                By: S/
                   John D. Friel

                Clifford Chance US LLP
                31 West 52nd Street
                New York, NY 10019
                (212) 878-8000 (phone)
                (212) 878-8375 (fax)
                john.friel@cliffordchance.com