IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DOUGLAS LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIZUHO BANK, LTD., et al.,<br><br>Defendants. | Case No. 1:12-cv-03419-GBD |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, AND RBS SECURITIES JAPAN LIMITED**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants The Royal Bank of Scotland Group plc ("RBS Group"), The Royal Bank of Scotland plc, and RBS Securities Japan Limited, make the following disclosure through their undersigned counsel: Defendant RBS Securities Japan Limited is a wholly-owned subsidiary of Defendant The Royal Bank of Scotland plc which, in turn, is a wholly-owned subsidiary of Defendant RBS Group. RBS Group has no parent corporation, and no publicly-held company owns ten percent (10%) or more of RBS Group's stock.

Dated: June 6, 2013

/s/ Fraser L. Hunter, Jr.
Fraser L. Hunter, Jr.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Counsel for The Royal Bank of Scotland Group plc,*

*The Royal Bank of Scotland plc, and RBS Securities Japan Limited*