IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAYDON, on behalf of himself and all other similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>MIZUHO BANK LTD., et al.,<br><br>     Defendants. | Case No. 1:12-cv-03419-GBD<br>ECF Case<br><br><br><br>NOTICE OF APPEARANCE |

   PLEASE TAKE NOTICE that DAVID R. GELFAND, of the law firm of Milbank, Tweed, Hadley & McCloy LLP, hereby enters his appearance in the above-captioned action on behalf of Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank"), as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.[1]

Dated: June 6, 2013
    New York, New York

              MILBANK, TWEED, HADLEY & MCCLOY LLP

              By: /s/ David R. Gelfand, Esq.    

              David R. Gelfand, Esq.
              1 Chase Manhattan Plaza
              New York, New York 10005-1413
              (212) 530-5000
              (212) 530-5219 (facsimile)
              dgelfand@milbank.com

              *Attorney for Defendant Coöperatieve Centrale*
              *Raiffeisen-Boerenleenbank B.A.*

---

[1] In filing this Notice of Appearance, Defendant does not waive any objections to forum or venue and respectfully reserves all defenses permitted under the Federal Rules of Civil Procedure, and any other applicable law or rule, in this matter.

## CERTIFICATE OF SERVICE

I, David R. Gelfand, hereby certify that on June 6, 2013, I caused copies of a Notice of Appearance to be served on the Clerk of this Court and all parties of record by way of CM-ECF.

Dated: June 6, 2013

/s/ David R. Gelfand, Esq.