IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAYDON, on behalf of himself and all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MIZUHO BANK LTD., et al., <br><br> Defendants. | Case No. 1:12-cv-03419-GBD <br> ECF Case <br><br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that MELANIE WESTOVER, of the law firm of Milbank, Tweed, Hadley & McCloy LLP, hereby enters her appearance in the above-captioned action on behalf of Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank"), as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.[1]

Dated:  June 6, 2013
        New York, New York

                                        MILBANK, TWEED, HADLEY & MCCLOY LLP

                                        By:   /s/ Melanie Westover, Esq.

                                        Melanie Westover, Esq.
                                        1850 K Street NW, Suite 1100
                                        Washington, DC 20006
                                        (202) 835-7500
                                        (212) 835-7586 (facsimile)
                                        mwestover@milbank.com

                                        *Attorney for Defendant Coöperatieve*
                                        *Centrale Raiffeisen-Boerenleenbank B.A.*

---

[1] In filing this Notice of Appearance, Defendant does not waive any objections to forum or venue and respectfully reserves all defenses permitted under the Federal Rules of Civil Procedure, and any other applicable law or rule, in this matter.

## **CERTIFICATE OF SERVICE**

  I, Melanie Westover, hereby certify that on June 6, 2013, I electronically filed the foregoing Notice of Appearance with the Clerk of this Court using the CM/ECF system, which will automatically send a notice of electronic filing to counsel of record.

Dated:  June 6, 2013

                 /s/ Melanie Westover, Esq. _____