UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAYDON, on behalf of himself and all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MIZUHO BANK LTD., et al., <br><br> Defendants. | Case No. 1:12-cv-03419-GBD <br> ECF Case <br><br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank") certifies as follows:

Rabobank has no parent corporation and no publicly held corporation owns 10% or more of Rabobank.

Dated:  June 6, 2013
        New York, New York

                                                                   MILBANK, TWEED, HADLEY & MCCLOY LLP

                                                                   By:   /s/ David R. Gelfand, Esq.
                                                                   David R. Gelfand, Esq.
                                                                   Sean M. Murphy, Esq.
                                                                   1 Chase Manhattan Plaza
                                                                   New York, New York 10005-1413
                                                                   (212) 530-5000
                                                                   (212) 530-5219 (facsimile)
                                                                   dgelfand@milbank.com
                                                                   smurphy@milbank.com

                                                                  *Attorney for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*

**CERTIFICATE OF SERVICE**

     I certify that on June 6, 2013, true and correct copies of the foregoing Corporate Disclosure Statement was served via the Case Management/Electronic Case Filing (CM/ECF) system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF in the above-captioned matter.

Dated:  June 6, 2013

                                                   By:   /s/ David R. Gelfand_____