AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Jeffrey Laydon | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 12 CV 3419 (Judge Daniels) |
| Mizuho Bank, Ltd., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Société Générale SA.

Date: 06/06/2013

s/Henninger S. Bullock
*Attorney's signature*

Henninger S. Bullock
*Printed name and bar number*

Mayer Brown LLP
1675 Broadway
New York, New York 10019
*Address*

hbullock@mayerbrown.com
*E-mail address*

(212) 506-2528
*Telephone number*

(212) 849-5528
*FAX number*