UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                           :

JEFFREY LAYDON, on behalf of himself and all  :    12-cv-3419 (GBD)
others similarly situated,                                  :

                                Plaintiff,    :

              -against-                    :          NOTICE OF
                                                            :          APPEARANCE

MIZUHO BANK, LTD., et al.,                  :

                              Defendants.  :
------------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned attorney, LEIGH M. NATHANSON, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant Barclays Bank PLC in the above captioned proceeding.

Dated:  New York, New York
          June 11, 2013

                                      BOIES, SCHILLER & FLEXNER LLP

                          By:     /s/ Leigh M. Nathanson
                                Leigh M. Nathanson

                                575 Lexington Avenue
                                New York, New York 10022
                                Phone: (212) 446-2365
                                Fax: (212) 446-2350
                                E-mail: lnathanson@bsfllp.com