UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFFREY LAYDON, on behalf of himself and       :
all others similarly situated,                                    :
                                                                              :
                                    Plaintiff,                        :
                                                                              :     No. 12-cv-3419
                    -against-                                          :
                                                                              :
MIZUHO BANK, LTD., THE BANK OF              :
TOKYO-MITSUBISHI UFJ, LTD, THE              :     **NOTICE OF APPEARANCE**
SUMITOMO TRUST AND BANKING CO.,        :
LTD., THE NORINCHUKIN BANK,                    :
MITSUBISHI UFJ TRUST AND BANKING     :
CORPORATION, SUMITOMO MITSUI            :
BANKING CORPORATION, RESONA             :
BANK, LTD., J.P. MORGAN CHASE & CO.,    :
J.P. MORGAN CHASE BANK, NATIONAL      :
ASSOCIATION, J.P. MORGAN                         :
SECURITIES PLC, MIZUHO CORPORATE    :
BANK, LTD., DEUTSCHE BANK AG,                :
MIZUHO TRUST AND BANKING CO.,            :
LTD., THE SHOKO CHUKIN BANK, LTD.,    :
SHINKIN CENTRAL BANK, UBS AG, UBS     :
SECURITIES JAPAN CO. LTD., THE BANK   :
OF YOKOHAMA, LTD., SOCIÉTÉ                    :
GÉNÉRALE SA, THE ROYAL BANK OF        :
SCOTLAND GROUP, PLC, ROYAL BANK     :
OF SCOTLAND PLC, RBS SECURITIES         :
JAPAN LIMITED, BARCLAYS BANK PLC,    :
CITIBANK, NA, CITIGROUP, INC.,                   :
CITIBANK, JAPAN LTD., CITIGROUP           :
GLOBAL MARKETS JAPAN, INC.,                   :
COÖPERATIEVE CENTRALE                          :
RAIFFEISEN-BOERENLEENBANK B.A.,       :
HSBC HOLDINGS PLC, HSBC BANK PLC,    :
ICAP PLC, R.P. MARTIN HOLDINGS           :
LIMITED AND JOHN DOES NOS. 1-50,         :
                                                                              :
                                    Defendants.                    :
------------------------------------------------------------x

        PLEASE TAKE NOTICE that Thomas C. Rice of the law firm of Simpson

Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co. and

J.P. Morgan Securities plc in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: New York, New York
June 11, 2013

        Respectfully submitted,

        SIMPSON THACHER & BARTLETT LLP

        By:   /s/ Thomas C. Rice
               Thomas C. Rice (trice@stblaw.com)
               425 Lexington Avenue
               New York, New York 10017
               Tel: (212) 455-2000
               Fax: (212) 455-2502

               *Attorneys for Defendants JPMorgan Chase & Co. and J.P. Morgan Securities plc*