UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JEFFREY LAYDON, on behalf of himself and all others similarly situated,

                Plaintiff,

                v.

MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD, THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP, PLC, ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, R.P. MARTIN HOLDINGS LIMITED AND JOHN DOES NOS. 1-50,

                Defendants.
-----------------------------------------------------------------x

Case No: 12-cv-3419 (GBD)

**DISCLOSURE STATEMENT OF DEFENDANTS
JPMORGAN CHASE & CO. AND J.P. MORGAN SECURITIES PLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants JPMorgan Chase & Co. and J.P. Morgan Securities plc, by their undersigned counsel, state as follows:

1. Defendant JPMorgan Chase & Co. is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10 percent or more of JPMorgan Chase & Co's stock.

2. Defendant J.P. Morgan Securities plc is an indirect wholly-owned subsidiary of JPMorgan Chase & Co., a publicly held corporation. No other publicly held corporation owns 10 percent or more of J.P. Morgan Securities plc's stock.

Dated: New York, New York
June 11, 2013

Respectfully submitted,
SIMPSON THACHER & BARTLETT LLP

By: /s/ Thomas C. Rice _____
Thomas C. Rice (trice@stblaw.com)
Juan A. Arteaga (jarteaga@stblaw.com
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendants JPMorgan Chase & Co. and J.P. Morgan Securities plc*