UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFFREY LAYDON, on behalf of himself and    :
all others similarly situated,              :
                                            :
              Plaintiff,                    :
                                            :   No. 12-cv-3419
         -against-                          :
                                            :
MIZUHO BANK, LTD., THE BANK OF              :
TOKYO-MITSUBISHI UFJ, LTD, THE              :   **NOTICE OF APPEARANCE**
SUMITOMO TRUST AND BANKING CO.,             :
LTD., THE NORINCHUKIN BANK,                 :
MITSUBISHI UFJ TRUST AND BANKING            :
CORPORATION, SUMITOMO MITSUI                :
BANKING CORPORATION, RESONA                 :
BANK, LTD., J.P. MORGAN CHASE & CO.,        :
J.P. MORGAN CHASE BANK, NATIONAL            :
ASSOCIATION, J.P. MORGAN                    :
SECURITIES PLC, MIZUHO CORPORATE            :
BANK, LTD., DEUTSCHE BANK AG,               :
MIZUHO TRUST AND BANKING CO.,               :
LTD., THE SHOKO CHUKIN BANK, LTD.,          :
SHINKIN CENTRAL BANK, UBS AG, UBS           :
SECURITIES JAPAN CO. LTD., THE BANK         :
OF YOKOHAMA, LTD., SOCIÉTÉ                  :
GÉNÉRALE SA, THE ROYAL BANK OF              :
SCOTLAND GROUP, PLC, ROYAL BANK             :
OF SCOTLAND PLC, RBS SECURITIES             :
JAPAN LIMITED, BARCLAYS BANK PLC,           :
CITIBANK, NA, CITIGROUP, INC.,              :
CITIBANK, JAPAN LTD., CITIGROUP             :
GLOBAL MARKETS JAPAN, INC.,                 :
COÖPERATIEVE CENTRALE                       :
RAIFFEISEN-BOERENLEENBANK B.A.,             :
HSBC HOLDINGS PLC, HSBC BANK PLC,           :
ICAP PLC, R.P. MARTIN HOLDINGS              :
LIMITED AND JOHN DOES NOS. 1-50,            :
                                            :
              Defendants.                   :
------------------------------------------------------------x

     PLEASE TAKE NOTICE that Juan A. Arteaga of the law firm of Simpson

Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co. and

J.P. Morgan Securities plc in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: New York, New York
June 11, 2013

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: /s/ Juan A. Arteaga
Juan A. Arteaga (jarteaga@stblaw.com)
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendants JPMorgan Chase & Co. and J.P. Morgan Securities plc*