**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JEFFREY LAYDON, on behalf of himself and all others similarly situated,
    Plaintiff,

-against-

MIZUHO BANK, LTD., et al.
    Defendant.

12 cv 3419 ( GBD )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Sean C. Knowles, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Washington; and that his/her contact information is as follows (please print):

    Applicant's Name: Sean C. Knowles

    Firm Name: Perkins Coie LLP

    Address: 1201 Third Ave, Ste 4900

    City / State / Zip: Seattle, WA 98101

    Telephone / Fax: 206-359-8000 / 206-359-9000

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for R. P. Martin Holdings Limited in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: JUN 12 2013

*George B. Daniels*
United States District / Magistrate Judge
**HON. GEORGE B. DANIELS**