UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>    - against –<br><br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, R.P. MARTIN HOLDINGS LIMITED AND JOHN DOE NOS. 1-50,<br><br>      Defendants. | No. 12 CV 3419 (GBD)<br><br>NOTICE OF APPEARANCE |

  The undersigned respectfully enters his appearance as counsel for Defendant UBS Securities Japan Co. Ltd. ("UBS Securities Japan") and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on

behalf of Defendant UBS Securities Japan.  The undersigned certifies that he is admitted to practice in this Court.

Undersigned counsel appears without waiver of UBS Securities Japan's defenses to the allegations of the Second Amended Complaint, including but not limited to the defense of lack of personal jurisdiction.

Dated: New York, New York
June 12, 2013

GIBSON, DUNN & CRUTCHER LLP

By:   s/Joel S. Sanders
       Joel S. Sanders
       (admitted *pro hac vice*)

555 Mission Street
San Francisco, CA 94105-0921
(415) 393-8200

*Attorneys for Defendant UBS Securities Japan Co. Ltd.*