UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
JEFFREY LAYDON, on behalf of himself and all      :      12-cv-3419 (GBD)
others similarly situated,                                              :
:
:
                                   Plaintiff,         :
              -against-                                           :      NOTICE OF
:      APPEARANCE
MIZUHO BANK, LTD., et al.,                                  :
:
                                   Defendants.   :
:
-------------------------------------------------------------X

     PLEASE TAKE NOTICE that the undersigned attorney, MICHAEL A. BRILLE, who has been admitted to the bar of this Court, Pro Hac Vice, pursuant to the Order of Judge George B. Daniels, entered on 06/12/2013, hereby appears as counsel for Defendant Barclays Bank PLC in the above captioned proceeding.

Dated:  New York, New York
         June 12, 2013

                              BOIES, SCHILLER & FLEXNER LLP

                            By:    /s/ Michael A. Brille
                                Michael A. Brille

                              5301 Wisconsin Avenue, NW
                              Suite 800
                              Washington, DC 20015
                              Phone: (202) 237-9608
                              Fax: (202) 237-6131
                              E-mail: mbrille@bsfllp.com