UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JEFFREY LAYDON, on behalf of himself and all    :
others similarly situated,                      :
                                                :
                    Plaintiff,                  :
                                                :    Case No: 12-cv-3419 (GBD)
             v.                                 :
                                                :    ECF Case
MIZUHO BANK, LTD., THE BANK OF TOKYO-           :
MITSUBISHI UFJ, LTD., SUMITOMO TRUST            :
AND BANKING CO., LTD., THE NORINCHUKIN          :
BANK, MITSUBISHI UFJ TRUST AND                  :
BANKING CORPORATION, SUMITOMO                   :
MITSUI BANKING CORPORATION, RESONA              :
BANK, LTD., J.P. MORGAN CHASE & CO., J.P.       :
MORGAN CHASE BANK, NATIONAL                     :
ASSOCIATION, J.P. MORGAN SECURITIES             :
PLC, MIZUHO CORPORATE BANK, LTD.,               :
DEUTSCHE BANK AG, MIZUHO TRUST AND              :
BANKING CO., LTD., THE SHOKO CHUKIN             :
BANK, LTD., SHINKIN CENTRAL BANK, UBS           :
AG, UBS SECURITIES JAPAN CO. LTD., THE          :
BANK OF YOKOHAMA, LTD., SOCIÉTÉ                  :
GÉNÉRALE SA, THE ROYAL BANK OF                  :
SCOTLAND GROUP, PLC, ROYAL BANK OF              :
SCOTLAND PLC, RBS SECURITIES JAPAN              :
LIMITED, BARCLAYS BANK PLC, CITIBANK,           :
NA, CITIGROUP, INC., CITIBANK, JAPAN LTD.,      :
CITIGROUP GLOBAL MARKETS JAPAN, INC.,           :
COÖPERATIEVE CENTRALE RAIFFEISEN-               :
BOERENLEENBANK B.A., HSBC HOLDINGS              :
PLC, HSBC BANK PLC, ICAP PLC, R.P.              :
MARTIN HOLDINGS LIMITED AND JOHN                :
DOES NOS. 1-50,                                 :
                                                :
                    Defendants.                 :
                                                :
-------------------------------------------------------------x

## DEFENDANT SOCIÉTÉ GÉNÉRALE'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Société Générale states as follows:

1.    Société Générale has no parent company, and no publicly-held corporation holds 10% or more of its stock.

DATED:  New York, New York
        June 13, 2013

MAYER BROWN LLP

By:  /s/ Steven Wolowitz
     Steven Wolowitz
     Henninger S. Bullock
     Andrew J. Calica
     1675 Broadway
     New York, New York 10019
     Tel: (212) 506-2500
     Fax: (212) 262-1910
     swolowitz@mayerbrown.com
     hbullock@mayerbrown.com
     acalica@mayerbrown.com

*Attorneys for Defendant Société Générale*