UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Laydon

Plaintiff,

Case No.  1:12-cv-03419-GBD

-against-

Mizuho Bank, Ltd. et al.

Defendant.

----------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑  I have cases pending                          ☐  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## Mark David Villaverde
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MV9439 _____   My State Bar Number is n/a _____

I am,

☑  An attorney

☐  A Government Agency attorney

☐  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:       FIRM NAME:  Simpson Thacher & Bartlett LLP
                FIRM ADDRESS:  425 Lexington Avenue, New York, NY 10017
                FIRM TELEPHONE NUMBER:  (212) 455-2393
                FIRM FAX NUMBER:  (212) 455-2502

NEW FIRM:       FIRM NAME:  Milbank, Tweed, Hadley & McCloy LLP
                FIRM ADDRESS:  1 Chase Manhattan Plaza, New York, NY 10005
                FIRM TELEPHONE NUMBER:  (212) 530-5000
                FIRM FAX NUMBER:  (212) 530-5219

☑  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
    was entered on _____ by Judge_____.

Dated: June 20, 2013                          _____
                                              ATTORNEY'S SIGNATURE