SHEARMAN & STERLING LLP
Jerome S. Fortinsky
John A. Nathanson
Jeffrey J. Resetarits
599 Lexington Avenue
New York, NY  10022
Telephone: 212-848-40000
Facsimile: 212-848-7179

*Attorneys for Defendant Mizuho Corporate Bank, Ltd.*
*(now known as Mizuho Bank, Ltd.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, | : <br> : <br> : |
| Plaintiff, | : <br> : Case No: 12-cv-3419 (GBD) |
| v. | : <br> : |
| MIZUHO BANK, LTD., *et al.*, | : <br> : |
| Defendants. | : <br> : |

---------------------------------------------------------------x

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MIZUHO CORPORATE BANK, LTD.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Mizuho Corporate Bank, Ltd., by its undersigned counsel, hereby supplements its corporate disclosure statement filed on July 23, 2012 (Dkt. No. 73), and states that on July 1, 2013, Mizuho Corporate Bank, Ltd. merged with Mizuho Bank, Ltd.  The surviving corporate entity is Mizuho Corporate Bank, Ltd., which has changed its name to Mizuho Bank, Ltd.

Mizuho Bank, Ltd. is a wholly owned subsidiary of Mizuho Financial Group, Inc., a publicly held company. No publicly held corporation owns ten percent or more of Mizuho Bank, Ltd., other than Mizuho Financial Group, Inc.

Dated: New York, New York
July 2, 2013

        SHEARMAN & STERLING LLP

        By: _/s/ Jerome S. Fortinsky_
            Jerome S. Fortinsky
            John A. Nathanson
            Jeffrey J. Resetarits

        599 Lexington Avenue
        New York, NY 10022-6069
        Telephone: 212-848-4000
        Facsimile: 212-848-7179
        jfortinsky@shearman.com
        john.nathanson@shearman.com
        jeffrey.resetarits@shearman.com

        *Attorneys for Defendant Mizuho Corporate Bank, Ltd. (now known as Mizuho Bank, Ltd.)*