UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
LAYDON,

      Plaintiff,

  -against-

MIZUHO BANK, LTD. et al.,

      Defendants.

------------------------------------- x

ORDER

12 Civ. 3419 (GBD)

GEORGE B. DANIELS, United States District Judge:

  Plaintiff shall file one omnibus response memorandum of law not exceeding 100 pages.

Dated: New York, New York
   July 31, 2013

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge