*Laydon v. Mizuho Bank, Ltd., et al.,* **12-cv-3419 (GBD)**

# APPENDIX A

## Page Cites for Defendants' Arguments

|  | Issue | *Def. Antitrust Br.* <br><br> Dkt. No. 206 | *Def. CEA Br.* <br><br> Dkt. No. 205 | *Self-Styled "No-Allegations Banks" Supp. Br.*[1] <br><br> Dkt. No. 211 | *TIBOR-Only Supp. Br.*[2] <br><br> Dkt. No. 208 | *LIBOR-Only Supp. Br.*[3] <br><br> Dkt. No. 210 | *Mizuho TIBOR-Only Supp. Br.*[4] <br><br> Dkt. No. 213 | *RBS Supp. Br.* <br><br> Dkt. No. 212 | *Bank of Tokyo Supp. Br.* <br><br> Dkt. No. 217 | *Mitsubishi UFJ Supp. Br.* <br><br> Dkt. No. 218 | *UBS Supp. Br.* <br><br> Dkt. No. 221 | *Barclays Supp. Br.* <br><br> Dkt. No. 209 | *ICAP Supp. Br.* <br><br> Dkt. No. 214 | *RP Martin Supp. Br.* <br><br> Dkt. No. 220 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Plaintiff's Responses by Argument** | CEA Pleading Standard<br><br>**I.A** |  | 7-8, 21-22 |  |  |  |  |  |  |  |  |  |  | 6-9, 13 |
|  | Antitrust Pleading Standard<br><br>**XII** | 35-37 |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Pleading Standard: Rule 9(b)<br><br>**I.A** |  | 7-8, 21 | 6 |  |  |  |  |  |  | 12, 14 |  | 6-7 | 6-9, 13 |
|  | Group Pleading<br><br>**I.A, III.B** |  |  | 5-6 | 14 |  |  | 3 |  |  |  |  | 5-7, 9, 14 | *Passim* |

---

[1] The self-styled "No-Allegations Banks" are Mizuho Bank, Ltd.; Mizuho Trust & Banking Co., Ltd.; Mizuho Corporate Bank, Ltd.; The Norinchukin Bank; Sumitomo Mitsui Banking Corporation, and Société Générale. The Bank of Tokyo-Mitsubishi UFJ, Ltd. (Dkt. No. 217) joins the arguments of the self-styled "No-Allegations Banks."

[2] The "TIBOR-Only Banks" are The Bank of Yokohama, Ltd.; Resona Bank, Ltd.; Shinkin Central Bank; The Shoko Chukin Bank, Ltd.; and Sumitomo Mitsui Trust Bank, Ltd. Defendant Mitsubishi UFJ Trust and Banking Corporation joins the arguments of the TIBOR-Only Banks. Dkt. No. 218. Defendants Mizuho Bank, Ltd. and Mizuho Trust & Banking, Co., Ltd. also join the arguments of the TIBOR-Only Banks. Dkt. No. 213.

[3] The "LIBOR-Only Banks" are Société Générale; Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.; Barclays Bank PLC; HSBC Holdings plc; and HSBC Bank plc.

[4] The "Mizuho TIBOR-Only Banks" are Mizuho Bank, Ltd. and Mizuho Trust & Banking, Co., Ltd. The "Mizuho TIBOR-Only Banks" join the arguments of the "TIBOR-ONLY Banks" (Dkt. No. 208) in their entirety.

# APPENDIX A

## Page Cites for Defendants' Arguments

| Issue | *Def. Antitrust Br.* Dkt. No. 206 | *Def. CEA Br.* Dkt. No. 205 | *Self-Styled "No-Allegations Banks" Supp. Br.*[1] Dkt. No. 211 | *TIBOR-Only Supp. Br.*[2] Dkt. No. 208 | *LIBOR-Only Supp. Br.*[3] Dkt. No. 210 | *Mizuho TIBOR-Only Supp. Br.*[4] Dkt. No. 213 | *RBS Supp. Br.* Dkt. No. 212 | *Bank of Tokyo Supp. Br.* Dkt. No. 217 | *Mitsubishi UFJ Supp. Br.* Dkt. No. 218 | *UBS Supp. Br.* Dkt. No. 221 | *Barclays Supp. Br.* Dkt. No. 209 | *ICAP Supp. Br.* Dkt. No. 214 | *RP Martin Supp. Br.* Dkt. No. 220 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEA Standing **II** | | 4-5, 8-10 | | 11 (FN 6) | | | | | | 11 | | | |
| CEA: Morrison **II.E** | | 10 (FN 8); 22 (FN 18) | | | | | | | | 11 | | | |
| CEA Causation **III.C** | | 5-6, 12-21 | | 6-10 | | | | | | | | 10 | 10 |
| Euroyen TIBOR and Yen-LIBOR Are Interconnected **III.C** | 4-5, 41-42 | 14-17, 19-20, 22-26 | | 5 | 2-3 | | 2-3 | | | 3-4, 5 (FN 8), 11 (FN 14) 15 | | 3 (FN 3), 8 | 2, 4, 6, 10-12 |

2

# APPENDIX A

## Page Cites for Defendants' Arguments

| | Issue | *Def. Antitrust Br.* <br><br> Dkt. No. 206 | *Def. CEA Br.* <br><br> Dkt. No. 205 | *Self-Styled "No-Allegations Banks" Supp. Br.*[1] <br><br> Dkt. No. 211 | *TIBOR-Only Supp. Br.*[2] <br><br> Dkt. No. 208 | *LIBOR-Only Supp. Br.*[3] <br><br> Dkt. No. 210 | *Mizuho TIBOR-Only Supp. Br.*[4] <br><br> Dkt. No. 213 | *RBS Supp. Br.* <br><br> Dkt. No. 212 | *Bank of Tokyo Supp. Br.* <br><br> Dkt. No. 217 | *Mitsubishi UFJ Supp. Br.* <br><br> Dkt. No. 218 | *UBS Supp. Br.* <br><br> Dkt. No. 221 | *Barclays Supp. Br.* <br><br> Dkt. No. 209 | *ICAP Supp. Br.* <br><br> Dkt. No. 214 | *RP Martin Supp. Br.* <br><br> Dkt. No. 220 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Plaintiff's Responses by Argument** | CEA: Link Between Yen-LIBOR Submissions and the Prices of Euroyen TIBOR Futures Contracts **III.C** | | 17-18 | | | 2 | | | | | | | | 10 |
| | Economic Causation Allegations **III.C** | | 19-20 | 2-3, 12-13 | 7-9 | 3 | | 3-4 | | | | | | |
| | CEA: Loss Causation and Actual Damages **III.D** | | 20-21 | | | | | | | | | | | |
| | CEA: Specific Intent **III.B** | | 11 (FN 10); 21-27 | 6 | 10-13 | | | | | | 9-14 | | 7-9 | 10 |

3

# APPENDIX A

## Page Cites for Defendants' Arguments

| | Issue | *Def. Antitrust Br.* Dkt. No. 206 | *Def. CEA Br.* Dkt. No. 205 | *Self-Styled "No-Allegations Banks" Supp. Br.*[1] Dkt. No. 211 | *TIBOR-Only Supp. Br.*[2] Dkt. No. 208 | *LIBOR-Only Supp. Br.*[3] Dkt. No. 210 | *Mizuho TIBOR-Only Supp. Br.*[4] Dkt. No. 213 | *RBS Supp. Br.* Dkt. No. 212 | *Bank of Tokyo Supp. Br.* Dkt. No. 217 | *Mitsubishi UFJ Supp. Br.* Dkt. No. 218 | *UBS Supp. Br.* Dkt. No. 221 | *Barclays Supp. Br.* Dkt. No. 209 | *ICAP Supp. Br.* Dkt. No. 214 | *RP Martin Supp. Br.* Dkt. No. 220 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Plaintiff's Responses by Argument** | CEA: Aiding and Abetting **IV** | | 6, 28-29 | | | | | | | | 14-15 | | 10-12 | 12-13 |
| | CEA: Vicarious Liability **IV** | | 6, 28-29 | | | | | | | | | | | |
| | Antitrust Standing: Antitrust Injury[5] **V.A** | 1-3, 18-23 | | | | | | | | | | | | |
| | Antitrust Standing: *AGC* Factors **V.B** | 3, 23-29 | | | | | | | | | | | 12-13 | |

---

[5] UBS and RBS do not support Defendants' argument.

# APPENDIX A

## Page Cites for Defendants' Arguments

| | Issue | *Def. Antitrust Br.* Dkt. No. 206 | *Def. CEA Br.* Dkt. No. 205 | *"Self-Styled No-Allegations Banks" Supp. Br.* Dkt. No. 211 | *TIBOR-Only Supp. Br.* Dkt. No. 208 | *LIBOR-Only Supp. Br.* Dkt. No. 210 | *Mizuho TIBOR-Only Supp. Br.* Dkt. No. 213 | *RBS Supp. Br.* Dkt. No. 212 | *Bank of Tokyo Supp. Br.* Dkt. No. 217 | *Mitsubishi UFJ Supp. Br.* Dkt. No. 218 | *UBS Supp. Br.* Dkt. No. 221 | *Barclays Supp. Br.* Dkt. No. 209 | *ICAP Supp. Br.* Dkt. No. 214 | *RP Martin Supp. Br.* Dkt. No. 220 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Plaintiff's Responses by Argument** | Antitrust: Combination, Contract, Agreement **XII** | 4, 35-54 | | | 14-15 | | | | | | | | 13-14 | 14-15 |
| | Antitrust: Restraint of Trade[6] **VI** | 3, 30-31 | | | 14-15 | | | | | | | | | |
| | Antitrust: FTAIA[7] **VII** | 4, 31-35 | | | | | | | | | | | | |
| | Antitrust: Direct Evidence of Conspiracy **XII.B** | 16, 41-42, 54 | | | | | | | | | | | | |

---

[6] UBS and RBS do not support Defendants' argument. Barclays also appears to not support this argument.

[7] UBS and RBS do not support Defendants' argument.

*Laydon v. Mizuho Bank, Ltd., et al.,* **12-cv-3419 (GBD)**

## APPENDIX A

### Page Cites for Defendants' Arguments

| | Issue | *Def. Antitrust Br.* Dkt. No. 206 | *Def. CEA Br.* Dkt. No. 205 | *"Self-Styled No-Allegations Banks" Supp. Br.* Dkt. No. 211 | *TIBOR-Only Supp. Br.* Dkt. No. 208 | *LIBOR-Only Supp. Br.* Dkt. No. 210 | *Mizuho TIBOR-Only Supp. Br.* Dkt. No. 213 | *RBS Supp. Br.* Dkt. No. 212 | *Bank of Tokyo Supp. Br.* Dkt. No. 217 | *Mitsubishi UFJ Supp. Br.* Dkt. No. 218 | *UBS Supp. Br.* Dkt. No. 221 | *Barclays Supp. Br.* Dkt. No. 209 | *ICAP Supp. Br.* Dkt. No. 214 | *RP Martin Supp. Br.* Dkt. No. 220 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Plaintiff's Responses by Argument** | Plus Factors: Economic Analyses  XII.C, III.C | 15-16, 47-54 | | 12-13 | 16-17 | | | | | | | | | |
| | Plus Factors: Membership on Panel/ Oligopoly in Rate-Setting  XII.C.5 | 16, 53-54 | | 10 | 17-18 | | | | | | | | | |
| | Plus Factors: Settlements, Fines, Guilty Pleas, Ongoing Government Investigations  XII.C.3 | 45-46, 54 | | 11-12 | 18 (FN 10) | | | 3 | | | 3 (FN 6) | | | 11 (CEA) |
| | Employee Firings/Suspensions  XII.C | | | | | | | | 1-3 | | | | | |

6

*Laydon v. Mizuho Bank, Ltd., et al.*, **12-cv-3419 (GBD)**

# APPENDIX A

## Page Cites for Defendants' Arguments

|  | Issue | *Def. Antitrust Br.* Dkt. No. 206 | *Def. CEA Br.* Dkt. No. 205 | *"Self-Styled No-Allegations Banks" Supp. Br.* Dkt. No. 211 | *TIBOR-Only Supp. Br.* Dkt. No. 208 | *LIBOR-Only Supp. Br.* Dkt. No. 210 | *Mizuho TIBOR-Only Supp. Br.* Dkt. No. 213 | *RBS Supp. Br.* Dkt. No. 212 | *Bank of Tokyo Supp. Br.* Dkt. No. 217 | *Mitsubishi UFJ Supp. Br.* Dkt. No. 218 | *UBS Supp. Br.* Dkt. No. 221 | *Barclays Supp. Br.* Dkt. No. 209 | *ICAP Supp. Br.* Dkt. No. 214 | *RP Martin Supp. Br.* Dkt. No. 220 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Plaintiff's Responses by Argument** | Sherman Act: Conduct Frequency **XII** | 11, 42, 54 |  |  |  |  |  | 1, 5 |  |  | 4-8 |  |  |  |
|  | Interdealer Brokers Participation in the Conspiracy **III.B, XII** |  |  | 7-9 | 9-10, 13, 17 |  |  |  |  |  |  |  | 7 (FN 5) |  |
|  | No Specific Allegations **III.B** |  |  | 2-3, 12 |  |  |  |  |  |  |  |  | P 5 | P 1, 5, 12-13 |
|  | Unjust Enrichment **XIII** | 5, 55-56 |  |  | 19-20 | 2 (FN 4), 3 |  |  |  |  |  |  | 12 (FN 7) |  |
|  | Rule 12(f) **I.A.3** |  |  |  |  |  |  |  |  |  | 4 (FN 7) |  |  | 11 |