UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFFREY LAYDON, on behalf of himself and         :
all others similarly situated,                                    :
                                                                              :
                                        Plaintiff,                  :
                                                                              :         No. 12-cv-3419
                        -against-                                    :
                                                                              :
MIZUHO BANK, LTD., THE BANK OF              :
TOKYO-MITSUBISHI UFJ, LTD, THE              :         **NOTICE OF APPEARANCE**
SUMITOMO TRUST AND BANKING CO.,        :
LTD., THE NORINCHUKIN BANK,                   :
MITSUBISHI UFJ TRUST AND BANKING         :
CORPORATION, SUMITOMO MITSUI              :
BANKING CORPORATION, RESONA              :
BANK, LTD., J.P. MORGAN CHASE & CO.,    :
J.P. MORGAN CHASE BANK, NATIONAL      :
ASSOCIATION, J.P. MORGAN                         :
SECURITIES PLC, MIZUHO CORPORATE    :
BANK, LTD., DEUTSCHE BANK AG,               :
MIZUHO TRUST AND BANKING CO.,             :
LTD., THE SHOKO CHUKIN BANK, LTD.,    :
SHINKIN CENTRAL BANK, UBS AG, UBS    :
SECURITIES JAPAN CO. LTD., THE BANK   :
OF YOKOHAMA, LTD., SOCIÉTÉ                    :
GÉNÉRALE SA, THE ROYAL BANK OF         :
SCOTLAND GROUP, PLC, ROYAL BANK     :
OF SCOTLAND PLC, RBS SECURITIES        :
JAPAN LIMITED, BARCLAYS BANK PLC,   :
CITIBANK, NA, CITIGROUP, INC.,                  :
CITIBANK, JAPAN LTD., CITIGROUP          :
GLOBAL MARKETS JAPAN, INC.,                  :
COÖPERATIEVE CENTRALE                           :
RAIFFEISEN-BOERENLEENBANK B.A.,       :
HSBC HOLDINGS PLC, HSBC BANK PLC,   :
ICAP PLC, R.P. MARTIN HOLDINGS            :
LIMITED AND JOHN DOES NOS. 1-50,          :
                                                                              :
                                        Defendants.                :
------------------------------------------------------------x

          PLEASE TAKE NOTICE that Omari L. Mason of the law firm of Simpson

Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co. and

J.P. Morgan Securities plc in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: New York, New York
August 28, 2013

                                                Respectfully submitted,

                                                SIMPSON THACHER & BARTLETT LLP

                                                By:    /s/ Omari L. Mason
                                                           Omari L. Mason (omason@stblaw.com)
                                                           425 Lexington Avenue
                                                           New York, New York 10017
                                                           Tel: (212) 455-2000
                                                           Fax: (212) 455-2502

                                                           *Attorneys for Defendants JPMorgan Chase & Co. and J.P. Morgan Securities plc*