UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFFREY LAYDON, on behalf of himself and :
all others similarly situated,                           :
                                                         :
                        Plaintiff,         :
                                     :       No. 12-cv-3419
              -against-                              :
                                                         :
MIZUHO BANK, LTD., THE BANK OF                           :
TOKYO-MITSUBISHI UFJ, LTD, THE                           :   **NOTICE OF APPEARANCE**
SUMITOMO TRUST AND BANKING CO.,                          :
LTD., THE NORINCHUKIN BANK,                              :
MITSUBISHI UFJ TRUST AND BANKING                         :
CORPORATION, SUMITOMO MITSUI                             :
BANKING CORPORATION, RESONA                              :
BANK, LTD., J.P. MORGAN CHASE & CO.,                     :
J.P. MORGAN CHASE BANK, NATIONAL                         :
ASSOCIATION, J.P. MORGAN                                 :
SECURITIES PLC, MIZUHO CORPORATE                         :
BANK, LTD., DEUTSCHE BANK AG,                            :
MIZUHO TRUST AND BANKING CO.,                            :
LTD., THE SHOKO CHUKIN BANK, LTD.,                       :
SHINKIN CENTRAL BANK, UBS AG, UBS                        :
SECURITIES JAPAN CO. LTD., THE BANK                      :
OF YOKOHAMA, LTD., SOCIÉTÉ                               :
GÉNÉRALE SA, THE ROYAL BANK OF                           :
SCOTLAND GROUP, PLC, ROYAL BANK                          :
OF SCOTLAND PLC, RBS SECURITIES                          :
JAPAN LIMITED, BARCLAYS BANK PLC,                        :
CITIBANK, NA, CITIGROUP, INC.,                           :
CITIBANK, JAPAN LTD., CITIGROUP                          :
GLOBAL MARKETS JAPAN, INC.,                              :
COÖPERATIEVE CENTRALE                                    :
RAIFFEISEN-BOERENLEENBANK B.A.,                          :
HSBC HOLDINGS PLC, HSBC BANK PLC,                        :
ICAP PLC, R.P. MARTIN HOLDINGS                           :
LIMITED AND JOHN DOES NOS. 1-50,                         :
                                                         :
                        Defendants.       :
------------------------------------------------------------x

        PLEASE TAKE NOTICE that Paul C. Gluckow of the law firm of Simpson

Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co., J.P.

Morgan Chase Bank, National Association, and J.P. Morgan Securities plc in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: New York, New York
September 26, 2013

    Respectfully submitted,

    SIMPSON THACHER & BARTLETT LLP

    By: /s/ Paul C. Gluckow
        Paul C. Gluckow (pgluckow@stblaw.com)
        425 Lexington Avenue
        New York, New York 10017
        Tel: (212) 455-2000
        Fax: (212) 455-2502

*Attorneys for Defendants JPMorgan Chase & Co., J.P. Morgan Chase Bank, National Association, and J.P. Morgan Securities plc*