UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JEFFREY LAYDON, on behalf of himself and all : 
others similarly situated, :
 :
                          Plaintiff, :
 : Case No: 12-cv-3419 (GBD)
                 v. :
 :
MIZUHO BANK, LTD., THE BANK OF TOKYO- : **NOTICE OF WITHDRAWAL**
MITSUBISHI UFJ, LTD, THE SUMITOMO : **AS COUNSEL**
TRUST AND BANKING CO., LTD., THE :
NORINCHUKIN BANK, MITSUBISHI UFJ :
TRUST AND BANKING CORPORATION, :
SUMITOMO MITSUI BANKING :
CORPORATION, RESONA BANK, LTD., J.P. :
MORGAN CHASE & CO., J.P. MORGAN CHASE :
BANK, NATIONAL ASSOCIATION, J.P. :
MORGAN SECURITIES PLC, MIZUHO :
CORPORATE BANK, LTD., DEUTSCHE BANK :
AG, MIZUHO TRUST AND BANKING CO., :
LTD., THE SHOKO CHUKIN BANK, LTD., :
SHINKIN CENTRAL BANK, UBS AG, UBS :
SECURITIES JAPAN CO. LTD., THE BANK OF :
YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, :
THE ROYAL BANK OF SCOTLAND GROUP, :
PLC, ROYAL BANK OF SCOTLAND PLC, RBS :
SECURITIES JAPAN LIMITED, BARCLAYS :
BANK PLC, CITIBANK, NA, CITIGROUP, INC., :
CITIBANK, JAPAN LTD., CITIGROUP GLOBAL :
MARKETS JAPAN, INC., COÖPERATIEVE :
CENTRALE RAIFFEISEN-BOERENLEENBANK :
B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, :
ICAP PLC, R.P. MARTIN HOLDINGS :
LIMITED AND JOHN DOES NOS. 1-50, :
 :
                          Defendants. :
 :
-----------------------------------------------------------x

       TO THE CLERK AND ALL PARTIES OF RECORD:  Please withdraw the appearance

of Juan A. Arteaga, formerly of the law firm of Simpson Thacher & Bartlett LLP, as counsel of

record for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities plc (collectively, "JPMorgan") in the above captioned case.

PLEASE TAKE NOTICE that JPMorgan continues to be represented in this case by Thomas C. Rice, Paul C. Gluckow and Omari L. Mason of the law firm of Simpson Thacher & Bartlett LLP.

Dated:  New York, New York
        September 26, 2013

>Respectfully submitted,
>
>SIMPSON THACHER & BARTLETT LLP
>
>By:   /s/ Omari L. Mason
>      Omari L. Mason (omason@stblaw.com)
>      425 Lexington Avenue
>      New York, New York 10017
>      Tel: (212) 455-2000
>      Fax: (212) 455-2502
>
>      *Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities plc*