UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

LAYDON,

                Plaintiff,

   -against-

MIZUHO BANK, LTD. et al.,

                Defendants.

------------------------------------x

ORDER

12 Civ. 3419 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Oral argument is set for January 29, 2014 at 9:30 a.m.

Dated: New York, New York
       October 24, 2013

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge