UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

JEFFREY LAYDON,        Plaintiff,        Case No. 12-cv-3419 (GBD)

-against-

MIZUHO BANK, LTD., et al.,    Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____**Shari A. Brandt**_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SB 4352         My State Bar Number is N/A

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Richards Kibbe & Orbe LLP
             FIRM ADDRESS: One World Financial Center, New York, NY 10281
             FIRM TELEPHONE NUMBER: 212-530-1874
             FIRM FAX NUMBER: 212-344-8874

NEW FIRM:    FIRM NAME: Richards Kibbe & Orbe LLP
             FIRM ADDRESS: 200 Liberty Street, New York, NY 10281
             FIRM TELEPHONE NUMBER: 212-530-1800
             FIRM FAX NUMBER: 212-530-1801

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 11/6/2013

_____
ATTORNEY'S SIGNATURE