UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

JEFFREY LAYDON,   Plaintiff,

Case No. 12-cv-3419 (GBD)

-against-

MIZUHO BANK, LTD., et al.,   Defendant.

---

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Brian S. Fraser_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: BF 0114     My State Bar Number is N/A

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Richards Kibbe & Orbe LLP
            FIRM ADDRESS: One World Financial Center, New York, NY 10281
            FIRM TELEPHONE NUMBER: 212-530-1800
            FIRM FAX NUMBER: 212-530-1801

NEW FIRM:   FIRM NAME: Richards Kibbe & Orbe LLP
            FIRM ADDRESS: 200 Liberty Street, New York, NY 10281
            FIRM TELEPHONE NUMBER: 212-530-1800
            FIRM FAX NUMBER: 212-530-1801

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 11/6/2013

_____/s/ Brian S. Fraser_____
ATTORNEY'S SIGNATURE