UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------

JEFFREY LAYDON,

              Plaintiff,

-against-

MIZUHO BANK, LTD., et al.,

              Defendant.
----------------------------------------------------------

Case No. 12-cv-3419 (GBD)

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**H. Rowan Gaither, IV**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: HG 2245     My State Bar Number is N/A

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Richards Kibbe & Orbe LLP
                   FIRM ADDRESS: One World Financial Center, New York, NY 10281
                   FIRM TELEPHONE NUMBER: 212-530-1807
                   FIRM FAX NUMBER: 717-344-8807

NEW FIRM:     FIRM NAME: Richards Kibbe & Orbe LLP
                   FIRM ADDRESS: 200 Liberty Street, New York, NY 10281
                   FIRM TELEPHONE NUMBER: 212-530-1800
                   FIRM FAX NUMBER: 212-530-1801

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 11/6/2013

                                                      _____
                                                      ATTORNEY'S SIGNATURE