UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

JEFFREY LAYDON,

                Plaintiff,

-against-

MIZUHO BANK, LTD., et al.,

                Defendant.

-----------------------------------------------------------

Case No. 12-cv-3419 (GBD)

**NOTICE OF CHANGE OF ADDRESS**

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                **Katherine Kern Harrington**
                FILL IN ATTORNEY NAME

My SDNY Bar Number is: KH 0393     My State Bar Number is N/A

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Richards Kibbe & Orbe LLP
                FIRM ADDRESS: One World Financial Center, New York, NY 10281
                FIRM TELEPHONE NUMBER: 212-530-1800
                FIRM FAX NUMBER: 212-530-1801

NEW FIRM:    FIRM NAME: Richards Kibbe & Orbe LLP
                FIRM ADDRESS: 200 Liberty Street, New York, NY 10281
                FIRM TELEPHONE NUMBER: 212-530-1800
                FIRM FAX NUMBER: 212-530-1801

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 11/6/2013

                                            ATTORNEY'S SIGNATURE