UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JEFFREY LAYDON, on behalf of himself and all others similarly situated,

                  Plaintiff,

               v.

MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD, THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP, PLC, ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, R.P. MARTIN HOLDINGS LIMITED AND JOHN DOES NOS. 1-50,

                  Defendants.

---------------------------------------------------------------x

Case No: 12-cv-3419 (GBD)

**NOTICE OF WITHDRAWAL OF APPEARANCE**

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw my appearance on behalf of defendant Resona Bank, Ltd. in the above-captioned matter.

/s/ Diana L. Gillis
Diana L. Gillis
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Ave. NW
Washington, D.C. 20036
Phone: 202.887.4000
Fax: 202.887.4288
dgillis@akingump.com

Date: December 27, 2013

## CERTIFICATE OF SERVICE

I, Diana L. Gillis, hereby certify that on December 27, 2013, the foregoing **Withdrawal of Appearance for Diana L. Gillis** was filed and served electronically and is available for viewing and downloading from the ECF system.

/s/ Diana L. Gillis

Diana L. Gillis