UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
                                              :
JEFFREY LAYDON, on behalf of himself   :       12-cv-3419 (GBD)
and all others similarly situated,            :
                                              :
                        Plaintiff,            :
                                              :
           -against-                          :       NOTICE OF APPEARANCE
                                              :
MIZUHO BANK, LTD., et al.,                    :
                                              :
                        Defendants.           :
                                              :
----------------------------------------------------X

PLEASE TAKE NOTICE, that the undersigned attorney, Melissa Felder Zappala,

who is a member in good standing of the bar of this Court, hereby appears as counsel for

Defendant Barclays Bank PLC in the above captioned proceeding.

Dated:  Washington, D.C.
        December 30, 2013

                              BOIES, SCHILLER & FLEXNER LLP


                              By:     /s/ Melissa Felder Zappala
                                      Melissa Felder Zappala

                                      5301 Wisconsin Avenue, N.W.
                                      Suite 800
                                      Washington, D.C. 20015
                                      (202) 237-2727

                              *Attorneys for Defendant Barclays Bank PLC*