UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JEFFREY LAYDON, on behalf of himself and :
all others similarly situated,
                        Plaintiff,

                        No. 12-cv-3419

           -against-

MIZUHO BANK, LTD., THE BANK OF
TOKYO-MITSUBISHI UFJ, LTD, THE      **NOTICE OF APPEARANCE**
SUMITOMO TRUST AND BANKING CO.,
LTD., THE NORINCHUKIN BANK,
MITSUBISHI UFJ TRUST AND BANKING
CORPORATION, SUMITOMO MITSUI
BANKING CORPORATION, RESONA
BANK, LTD., J.P. MORGAN CHASE & CO.,
J.P. MORGAN CHASE BANK, NATIONAL
ASSOCIATION, J.P. MORGAN
SECURITIES PLC, MIZUHO CORPORATE
BANK, LTD., DEUTSCHE BANK AG,
MIZUHO TRUST AND BANKING CO.,
LTD., THE SHOKO CHUKIN BANK, LTD.,
SHINKIN CENTRAL BANK, UBS AG, UBS
SECURITIES JAPAN CO. LTD., THE BANK
OF YOKOHAMA, LTD., SOCIÉTÉ
GÉNÉRALE SA, THE ROYAL BANK OF
SCOTLAND GROUP, PLC, ROYAL BANK
OF SCOTLAND PLC, RBS SECURITIES
JAPAN LIMITED, BARCLAYS BANK PLC,
CITIBANK, NA, CITIGROUP, INC.,
CITIBANK, JAPAN LTD., CITIGROUP
GLOBAL MARKETS JAPAN, INC.,
COÖPERATIEVE CENTRALE
RAIFFEISEN-BOERENLEENBANK B.A.,
HSBC HOLDINGS PLC, HSBC BANK PLC,
ICAP PLC, R.P. MARTIN HOLDINGS
LIMITED AND JOHN DOES NOS. 1-50,

                        Defendants.
-------------------------------------------------------------x

        PLEASE TAKE NOTICE that Jeffery L. Ding of the law firm of Simpson

Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co.,

JPMorgan Chase Bank, N.A., and J.P. Morgan Securities plc in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: New York, New York
       January 8, 2014

                                              Respectfully submitted,

                                              SIMPSON THACHER & BARTLETT LLP

                                              By:    /s/ Jeffery L. Ding
                                                            Jeffery L. Ding (jeffery.ding@stblaw.com)
                                                            425 Lexington Avenue
                                                            New York, New York 10017
                                                            Tel: (212) 455-2000
                                                            Fax: (212) 455-2502

                                              *Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities plc*