UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JEFFREY LAYDON, on behalf of himself and all                   :
others similarly situated,                                     :
                                                               :
                          Plaintiff,                           :
                                                               :     Case No: 12-cv-3419 (GBD)
                    v.                                         :
                                                               :
MIZUHO BANK, LTD., THE BANK OF TOKYO-                          :
MITSUBISHI UFJ, LTD, THE SUMITOMO                              :
TRUST AND BANKING CO., LTD., THE                               :
NORINCHUKIN BANK, MITSUBISHI UFJ                              :
TRUST AND BANKING CORPORATION,                                 :
SUMITOMO MITSUI BANKING                                        :
CORPORATION, RESONA BANK, LTD., J.P.                          :
MORGAN CHASE & CO., J.P. MORGAN CHASE                         :
BANK, NATIONAL ASSOCIATION, J.P.                              :
MORGAN SECURITIES PLC, MIZUHO                                 :
CORPORATE BANK, LTD., DEUTSCHE BANK                           :
AG, MIZUHO TRUST AND BANKING CO.,                             :
LTD., THE SHOKO CHUKIN BANK, LTD.,                            :
SHINKIN CENTRAL BANK, UBS AG, UBS                             :
SECURITIES JAPAN CO. LTD., THE BANK OF                        :
YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA,                          :
THE ROYAL BANK OF SCOTLAND GROUP,                            :
PLC, ROYAL BANK OF SCOTLAND PLC, RBS                         :
SECURITIES JAPAN LIMITED, BARCLAYS                           :
BANK PLC, CITIBANK, NA, CITIGROUP, INC.,                     :
CITIBANK, JAPAN LTD., CITIGROUP GLOBAL                       :
MARKETS JAPAN, INC., COÖPERATIEVE                            :
CENTRALE RAIFFEISEN-BOERENLEENBANK                           :
B.A., HSBC HOLDINGS PLC, HSBC BANK PLC,                      :
ICAP PLC, R.P. MARTIN HOLDINGS                               :
LIMITED AND JOHN DOES NOS. 1-50,                             :
                                                               :
                          Defendants.                          :
                                                               :
-------------------------------------------------------------x

## MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL

Pursuant to Local Civil Rule 1.4, Barclays Bank PLC, by and through its counsel Sullivan & Cromwell LLP and Boies, Schiller & Flexner LLP, respectfully requests the withdrawal of the appearance of Matthew S. Fitzwater as counsel for Barclays Bank PLC in the above-referenced action.  Matthew S. Fitzwater is no longer associated with the firm of Sullivan & Cromwell LLP.  Sullivan & Cromwell LLP and Boies, Schiller & Flexner LLP will continue to serve as counsel for Barclays Bank PLC.

Dated:        January 13, 2014
              New York, New York

                         Respectfully submitted,


                         Jeffrey T. Scott
                         David H. Braff
                         Yvonne S. Quinn
                         Jeffrey T. Scott
                         Matthew J. Porpora
                         SULLIVAN & CROMWELL LLP
                         125 Broad Street
                         New York, NY 10004
                         braffd@sullcrom.com
                         quinny@sullcrom.com
                         scottj@sullcrom.com
                         porporam@sullcrom.com
                         Telephone: (212) 558-4000

                         Jonathan D. Schiller
                         Leigh M. Nathanson
                         BOIES, SCHILLER & FLEXNER LLP
                         575 Lexington Avenue
                         7th Floor
                         New York, NY 10022
                         jschiller@bsfllp.com
                         lnathanson@ bsfllp.com
                         Telephone: (212) 446-2300

                         *Attorneys for Defendant Barclays Bank PLC*