UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Laydon                           Plaintiff,        Case No.  1:12-cv-03419

    -against-

Mizuho Bank, Ltd., et al.        Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Daryl A. Libow
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is 2100766_____

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:____Sullivan & Cromwell LLP_____
             FIRM ADDRESS: 1701 Pennsylvania Avenue, N.W., Washington, DC 20006
             FIRM TELEPHONE NUMBER: (202) 956-7500
             FIRM FAX NUMBER:_____(202) 293-6330_____

NEW FIRM:    FIRM NAME:____Sullivan & Cromwell LLP_____
             FIRM ADDRESS: 1700 New York Avenue, N.W., Washington, DC 20006
             FIRM TELEPHONE NUMBER: (202) 956-7500
             FIRM FAX NUMBER:_____(202) 293-6330_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 2/20/2014                         /s/ Daryl A. Libow
                                         _____
                                         ATTORNEY'S SIGNATURE