UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Laydon

Plaintiff,

Case No. 1:12-cv-03419

-against-

Mizuho Bank, Ltd., et al.

Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending            [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Christopher M. Viapiano
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____  My State Bar Number is 4373536_____

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Sullivan & Cromwell LLP
            FIRM ADDRESS: 1701 Pennsylvania Avenue, N.W., Washington, DC  20006
            FIRM TELEPHONE NUMBER: (202) 956-7500
            FIRM FAX NUMBER: (202) 293-6330

NEW FIRM:   FIRM NAME: Sullivan & Cromwell LLP
            FIRM ADDRESS: 1700 New York Avenue, N.W., Washington, DC  20006
            FIRM TELEPHONE NUMBER: (202) 956-7500
            FIRM FAX NUMBER: (202) 293-6330

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 2/20/2014                    /s/ Christopher M. Viapiano
                                    _____
                                    ATTORNEY'S SIGNATURE