UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>                         Plaintiff,<br><br>           -against-<br><br>MIZUHO BANK, *et al.*,<br><br>                         Defendants. | Case No. 1:12-cv-3419-GBD<br><br>ECF Case<br><br>NOTICE OF WITHDRAWAL |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

TO THE CLERK AND ALL PARTIES OF RECORD:  Please withdraw the appearance of Jeffrey S. Jacobson, formerly of the law firm of Debevoise & Plimpton LLP, as counsel for defendant The Bank of Yokohama, Ltd., in the above-captioned case.

PLEASE TAKE NOTICE that The Bank of Yokohama, Ltd. continues to be represented in this case by Gary W. Kubek and Erica S. Weisgerber, of Debevoise & Plimpton LLP.

Dated: New York, New York
       March 18, 2014

DEBEVOISE & PLIMPTON LLP

By:

/s/ Erica S. Weisgerber
Erica S. Weisgerber
eweisgerber@debevoise.com

919 Third Avenue
New York, New York  10022
Telephone: (212) 909-6000
Facsimile: (212) 521-7490

*Attorney for The Bank of Yokohama, Ltd.*

TO:    CLERK OF THE COURT
United States District Court
Southern District of New York
U.S. Courthouse, Foley Square
New York, New York 10007

LOWEY DANNENBERG COHEN & HART, P.C.
Vincent Briganti, Esq.
One North Broadway
White Plains, New York 10601