UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JEFFREY LAYDON, on behalf of himself and all
others similarly situated,

                Plaintiff,

       v.

MIZUHO BANK, LTD., THE BANK OF TOKYO-
MITSUBISHI UFJ, LTD, THE SUMITOMO
TRUST AND BANKING CO., LTD., THE
NORINCHUKIN BANK, MITSUBISHI UFJ
TRUST AND BANKING CORPORATION,
SUMITOMO MITSUI BANKING
CORPORATION, RESONA BANK, LTD., J.P.
MORGAN CHASE & CO., J.P. MORGAN CHASE
BANK, NATIONAL ASSOCIATION, J.P.
MORGAN SECURITIES PLC, MIZUHO
CORPORATE BANK, LTD., DEUTSCHE BANK
AG, MIZUHO TRUST AND BANKING CO.,
LTD., THE SHOKO CHUKIN BANK, LTD.,
SHINKIN CENTRAL BANK, UBS AG, UBS
SECURITIES JAPAN CO. LTD., THE BANK OF
YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA,
THE ROYAL BANK OF SCOTLAND GROUP,
PLC, ROYAL BANK OF SCOTLAND PLC, RBS
SECURITIES JAPAN LIMITED, BARCLAYS
BANK PLC, CITIBANK, NA, CITIGROUP, INC.,
CITIBANK, JAPAN LTD., CITIGROUP GLOBAL
MARKETS JAPAN, INC., COÖPERATIEVE
CENTRALE RAIFFEISEN-BOERENLEENBANK
B.A., HSBC HOLDINGS PLC, HSBC BANK PLC,
ICAP PLC, R.P. MARTIN HOLDINGS
LIMITED AND JOHN DOES NOS. 1-50,

                Defendants.

------------------------------------------------------------------x

Case No: 12-cv-3419 (GBD)

SO ORDERED
[signature] George B. Daniels, U.S.D.J.
APR 21 2014

**MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL**

Pursuant to Local Civil Rule 1.4, Barclays Bank PLC, by and through its counsel Sullivan & Cromwell LLP and Boies, Schiller & Flexner LLP, respectfully requests the withdrawal of the appearance of Matthew S. Fitzwater as counsel for Barclays Bank PLC in the above-referenced action. Matthew S. Fitzwater is no longer associated with the firm of Sullivan & Cromwell LLP. Sullivan & Cromwell LLP and Boies, Schiller & Flexner LLP will continue to serve as counsel for Barclays Bank PLC.

Dated:   January 13, 2014
         New York, New York

Respectfully submitted,

Jeffrey T. Scott
David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com
Telephone: (212) 558-4000

Jonathan D. Schiller
Leigh M. Nathanson
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
7th Floor
New York, NY 10022
jschiller@bsfllp.com
lnathanson@bsfllp.com
Telephone: (212) 446-2300

*Attorneys for Defendant Barclays Bank PLC*