# Lowey Dannenberg Cohen & Hart, P.C.

**New York**
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310
914-997-0500 Telephone
914-997-0035 Fax

**Pennsylvania**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohoken, PA 19428-2977
610-941-2760 Telephone
610-862-9777 Fax

www.lowey.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: APR 21 2014

April 17, 2014

**Via Facsimile**
The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED:
George B. Daniels, U.S.D.J.

APR 21 2014

Re: *Laydon v. Mizuho Bank, Ltd., et al.*, No. 12-cv-3419 (GBD)

Dear Judge Daniels,

We write with the consent of all parties to request the Court's approval and endorsement of the following briefing schedule for plaintiff's anticipated motion for leave to amend the Second Amended Complaint, and defendants' motions for reconsideration filed in this matter on April 11, 2014.

1. <u>Plaintiff's Motion for Leave to Amend</u>: Plaintiff shall file his motion for leave to amend the Second Amended Complaint and his proposed Third Amended Complaint no later than June 10, 2014. Defendants shall file any opposition or response to that motion no later than July 10, 2014. Plaintiff's reply, if any, with respect to that motion shall be filed no later than July 31, 2014.

2. <u>Motions for Reconsideration</u>: Plaintiff's opposition to the motions for reconsideration filed in this matter on April 11, 2014 shall be filed no later than May 9, 2014. Defendants' reply briefs with respect to those motions shall be filed no later than May 30, 2014.

The parties are available for a conference on Monday, April 28th, at 9:30 a.m., and have agreed to submit any pre-conference letter(s) by Thursday, April 24th.

Respectfully submitted,

Vincent Briganti / RG

cc: All Counsel of Record (by email)