UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
LAYDON,

                      Plaintiff,

    -against-

MIZUHO BANK, LTD. et al.,

                      Defendants.
------------------------------------- x



ORDER

12 Civ. 3419 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A Rule 16 confererence is set for Monday, April 28, 2014 at 9:30 a.m.

Dated: New York, New York
       April 25, 2014

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge