UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, | : : : | |
| Plaintiff, | : : : | |
| v. | : : | Case No. 12-cv-3419 (GBD) |
| MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., CHUO MITSUI TRUST & BANKING CO. LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN LTD., THE BANK OF YOKOHAMA, LTD., SOCIETE GENERALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, R.P. MARTIN HOLDINGS LIMITED AND JOHN DOE NOS. 1-50,<br><br>Defendants. | : : : : : : : : : : : : : : : : : : : : : | ECF Case |

---

**JOINDER IN REPLY IN FURTHER SUPPORT OF MOTION FOR
<u>RECONSIDERATION OR REARGUMENT</u>**

The undersigned defendants respectfully join in the arguments contained in the Reply that

has been filed by HSBC in further support of its motion for reconsideration of the portion of the

Court's March 28, 2014 Memorandum Decision and Order denying Defendants' motion to dismiss Plaintiff's Commodity Exchange Act ("CEA") claims.

HSBC's Reply was filed earlier today by ECF as Docket Entry 293.  HSBC points out that the Court must assess the sufficiency of the factual allegations pleaded against ***each individual defendant*** with respect to the causation and scienter elements of Plaintiff's CEA claims.  That argument applies to the undersigned defendants as well.  In addition, the allegations of misconduct by the undersigned defendants—like the allegations pertaining to HSBC—fail to coincide with Plaintiff's limited participation in the Euroyen futures market.  As explained in our previous Joinder filing (Docket Entry 281), the alleged wrongful conduct Plaintiff seeks to attribute to Citibank, Deutsche Bank, and JPMorgan post-dates Plaintiff's participation in the market in the summer of 2006 and thus could not have caused Plaintiff's purported injuries.[1]

For these reasons and the reasons explained in HSBC's submissions, the Court should reconsider its determination concerning the sufficiency of Plaintiff's CEA claims and should dismiss those claims with prejudice.

---

[1] Plaintiff's opposition brief refers to a criminal complaint filed in the UK against Thomas Hayes of UBS, which alleges that Hayes "conspir[ed] with" JP Morgan Chase & Co. and Deutsche Bank AG (among others) between August 8, 2006 and December 3, 2009.  (Opp. at 7.)  But, as noted in the main brief, even during that period any such conduct was episodic, and as HSBC's Reply notes, Plaintiff's Complaint and opposition brief are silent about when (if at all) Plaintiff traded during this period, even though that information is readily available to him, and the Complaint otherwise does not allege any relevant conduct on the part of the undersigned defendants during the period in which he traded.

Dated: May 30, 2014                                             Respectfully submitted,

/s/ Andrew A. Ruffino                                           /s/ Moses Silverman*
Andrew A. Ruffino                                               Moses Silverman
COVINGTON & BURLING LLP                                         Andrew C. Finch
The New York Times Building                                     Ankush Khardori
620 Eighth Avenue                                               PAUL, WEISS, RIFKIND, WHARTON &
New York, NY 10018                                              GARRISON LLP
Tel.: (212) 841-1000                                            1285 Avenue of the Americas
aruffino@cov.com                                                New York, New York 10019-6064
                                                                msilverman@paulweiss.com
Alan M. Wiseman                                                 afinch@paulweiss.com
Thomas A. Isaacson                                              akhardori@paulweiss.com
Jonathan Gimblett                                               Tel.: (212) 373-3355
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004                                          *Attorneys for Defendant Deutsche Bank AG*
Tel.: (202) 662-6000
awiseman@cov.com                                                /s/ Thomas C. Rice*
tisaacson@cov.com                                               Thomas C. Rice
jgimblett@cov.com                                               Paul C. Gluckow
                                                                Omari L. Mason
Michael R. Lazerwitz                                            SIMPSON THACHER & BARTLETT LLP
CLEARY GOTTLIEB STEEN &                                         425 Lexington Avenue
HAMILTON LLP                                                    New York, New York 10017
One Liberty Plaza                                               Tel.: (212) 455-2000
New York, NY 10006                                              Fax: (212) 455-2502
Tel.: (212) 225-2000                                            trice@stblaw.com
mlazerwitz@cgsh.com                                             pgluckow@stblaw.com
                                                                omason@stblaw.com
*Attorneys for Defendants Citibank, N.A. and
Citigroup Inc.*                                                 *Attorneys for Defendants JPMorgan Chase &
                                                                Co., JPMorgan Chase Bank, N.A. and J.P.
                                                                Morgan Securities plc*

* Consent for Signature Obtained