**Lowey Dannenberg Cohen & Hart**, P.C.

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310
914-997-0500 Telephone
914-997-0035 Fax

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohoken, PA 19428-2977
610-941-2760 Telephone
610-862-9777 Fax

www.lowey.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 6, 2014

June 3, 2014

SO ORDERED.

/s/ George B. Daniels
GEORGE B. DANIELS
United States District Judge

June 6, 2014

**Via Facsimile (212-805-6737)**
The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Laydon v. Mizuho Bank, Ltd., et al.*, No. 12-cv-3419 (GBD)

Dear Judge Daniels,

As counsel for Plaintiff, we respectfully request a one-week extension of time for briefing relating to Plaintiff's Motion for Leave to Amend and the filing of Plaintiff's [Proposed] Third Amended Complaint. There have been no prior requests by Plaintiff for an extension or adjournment with respect to the foregoing matters.

In addition, we request that Plaintiff be permitted to file an opening brief in support of his motion for leave to amend of no more than 40 pages.

Defendants do not oppose the foregoing requests by Plaintiff.

<u>Current Schedule for Plaintiff's Motion for Leave to Amend</u>: By Order dated April 21, 2014 [Dkt. 286], the Court set the following schedule for Plaintiff's Motion for Leave to Amend: Plaintiff shall file his motion for leave to amend the Second Amended Complaint and his proposed Third Amended Complaint no later than June 10, 2014. Defendants shall file any opposition or response to that motion no later than July 10, 2014. Plaintiff's reply, if any, with respect to that motion shall be filed no later than July 31, 2014.

<u>Proposed Revised Schedule for Plaintiff's Motion for Leave to Amend</u>: Plaintiff shall file his motion for leave to amend the Second Amended Complaint and his proposed Third Amended Complaint no later than June 17, 2014. Defendants shall file any opposition or response to that motion no later than July 17, 2014. Plaintiff's reply, if any, with respect to that motion shall be filed no later than August 7, 2014.



**Lowey Dannenberg Cohen & Hart, P.C.**

In light of Plaintiff's request for a one-week extension to file his proposed Third Amended Complaint, Defendants have requested, and Plaintiff does not oppose, that the deadline for filing motions to dismiss for lack of personal jurisdiction be extended by one-week, from July 31 to August 7, 2014, should Plaintiff's request be granted by the Court.

Respectfully submitted,

Vincent Briganti

cc: Counsel of Record (via email)