UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

JEFFREY LAYDON, on behalf of
himself, all others similarly situated      Plaintiff,

  -against-

MIZUHO BANK LTD., et al.      Defendant.
-----------------------------------------------------------

Case No. 12 Civ. 3419 (GBD)

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Michael L. Spafford_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __MS2681_____ My State Bar Number is __1928142_____

I am,

[✓] An attorney

[ ] A Government Agency attorney

[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: _Bingham McCutchen LLP_____
            FIRM ADDRESS: _2020 K Street NW, Washington, DC 20006_____
            FIRM TELEPHONE NUMBER: __202-373-6190_____
            FIRM FAX NUMBER:_202-373-6368_____

NEW FIRM:   FIRM NAME: _Paul Hastings LLP_____
            FIRM ADDRESS: _875 15th Street, NW, Washington, DC 20005_____
            FIRM TELEPHONE NUMBER: _202-551-1988_____
            FIRM FAX NUMBER:_202-551-0488_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
    was entered on _____ by Judge _____

Dated: 6-16-2014

ATTORNEY'S SIGNATURE