# MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

212-530-5000

FAX: 212-530-5219

SEAN M. MURPHY
PARTNER
DIRECT DIAL NUMBER
212-530-5688
FAX: 212-822-5688
E-MAIL: smurphy@milbank.com

| | |
|---|---|
| LOS ANGELES<br>213-892-4000<br>FAX: 213-629-5063 | BEIJING<br>8610-5969-2700<br>FAX: 8610-5969-2707 |
| WASHINGTON, D.C.<br>202-835-7500<br>FAX: 202-835-7586 | HONG KONG<br>852-2971-4888<br>FAX: 852-2840-0792 |
| LONDON<br>44-20-7615-3000<br>FAX: 44-20-7615-3100 | SINGAPORE<br>65-6428-2400<br>FAX: 65-6428-2500 |
| FRANKFURT<br>49-69-71914-3400<br>FAX: 49-69-71914-3500 | TOKYO<br>813-5410-2801<br>FAX: 813-5410-2891 |
| MUNICH<br>49-89-25559-3600<br>FAX: 49-89-25559-3700 | SÃO PAULO<br>55-11-3927-7700<br>FAX: 55-11-3927-7777 |

June 27, 2014

**VIA FAX - 212.805.6737**

The Honorable George B. Daniels
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Laydon v. Mizuho Bank, Ltd., et al.*, No. 1:12-cv-03419-GBD (S.D.N.Y.)

Dear Judge Daniels:

      I am counsel to Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank") in the above-captioned action (the "*Laydon* Litigation"), which is pending before the Court.

      Patricia Astorga, one of your former law clerks, joined Milbank, Tweed, Hadley & McCloy LLP ("Milbank") on June 25, 2014 as an associate in the firm's New York office. I am writing pursuant to Rule 1.11 of the New York Rules of Professional Conduct, which (i) bars a former law clerk from representing a client in connection with a matter in which he or she participated personally and substantially while clerking, and (ii) describes notification and screening requirements that must be put in place to ensure that the former law clerk does not share information regarding the matter with others at the firm. This letter sets out Milbank's compliance with the requirements of Rule 1.11.

      1. Milbank has taken the following steps to screen Ms. Astorga from the *Laydon* Litigation:

#4827-0993-1548v1

Hon. George B. Daniels
June 27, 2014
Page 2

    a.    Our Conflicts Department and Risk Management Committee distributed a memorandum to all legal personnel who are working on the *Laydon* Litigation, instructing them that they are not to discuss this matter with Ms. Astorga or allow her access to documents concerning it.

    b.    Our Conflicts Department and Risk Management Committee distributed a memorandum to Ms. Astorga instructing her that she is not to participate in any aspect of the *Laydon* Litigation, discuss it with any legal personnel working on it or review any documents relating to it.

    c.    Our Conflicts Department and Records Department have been instructed that they are not to allow Ms. Astorga access to any files relating to the *Laydon* Litigation and have been instructed to construct electronic security to prevent Ms. Astorga from access to electronic documents related to the *Laydon* Litigation.

2. As Ms. Astorga is a salaried employee, she will not share in any fees attributable to our work on the *Laydon* Litigation.

If the Court requires any additional information concerning this matter, please let me know, and we will be happy to provide it.

Respectfully submitted,

*/s/ Sean M. Murphy*

Sean M. Murphy

SMM:cf
cc: Counsel of Record
     via email

#4827-0993-1548v1

# MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP

| | 1 CHASE MANHATTAN PLAZA | |
|---|---|---|
| **LOS ANGELES**<br>213-892-4000<br>FAX: 213-629-5063 | **NEW YORK, NY 10005** | **BEIJING**<br>8610-5969-2700<br>FAX: 8610-5969-2707 |
| **WASHINGTON, D.C.**<br>202-835-7500<br>FAX: 202-835-7586 | 212-530-5000<br>FAX: 212-530-5219 | **HONG KONG**<br>852-2971-4888<br>FAX: 852-2840-0792 |
| **LONDON**<br>44-20-7615-3000<br>FAX: 44-20-7615-3100 | Sean M. Murphy<br>Partner | **SINGAPORE**<br>65-6428-2400<br>FAX: 65-6428-2500 |
| **FRANKFURT**<br>49-(0)69-71914-3400<br>FAX: 49-(0)69-71914-3500 | Direct Dial Number<br>212.530.5688<br>Fax: 212.822.5688<br>Email: smurphy@milbank.com | **TOKYO**<br>813-5410-2801<br>FAX: 813-5410-2891 |
| **MUNICH**<br>49-89-25559-3600<br>FAX: 49-89-25559-3700 | | **SÃO PAULO**<br>55-11-3927-7700<br>FAX: 55-11-3927-7777 |

## FACSIMILE TRANSMISSION

**DATE:**   June 27, 2014

**TO:**

| NAME | FAX NO. | PHONE NO. |
|---|---|---|
| Hon. George D. Daniels, USDC: Southern District | 212-805-6737 | |
| | | |

**FROM:**   Sean M. Murphy          **PHONE:**   212-530-5688

| FILE NUMBER: | 34777-02400 | | | |
|---|---|---|---|---|
| NUMBER OF PAGES, INCLUDING COVER: | 3 | ORIGINALS FOLLOW BY MAIL: | No |

**PLEASE SEE ATTACHED.**

**CONFIDENTIALITY NOTE:**

The information contained in this facsimile message may contain legally privileged and/or confidential information and is intended only for the use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this facsimile is strictly prohibited. If you have received this facsimile in error, we would appreciate your notifying us at 212-530-5000. Thank you.

**Frye, Carol**

---

**From:** send@mail.efax.com
**Sent:** Friday, June 27, 2014 2:53 PM
**To:** Frye, Carol
**Subject:** Successful transmission to 12128056737. Re: 34777.02400
**Attachments:** 20140627_115325605_FAX_1206120777.tif



Dear Frye, Carol,

**Re: 34777.02400**

The 3 page fax you sent through eFax Solutions to 12128056737 was successfully transmitted at 2014-06-27 18:53:23 (GMT).

The length of transmission was 192 seconds.

The receiving machine's fax ID: 2128056737.

Best Regards,

If you need additional assistance, please visit our online help center at https://www.efaxcorporate.com/corp/twa/page/customerSupport. Thank you for using the eFax Solutions service.

eFax Solutions

---

**Customer Service**
Online Help: https://www.efaxcorporate.com/corp/twa/page/customerSupport
Tel: 1-323-817-3202
Email: corporatesupport@mail.efax.com

---

© 2009 j2 Global Communications, Inc. All rights reserved.
eFax Corporate® is a registered trademark of j2 Global Communications, Inc.

POWERED BY j2

1