

# Locke Lord LLP

Attorneys & Counselors

Three World Financial Center
New York, New York 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Gregory T. Casamento
Direct Telephone 212-415-7525
Direct Fax: 212-303-2754
gcasamento@lockelord.com

August 4, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: AUG 04 2014

**Via Hand-Delivery & Fax (212) 805-6737**

Hon. George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

AUG 04 2014

Re:   *Laydon v. Mizuho Bank, Ltd. et al.*, No. 1:12-cv-03419-GBD

Dear Judge Daniels:

We represent the HSBC Defendants in the above-referenced action. We write on behalf of all Defendants to request the Court's approval of 55 pages for Defendants' forthcoming response to Plaintiff's Motion for Leave to Amend and File the Proposed Third Amended Class Action Complaint [Dkt. Nos. 301-302]. The response is due on or by August 15, 2014 pursuant to the Court's June 27, 2014 Order [Dkt. No. 305]. Plaintiff's counsel has been consulted and does not oppose this request.

Defendants require more pages than the Court's normal 25 page limit because there are over 30 Defendants in this case who are attempting to prepare a single response brief, and the Court directed Defendants at the last hearing to raise in their response brief any arguments they would make in a motion to dismiss if Plaintiff's Proposed Third Amended Complaint ("PTAC") were filed. Plaintiff's PTAC, in turn, contains 346 pages of allegations and more than 125 pages of exhibits. In addition to attempting to reassert the antitrust and unjust enrichment claims the Court previously dismissed, the PTAC also seeks to, among other things: (1) add two additional plaintiffs who traded in different financial instruments than the current Plaintiff; (2) assert entirely new claims under Sections 1962(c) and (d) of the RICO Act that have not previously been advanced; and (3) assert an entirely new good faith and fair dealing claim that has not been previously advanced.

Accordingly, Defendants' request the Court's approval by endorsement of a 55 page briefing limit. Defendants anticipate that they will file a single brief within this limit, but if certain Defendants need to file a separate brief on some issues, then the total of all briefs will not exceed 55 pages.

Hon. George B. Daniels
August 4, 2014
Page 2

Thank you for your attention to this letter. If you have any questions or need anything further, please let me know.

Respectfully,

*Gregory T. Casamento*

Gregory T. Casamento
Counsel for HSBC Defendants

cc: All Counsel of Record (by email)