

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFFREY LAYDON, on behalf of himself and all : others similarly situated,

                Plaintiff,      : Case No. 12-cv-3419 (GBD)

           v.

MIZUHO BANK, LTD., THE BANK OF TOKYO-
MITSUBISHI UFJ, LTD., THE SUMITOMO  : **NOTICE OF WITHDRAWAL OF**
TRUST AND BANKING CO., LTD., THE     : **COUNSEL**
NORINCHUKIN BANK, MITSUBISHI UFJ
TRUST AND BANKING CORPORATION,
SUMITOMO MITSUI BANKING
CORPORATION, RESONA BANK, LTD., J.P.
MORGAN CHASE & CO., J.P. MORGAN CHASE
BANK, NATIONAL ASSOCIATION, J.P.
MORGAN SECURITIES PLC, MIZUHO
CORPORATE BANK, LTD., DEUTSCHE BANK
AG, MIZUHO TRUST AND BANKING CO.,
LTD., THE SHOKO CHUKIN BANK, LTD.,
SHINKIN CENTRAL BANK, UBS AG, UBS
SECURITIES JAPAN CO. LTD., THE BANK OF
YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA,
THE ROYAL BANK OF SCOTLAND GROUP
PLC, ROYAL BANK OF SCOTLAND PLC, RBS
SECURITIES JAPAN LIMITED, BARCLAYS
BANK PLC, CITIBANK, NA, CITIGROUP, INC.,
CITIBANK, JAPAN LTD., CITIGROUP GLOBAL
MARKETS JAPAN, INC., COÖPERATIEVE
CENTRALE RAIFFEISEN-BOERENLEENBANK
B.A., HSBC HOLDINGS PLC, HSBC BANK PLC,
ICAP PLC, R.P. MARTIN HOLDINGS LIMITED
and JOHN DOE NOS. 1-50,

                Defendants.

------------------------------------------------------------x

      PLEASE TAKE NOTICE that Rebecca Carvalho is no longer associated with the law firm of Richards Kibbe & Orbe LLP and should be removed from the Court's service list with respect to the above-captioned action.  Richards Kibbe & Orbe LLP continues to serve as

counsel for Defendant ICAP plc through its attorneys Brian S. Fraser, Shari A. Brandt, H. Rowan Gaither and Katherine Kern and all further correspondence and papers in this action should continue to be directed to them.

Dated:   New York, New York
         November 27, 2013

>                        RICHARDS KIBBE & ORBE LLP
>
>                        By: /s/ Brian S. Fraser
>                            Brian S. Fraser (*bfraser@rkollp.com*)
>                            Shari A. Brandt (*sbrandt@rkollp.com*)
>                            H. Rowan Gaither (*rgaither@rkollp.com*)
>                            Katherine Kern (*kharrington@rkollp.com*)
>                            One World Financial Center
>                            New York, NY  10281-1003
>                            Telephone: 212.530.1800
>                            Facsimile: 212.530.1801
>
>                        ATTORNEYS FOR DEFENDANT *ICAP PLC*

**SO ORDERED:**

_George B. Daniels_
U.S.D.J.