254

**U.S. Department of Justice**
United States Marshals Service



# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| **Identity and address of the applicant**<br>*Identité et adresse du requérant* | **Address of receiving authority**<br>*Adresse de l'autorité destinataire* |
|---|---|
| Vincent Briganti, Esq.<br>Lowey Dannenberg Cohen & Hart, P.C.<br>White Plains Plaza - Suite 509<br>White Plains, NY 10601 USA<br>Email: vbriganti@lowey.com | Ministry of Foreign Affairs<br>Consular Policy Division<br>2-2-1 Kasumigaseki<br>Chiyoda Ku<br>Tokyo 100-8919<br>JAPAN |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
   *(identité et adresse)*

Citigroup Global Markets Japan, Inc., Shin Marunouchi Building, 5-1 Marunouchi 1-chome
Chiyoda-ku, Tokyo 100-6520 JAPAN

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summons, with Schedule A
Second Amended Complaint

Done at White Plains, NY USA, the 25 Feb 2014
*Fait à _____ , le _____*

Signature and/or stamp
*Signature et/ou cachet*

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
-- the (date) -- *le (date)* _平成26年5月22日_
-- at (place, street, number) - *à (localité, rue, numéro)*
_東京都千代田区霞ヶ関1-1-4_
_東京地方裁判所民事部 書記官室_

-- in one of the following methods authorized by article 5:
-- *dans une des formes suivantes prévues à l'article 5:*

~~☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.~~
a) *selon les formes légales (article 5. alinéa premier, lettre a)*

~~☐ (b) in accordance with the following particular method:~~
b) *selon la forme particulière suivante:* _____

☒ (c) by delivery to the addressee, who accepted it voluntarily.*
c) *par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*
_須田英明（送達書類受領代理人）_

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
_シティグループ証券株式会社代理人弁護士_

~~2) that the document has not been served, by reason of the following facts*:~~
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*~~
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_送達報告書、委任状、代表者事項証明書、_
_印鑑証明書、文書受領の報告書写し_

Done at _東京都_ , the _2014.5.22_
*Fait à* , *le*

Signature and/or stamp
*Signature et/ou cachet* _東京地方裁判所民事部_
_裁判所書記官　佐藤恵美_