UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

LAYDON,

                  Plaintiff,

    -v-

MIZUHO BANK, LTD., et al.,

                  Defendants.

------------------------------------x

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: AUG 08 2014*

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

12 Civ. 3419 (GBD) (AJP)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| _X_ | Specific Non-Dispositive Motion/Dispute:<br>**Discovery Dispute**<br>*If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose:_____ |
| | | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>All such motions: ___ |

Dated: August 8, 2014

SO ORDERED.

_____
George B. Daniels
United States District Judge