UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, | 12 Civ. 3419 (GBD) |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| - against – | |
| MIZUHO BANK, LTD., *et al.*, | |
| Defendants. | |

---------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that Ingrid A. Epperly hereby withdraws her appearance in the above-referenced action on behalf of Defendant The Shoko Chukin Bank, Ltd.  The law firm of Arnold & Porter LLP will continue to appear on behalf of Defendant The Shoko Chukin Bank, Ltd. and no delay in the progress of this action will result from this withdrawal.

Dated:  Orleans, MA
        August 14, 2014

                                              By:  /s/ Ingrid A. Epperly
                                                   Ingrid A. Epperly