UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, | 12 Civ. 3419 (GBD) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| - against – | |
| MIZUHO BANK, LTD., *et al.*, | |
| Defendants. | |

---------------------------------------------------------------X

     PLEASE TAKE NOTICE that Bret A. Finkelstein hereby appears on behalf of Defendant The Shoko Chukin Bank, Ltd., in the above-captioned action, certifies that he is admitted to practice before this Court and requests that copies of all papers in this action be served on the undersigned at the address below.

Dated:    New York, NY
             August 15, 2014

                                      ARNOLD & PORTER LLP

                                      By: /s/ Bret A. Finkelstein
                                      Bret A. Finkelstein
                                      399 Park Avenue
                                      New York, NY 10022
                                      Telephone: (212) 715-1000
                                      Facsimile:  (212) 715-1399
                                      *Bret.Finkelstein@aporter.com*

                                      *Counsel for Defendant The Shoko Chukin Bank, Ltd.*