UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JEFFREY LAYDON, on behalf of himself and all others similarly situated,

            Plaintiff,

    -against-

MIZUHO BANK, LTD., et al.,

            Defendants.

------------------------------------x

ORDER

12 Civ. 3419 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Plaintiff's request that this Court summarily deny certain Defendants' motions to dismiss for lack of personal jurisdiction is DENIED.

    This Court will hear oral argument on Defendants' motions to dismiss for lack of personal jurisdiction on September 30, 2014 at 11:00 AM. The conference scheduled for September 23, 2014 is cancelled.

    Plaintiff's request for jurisdictional discovery prior to responding to the moving Defendants' personal jurisdiction motions is DENIED.

    All discovery is stayed through September 30, 2014 until further order of this Court.

Dated: New York, New York
       August 18, 2014

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge