UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JEFFREY LAYDON, on behalf of himself and all
others similarly situated,

                Plaintiff,

          v.

MIZUHO BANK, LTD., THE BANK OF TOKYO-
MITSUBISHI UFJ, LTD., THE SUMITOMO
TRUST AND BANKING CO., LTD., THE
NORINCHUKIN BANK, MITSUBISHI UFJ
TRUST AND BANKING CORPORATION,
SUMITOMO MITSUI BANKING
CORPORATION, RESONA BANK, LTD., J.P.
MORGAN CHASE & CO., J.P. MORGAN CHASE
BANK, NATIONAL ASSOCIATION, J.P.
MORGAN SECURITIES PLC, MIZUHO
CORPORATE BANK, LTD., DEUTSCHE BANK
AG, MIZUHO TRUST AND BANKING CO.,
LTD., THE SHOKO CHUKIN BANK, LTD.,
SHINKIN CENTRAL BANK, UBS AG, UBS
SECURITIES JAPAN CO. LTD., THE BANK OF
YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA,
THE ROYAL BANK OF SCOTLAND GROUP
PLC, ROYAL BANK OF SCOTLAND PLC, RBS
SECURITIES JAPAN LIMITED, BARCLAYS
BANK PLC, CITIBANK, NA, CITIGROUP, INC.,
CITIBANK, JAPAN LTD., CITIGROUP GLOBAL
MARKETS JAPAN, INC., COÖPERATIEVE
CENTRALE RAIFFEISEN-BOERENLEENBANK
B.A., HSBC HOLDINGS PLC, HSBC BANK PLC,
ICAP PLC, R.P. MARTIN HOLDINGS LIMITED
and JOHN DOE NOS. 1-50,

                Defendants.
-----------------------------------------------------------------x

Case No. 12-cv-3419 (GBD)

**[PROPOSED] SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: AUG 20 2014

**WHEREAS**, in an opinion and order dated March 28, 2014, the Court granted in part and denied in part Defendants' motions to dismiss the Second Amended Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6);

- 1 -

**WHEREAS**, on August 7, 2014, fourteen Defendants (the "Moving Defendants") filed motions to dismiss the Second Amended Class Action Complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) and moved to stay discovery on the merits as to the Moving Defendants;

**WHEREAS**, upon consideration of Plaintiff Jeffrey Laydon ("Plaintiff")'s August 14, 2014 letter requesting an extension of time in which to respond to certain Defendants' motions to dismiss and for stay of discovery, and Defendants' August 15, 2014 letter response thereto;

**IT IS HEREBY ORDERED** that:

1. Plaintiff shall file his response to Moving Defendants' motions to dismiss for lack of personal jurisdiction and for a stay of discovery on or before August 29, 2014.

2. Moving Defendants shall file their replies in support to the motions to dismiss for lack of personal jurisdiction and for a stay of discovery on or before September 15, 2014.

Dated: New York, New York
       August ___, 2014

AUG 2 0 2014

**SO ORDERED**

_____
Honorable George B. Daniels
UNITED STATES DISTRICT COURT JUDGE

- 2 -