UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JEFFREY LAYDON, on behalf of himself and all
others similarly situated,

                           Plaintiff,

        -against-

MIZUHO BANK, LTD., et al.,

                         Defendants.

------------------------------------- x



ORDER

12 Civ. 3419 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Plaintiff's reply brief in support of his motion for leave to amend shall be no more than twenty-five (25) pages. That brief is due no later than September 22, 2014.

    Defendants' joint sur-reply brief in opposition to Plaintiff's motion for leave to amend shall be no more than ten (10) pages. That brief is due no later than September 29, 2014.

Dated: New York, New York
       August 21, 2014

                                        SO ORDERED:

                                        *George B Daniels*

                                        GEORGE B. DANIELS
                                        United States District Judge