# EXHIBIT 18

**Mizuho Corporate Bank (USA)**
1251 Avenue Of The Americas
New York, NY 10020
FDIC Certificate #: 21843   Bank Charter Class: SM

| Definition | Dollar figures in thousands | Mizuho Corporate Bank (USA) New York, NY 31-Mar-12 | Mizuho Corporate Bank (USA) New York, NY 31-Dec-09 |
|---|---|---|---|
| | **Assets and Liabilities** | | |
| 1 | Total employees (full-time equivalent) | 224 | 208 |
| 2 | **Total assets** | **3,485,750** | **3,471,714** |
| 3 | Cash and due from depository institutions | 223,293 | 1,567,316 |
| 4 | Interest-bearing balances | 149,360 | 1,531,444 |
| 5 | Securities | 267,917 | 94,654 |
| 6 | Federal funds sold & reverse repurchase agreements | 0 | 0 |
| 7 | Net loans & leases | 2,815,813 | 1,728,134 |
| 8 | Loan loss allowance | 3,333 | 7,305 |
| 9 | Trading account assets | 0 | 0 |
| 10 | Bank premises and fixed assets | 0 | 0 |
| 11 | Other real estate owned | 0 | 0 |
| 12 | Goodwill and other intangibles | 0 | 0 |
| 13 | All other assets | 178,727 | 81,610 |
| 14 | **Total liabilities and capital** | **3,485,750** | **3,471,714** |
| 15 | **Total liabilities** | **2,423,728** | **2,435,054** |
| 16 | Total deposits | 2,111,804 | 2,249,039 |
| 17 | Interest-bearing deposits | 1,858,531 | 1,983,690 |
| 18 | Deposits held in domestic offices | 859,395 | 506,551 |
| 19 | % insured | 1.44% | 0.82% |
| 20 | Federal funds purchased & repurchase agreements | 0 | 0 |
| 21 | Trading liabilities | 779 | 1,048 |
| 22 | Other borrowed funds | 117,548 | 60,916 |
| 23 | Subordinated debt | 0 | 0 |
| 24 | All other liabilities | 193,597 | 124,051 |
| 25 | **Total equity capital** | **1,062,022** | **1,036,660** |

| # | Item | Value 1 | Value 2 |
|---|---|---:|---:|
| 26 | Total bank equity capital | 1,062,022 | 1,036,660 |
| 27 | Perpetual preferred stock | 0 | 0 |
| 28 | Common stock | 98,474 | 98,474 |
| 29 | Surplus | 1,222,036 | 1,222,036 |
| 30 | Undivided profits | -258,488 | -283,850 |
| 31 | Noncontrolling interests in consolidated subsidiaries | 0 | 0 |
| | **Memoranda:** | | |
| 32 | Noncurrent loans and leases | 25,529 | 0 |
| 33 | Noncurrent loans that are wholly or partially guaranteed by the U.S. government | 0 | 0 |
| 34 | Income earned, not collected on loans | 3,510 | 5,028 |
| 35 | Earning assets | 3,233,090 | 3,354,232 |
| 36 | Long-term assets (5+ years) | 211,996 | 143,233 |
| 37 | Average Assets, year-to-date | 3,426,553 | 3,037,706 |
| 38 | Average Assets, quarterly | 3,426,553 | 3,222,842 |
| 39 | Total risk weighted assets | 6,472,901 | 3,165,464 |
| 40 | Adjusted average assets for leverage capital purposes | 3,469,863 | 3,203,340 |
| 41 | Life insurance assets | 0 | 0 |
| 42 | General account life insurance assets | 0 | N/A |
| 43 | Separate account life insurance assets | 0 | N/A |
| 44 | Hybrid life insurance assets | 0 | N/A |
| 45 | Volatile liabilities | 1,905,427 | 1,967,103 |
| 46 | Insider loans | 0 | 0 |
| 47 | FHLB advances | 0 | 0 |
| 48 | Loans and leases held for sale | 0 | 0 |
| 49 | Unused loan commitments | 6,191,554 | 1,989,707 |
| 50 | Tier 1 (core) risk-based capital | 1,037,144 | 1,036,653 |
| 51 | Tier 2 risk-based capital | 5,453 | 13,861 |
| 52 | Total unused commitments | 6,191,554 | 1,989,707 |
| 53 | Derivatives | 465,964 | 270,050 |
| | Total assets and liabilities in foreign offices | | |
| | Restructured Loans and leases | | |
| | Past due and nonaccrual assets | | |

Fiduciary and related services
Carrying amount of assets covered by FDIC
loss-share agreements

**Mizuho Corporate Bank (USA)**
1251 Avenue Of The Americas
New York, NY 10020
FDIC Certificate #: 21843   Bank Charter Class: SM

| Definition | Dollar figures in thousands | Mizuho Corporate Bank (USA) New York, NY 31-Mar-12 | Mizuho Corporate Bank (USA) New York, NY 31-Mar-11 |
|---|---|---|---|
| | **Derivatives** | | |
| 1 | Derivatives | 465,964 | 311,244 |
| 2 | Notional amount of credit derivatives: | 0 | 0 |
| 3 | Bank is guarantor | 0 | 0 |
| 4 | Bank is beneficiary | 0 | 0 |
| 5 | Interest rate contracts | 465,964 | 311,244 |
| 6 | Notional value of interest rate swaps | 465,964 | 311,244 |
| 7 | Futures and forward contracts | 0 | 0 |
| 8 | Written option contracts | 0 | 0 |
| 9 | Purchased option contracts | 0 | 0 |
| 10 | Foreign exchange rate contracts | 0 | 0 |
| 11 | Notional value of exchange swaps | 0 | 0 |
| 12 | Commitments to purchase foreign currencies & U.S. dollar exchange | 0 | 0 |
| 13 | Spot foreign exchange rate contracts | 0 | 0 |
| 14 | Written option contracts | 0 | 0 |
| 15 | Purchased option contracts | 0 | 0 |
| 16 | Contracts on other commodities and equities | 0 | 0 |
| 17 | Notional value of swaps | 0 | 0 |
| 18 | Futures and forward contracts | 0 | 0 |
| 19 | Written option contracts | 0 | 0 |
| 20 | Purchased option contracts | 0 | 0 |

Note: Not available for TFR Reporters.