UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JEFFREY LAYDON, on behalf of himself and all :
others similarly situated,

                Plaintiff,

    -against-

MIZUHO BANK, LTD., et al.,

              Defendants.

------------------------------------- x

SEP 03 2014

ORDER

12 Civ. 3419 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Government shall make any objections to the Class Plaintiffs' First Request for Production by September 15, 2014.

Dated: New York, New York
      September 2, 2014

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge