UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JEFFREY LAYDON, on behalf of himself
and all others similarly situated

    Plaintiff

v.

MIZUHO BANK, LTD., et al.,

    Defendants
-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/14

ADMISSION TO PRACTICE
PRO HAC VICE

Case No. 12-cv-3419 (GBD)

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney J. MATTHEW GOODIN is permitted to argue to try this particular case in whole or in part as counsel or advocate for Defendants HSBC HOLDINGS PLC and HSBC BANK PLC.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated: 9-10-14

cc: J. Matthew Goodin
    Court File

United States ~~District~~ Judge
MAGISTRATE