UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY LAYDON, on behalf of himself and all others similarly situated,

    Plaintiff,

-against-

MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIETE GENERALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDING PLC, HSBC BANK PLC, ICAP PLC, R.P. MARTIN HOLDING LIMITED AND JOHN DOE NOS. 1-50,

    Defendants.

---

Docket No. 12-cv-3419 (GBD)

SEP 15 2014

**ORDER**

IT IS HEREBY ORDERED that the Clerk of the Court shall accept for filing, under seal, the Government's Notice of Motion to Intervene and for a Stay

of Discovery, the Memorandum in Support of the Government's Motion to Intervene and for a Stay of Discovery, and the Ex Parte Affidavit of Richard A. Powers in Support of the Government's Motion to Intervene and for a Stay of Discovery, submitted by the United States in the above-captioned action.

Dated: New York, New York
      September \_\_\_\_, 2014

SEP 15 2014

SO ORDERED

_____
GEORGE B. DANIELS
United States District Judge