UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JEFFREY LAYDON, on behalf of himself and all others similarly situated,

                Plaintiff,

      v.

MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD, THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP, PLC, ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, R.P. MARTIN HOLDINGS LIMITED AND JOHN DOES NOS. 1-50,

                Defendants.
-----------------------------------------------------------------x



Case No: 12-cv-3419 (GBD)

**MOTION FOR ADMISSION**
*PRO HAC VICE*

### ORDER FOR ADMISSION PRO HAC VICE

The Motion of William A. Isaacson for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Washington, D.C. and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | William A. Isaacson |
| Firm Name: | Boies, Schiller & Flexner LLP |
| Address: | 5301 Wisconsin Ave., NW<br>Washington DC 20015 |
| Telephone: | (202) 237-2727 |
| Fax: | (202) 237-6131 |
| E-Mail: | wisaacson@bsfllp.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Barclays Bank PLC in the above-titled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

Dated: SEP 19 2014

Honorable George B. Daniels
U.S.D.J.