UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JEFFREY LAYDON, on behalf of himself and all :
others similarly situated,
:
                             Plaintiff,         :         ORDER

            -against-                    :         12 Civ. 3419 (GBD)

MIZUHO BANK, LTD., et al.,
:
                            Defendants.  :
------------------------------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

       The Oral Argument scheduled for September 30, 2014 at 11:00 AM will be held at 9:30 AM.

Dated: New York, New York
       September 29, 2014

                                                  SO ORDERED:

                                                  *[signature]*
                                                  GEORGE B. DANIELS
                                                  United States District Judge