UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| Jeffrey Laydon, et al, | |
| Plaintiffs, | 1:12-cv-03419-GBD-HBP |
| -against- | **MOTION AND [PROPOSED]** |
| Mizuho Bank, Ltd., et al., | **ORDER OF WITHDRAWAL** |
| | **OF APPEARANCE** |
| Defendants. | **OF BENJAMIN J. HOFFART, ESQ.** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to Local Civil Rule 1.4, Defendant, the Norinchukin Bank ("Norinchukin"), by and through its counsel, Sidley Austin LLP ("Sidley Austin"), respectfully requests the withdrawal of the appearance of Benjamin J. Hoffart, Esq., as counsel on its behalf. Norinchukin further requests that the email address, bhoffart@sidley.com, be removed from the ecf service notification list for this case.

Sidley Austin has represented Norinchukin throughout the pendency of this action and will continue to do so.  On May 17, 2012, I appeared in this action. As of October 10, 2014, I no longer will be associated with Sidley Austin and will not continue to represent Norinchukin in this action.   My withdrawal will not affect the posture of this action.

Dated: New York, New York
       October 9, 2014

                SIDLEY AUSTIN LLP

              By:   /s/Benjamin J. Hoffart
                Benjamin J. Hoffart
                787 Seventh Avenue
                New York, New York 10019
                Tel.:  (212) 839-5300

1

Fax: (212) 839-5599
bhoffart@gmail.com

*Attorneys for the Norinchukin Bank*

ENTERED this ___ day of October, 2014

       SO ORDERED


_____
Hon. George B. Daniels
United States District Judge