UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X

Jeffrey Laydon, et al,

        Plaintiffs,  :  1:12-cv-03419-GBD-HBP

    -against-

Mizuho Bank, Ltd., et al.,  :  **MOTION AND**
  :  **ORDER OF WITHDRAWAL**
  :  **OF APPEARANCE**
        Defendants.  :  **OF BENJAMIN J. HOFFART, ESQ.**

-------------------------------------- X

      Pursuant to Local Civil Rule 1.4, Defendant, the Norinchukin Bank ("Norinchukin"), by and through its counsel, Sidley Austin LLP ("Sidley Austin"), respectfully requests the withdrawal of the appearance of Benjamin J. Hoffart, Esq., as counsel on its behalf. Norinchukin further requests that the email address, bhoffart@sidley.com, be removed from the ecf service notification list for this case.

      Sidley Austin has represented Norinchukin throughout the pendency of this action and will continue to do so. On May 17, 2012, I appeared in this action. As of October 10, 2014, I no longer will be associated with Sidley Austin and will not continue to represent Norinchukin in this action. My withdrawal will not affect the posture of this action.

Dated: New York, New York
       October 9, 2014

                      SIDLEY AUSTIN LLP

                      By:  /s/Benjamin J. Hoffart
                          Benjamin J. Hoffart
                          787 Seventh Avenue
                          New York, New York 10019
                          Tel.: (212) 839-5300

Fax: (212) 839-5599
bhoffart@gmail.com

*Attorneys for the Norinchukin Bank*

ENTERED this ___ day of October, 2014

SO ORDERED

OCT 10 2014

_____
Hon. George B. Daniels
United States District Judge