AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Laydon | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:12-cv-03419 (GBD) |
| Mizuho Bank, Ltd. et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Resona Bank, Ltd.

Date:   10/21/2014

/s/ Nicholas C. Adams
*Attorney's signature*

Nicholas C. Adams (NY 4794251)
*Printed name and bar number*

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
*Address*

nadams@akingump.com
*E-mail address*

(212) 872-8100
*Telephone number*

(212) 872-1002
*FAX number*