

**U.S. Department of Justice**

Antitrust Division

*New York Office*

26 Federal Plaza     212/335-8013
Room 3630
New York, New York 10278-0004    FAX 212/335-8023

October 20, 2014

BY FAX

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.
Dated: OCT 2 1 2014

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Laydon v. Mizuho Bank, Ltd., et al.*, No. 1:12-cv-3419 (GBD)

Dear Judge Daniels:

The United States Department of Justice, Fraud Section of the Criminal Division and the Antitrust Division (collectively the "Government"), writes to ask the Court for a brief extension of time, beyond the seven days provided by Local Rule 6.1(b), to respond to the Plaintiff's Opposition to the Government's Motion to Intervene for a Stay of Discovery filed under seal on October 17, 2014. The Government proposes to respond to Plaintiff's opposition by October 31, 2014. Plaintiff's counsel does not object to the Government's request and this is the Government's first request for an extension.

Respectfully submitted,

WILLIAM J. STELLMACH
Chief, Fraud Section
Criminal Division

By: *Benjamin D. Singer* / RAP
Benjamin D. Singer, Deputy Chief
Jennifer L. Saulino, Assistant Chief
Criminal Division, Fraud Section

Hon. George B. Daniels
*Laydon v. Mizuho Bank, Ltd., et al.*, 1:12-cv-3419 (GBD)—*Letter re: Government Motion*
Oct. 20, 2014

                          JEFFREY D. MARTINO
                          Chief, New York Office
                          Antitrust Division

By:    */s/ Richard A. Powers*
                          Richard A. Powers, Trial Attorney
                          Antitrust Division, New York Office
                          Telephone: (212) 335-8013
                          Fax: (212) 335-8023

cc: Counsel of Record (via-email)