

**U.S. Department of Justice**

Antitrust Division

New York Office

Richard A. Powers
Michael T. Koenig
26 Federal Plaza
Room 3630
New York, New York 10278-0004

212/335-8013
202/616-2165

FAX 212/335-8023

November 4, 2014

**_BY FACSIMILIE_**

The Honorable George B. Daniels, United States District Judge
The Honorable Henry Pitman, United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: NOV 05 2014

Re:    _Laydon v. Mizuho Bank, Ltd., et al._, No. 1:12-cv-3419 (GBD)

Dear Judge Daniels and Judge Pitman:

The United States Department of Justice, through the Fraud Section of the Criminal Division and the Antitrust Division (the "Government"), writes to inform the Court that the Government's reply brief due on October 31, 2014, in response to the Plaintiff's Opposition to the Government's Motion to Intervene for a Stay of Discovery was rejected for filing under seal due to a signature problem identified by the sealing office. The original, rejected version was timely submitted for filing under seal with the Court and served on counsel of record, and a courtesy copy was also provided to each of your chambers on the due date. Per our discussions with Judge Daniels' chambers, the Government proposes to file a corrected version of the reply brief on November 6, 2014. The corrected version will be substantively identical to the original version. Plaintiff's counsel has been consulted and does not object.

Respectfully submitted,

WILLIAM J. STELLMACH
Chief, Fraud Section
Criminal Division

By:    _Ben Singer /cm_

Benjamin D. Singer, Deputy Chief
Jennifer L. Saulino, Assistant Chief
Carol Sipperly, Senior Lit. Counsel

Hon. George B. Daniels
*Laydon v. Mizuho Bank, Ltd., et al.*, 1:12-cv-3419 (GBD)–*Letter re: Government Motion*
Nov. 4, 2014

Criminal Division, Fraud Section

JEFFREY D. MARTINO
Chief, New York Office
Antitrust Division

By:

Richard A. Powers
Michael T. Koenig
Trial Attorneys
Antitrust Division

cc: Counsel of Record (via-email)