

**New York**
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax

**www.lowey.com**

**Pennsylvania**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax

November 7, 2014

**VIA ECF**
The Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *Laydon v. Mizuho Bank, Ltd., et al.*, No. 12-cv-3419 (GBD) (HBP)

Dear Judge Daniels:

We represent Plaintiff and the proposed class and write in response to Defendants Barclays Bank PLC, Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., HSBC Bank plc, HSBC Holdings plc, and Société Générale's November 5, 2014 letter requesting leave to file a motion to dismiss for lack of personal jurisdiction.  ECF No. 404.

The request for leave should be denied because these Defendants waived their personal jurisdiction defenses by: (1) not including it in their earlier Rule 12(b)(6) motion filed in June 2013; (2) actively litigating this case for ten months following *Daimler*; and (3) failing to file their personal jurisdiction motions three months earlier on August 7 when ten similarly situated Non-Stipulating Defendants filed their own personal jurisdiction motions.  Defendants' suggestion that the Second Circuit's decision in *Gucci Am., Inc. v. Weixing Li*, 768 F.3d 122 (2d Cir. 2014) provides justification for their failure to earlier raise their personal jurisdiction defenses is meritless.  *Gucci* did not announce a new rule of law—it merely restated *Daimler*. Furthermore, *Gucci* was issued seven weeks ago on September 17, 13 days *prior* to the September 30th oral argument held on the pending personal jurisdiction motions, at which *Gucci* was discussed extensively.[1]

If the Court is inclined to entertain briefing on Defendants' request for leave, the parties should not begin these efforts until *after* the Court issues its decision on the pending personal jurisdiction motions so that the parties will have the guidance of the Court in framing their arguments.

Respectfully submitted,

Vincent Briganti / RG

cc:      Counsel of Record (via ECF)

---

[1] Counsel for Defendant Shinkin Central Bank submitted *Gucci* as supplemental authority on the pending personal jurisdiction motions on September 19.  *See* ECF No. 386.