UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

JEFFREY LAYDON, on behalf of himself and all
others similarly situated,

                        Plaintiff,

      -against-

MIZUHO BANK, LTD., et al.,

                        Defendants.

------------------------------------------------------------- x

ORDER

12 Civ. 3419 (GBD)

GEORGE B. DANIELS, United States District Judge:

       The joint request by Defendants Barclays Bank PLC, Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., HSBC Bank Plc., HSBC Holdings plc., and Société Générale for leave to move the Court for dismissal of the above-captioned action for lack of personal jurisdiction is DENIED as untimely.

Dated: New York, New York
         November 10, 2014

SO ORDERED:

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge