IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>    - against –<br><br>MIZUHO BANK, LTD., et al.,<br><br>       Defendants. | Docket No. 12-cv-3419 (GBD)<br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff JEFFREY LAYDON in this action. I certify that I am admitted to practice in this Court.

Dated: November 18, 2014

             LOWEY DANNENBERG COHEN & HART, P.C.

             Respectfully submitted,

             By: /s Melissa Cabrera
               Melissa Cabrera
               White Plains Plaza, Suite 509
               One North Broadway
               White Plains, NY  10601-1714
               Telephone:  914-997-0500
               Facsimile:  914-997-0035
               Email: mcabrera@lowey.com

             *Attorney for Plaintiff Jeffrey Laydon*