IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br><br>        - against –<br><br>MIZUHO BANK, LTD., et al.,<br><br>                        Defendants. | Docket No. 12-cv-3419 (GBD)<br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff JEFFREY LAYDON in this action. I certify that I am admitted to practice in this Court.

Dated: November 19, 2014

        LOWEY DANNENBERG COHEN & HART, P.C.

        Respectfully submitted,

        By:   /s Christian Levis
            Christian Levis
            White Plains Plaza, Suite 509
            One North Broadway
            White Plains, NY  10601-1714
            Telephone:  914-997-0500
            Facsimile:  914-997-0035
            Email: clevis@lowey.com

        *Attorney for Plaintiff Jeffrey Laydon*