UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Laydon

                Plaintiff,

-against-

Mizuho Bank, Ltd.

                Defendant.

--------------------------------------------------------

Case No. 12-cv-3419

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Alan M. Wiseman**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Covington & Burling LLP
                    FIRM ADDRESS: 1201 Pennsylvania Ave, NW, Washington, DC, 20004
                    FIRM TELEPHONE NUMBER: 202-662-5069
                    FIRM FAX NUMBER: 202-778-5069

NEW FIRM:     FIRM NAME: Covington & Burling LLP
                    FIRM ADDRESS: One CityCenter, 850 10th St. NW Washington, DC 20001-4956
                    FIRM TELEPHONE NUMBER: 202-662-5069
                    FIRM FAX NUMBER: 202-778-5069

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 12/11/2014                            s/ Alan M. Wiseman
                                              ATTORNEY'S SIGNATURE