UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>   - against –<br><br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, R.P. MARTIN HOLDINGS LIMITED AND JOHN DOE NOS. 1-50,<br><br>      Defendants. | No. 12 CV 3419 (GBD) |

**REVISED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants UBS AG and UBS Securities Japan Co. Ltd. make the following Revised Corporate Disclosure Statement to reflect recent changes in corporate ownership.

UBS AG is a publicly traded entity.  Over 90% of UBS AG stock is held by UBS Group AG, a publicly traded corporation.  There is no publicly held corporation that holds 10 percent or more of UBS Group AG stock.

UBS Securities Japan Co. Ltd. is a wholly owned subsidiary of UBS AG.

Dated: December 16, 2014  
San Francisco, CA

GIBSON, DUNN & CRUTCHER LLP

By:   s/Joel S. Sanders  
     Joel S. Sanders

555 Mission Street  
San Francisco, CA 94105  
Tel: (415) 393-8200  
jsanders@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS Securities Japan Co. Ltd.*