UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against –<br><br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, R.P. MARTIN HOLDINGS LIMITED AND JOHN DOE NOS. 1-50,<br><br>Defendants. | No. 12 CV 3419 (GBD) |

**DECLARATION OF RACHEL A. LAVERY PURSUANT TO LOCAL RULE 1.4**

I, Rachel A. Lavery, hereby declare under penalty of perjury, that the following is true and correct:

1. I am one of the attorneys at Gibson, Dunn & Crutcher LLP representing UBS AG and UBS Securities Japan Co. Ltd. in the above-captioned matters.

2. I make this declaration pursuant to Local Rule 1.4 of the Rules of this Court.

3. As of January 7, 2015, I will no longer be associated with the law firm of Gibson, Dunn & Crutcher LLP. Attorneys at Gibson, Dunn & Crutcher LLP will continue to be counsel of record in this matter.

4. I am not asserting any retaining or charging lien on my clients.

5. I respectfully request that the Court enter the accompanying Order allowing me to withdraw as counsel of record for UBS AG and UBS Securities Japan Co. Ltd.

Dated: January 5, 2015

        /s/
Rachel A. Lavery