**Lowey Dannenberg Cohen & Hart**, P.C.

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax

www.lowey.com

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohoken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 14 2015

January 14, 2015

**SO ORDERED**

The conference is adjourned to February 6, 2015 at 12:45 p.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

JAN 14 2015

<u>Via Telecopier (212-805-6737)</u>

The Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Laydon v. Mizuho Bank, Ltd., et al.*, No. 12-cv-3419 (GBD) (HBP)

Dear Judge Daniels:

In response to a voicemail received last night from your Clerk, we write to advise the Court that Plaintiff is agreeable to adjourning the status conference scheduled for tomorrow, January 15, 2015. The parties are currently meeting and conferring concerning Defendants' December 19, 2014 responses and objections to Plaintiff's First Request for Production of Documents served June 18, 2014. We expect to complete that process by the end of next week, and be in a position to provide the Court with a pre-motion letter on January 23 setting out Plaintiff's position on his motion to compel production. We would propose rescheduling the status conference during the week of February 2, 2015.

Respectfully submitted,

*/s/ Vincent Briganti*
Vincent Briganti

cc: Counsel of Record (via email)