USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JEFFREY LAYDON, on behalf of himself and all others similarly situated,

               Plaintiff,

      -against-

MIZUHO BANK, LTD., et al.,

              Defendants.

------------------------------------- x

ORDER

12 Civ. 03419 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for February 6, 2015 is adjourned to April 7, 2015 at 12:45 PM.

The stay of all discovery is extended until at least April 7, 2015.

Dated: New York, New York
       January 28, 2015

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge