# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Peter Sullivan
Direct: +1 212.351.5370
Fax: +1 212.351.6370
PSullivan@gibsondunn.com

January 29, 2015

<u>VIA ECF AND HAND DELIVERY</u>

The Honorable George B. Daniels
United States District Court
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

Re:   *Laydon v. Mizuho Bank, Ltd. et al.*, No. 12-cv-3419 (GBD)

Dear Judge Daniels:

We represent defendants UBS AG and UBS Securities Japan Co. Ltd. in the above-titled action. I write to provide the Court with a copy of a December 19, 2014 letter from the Swiss Financial Market Supervisory Authority ("FINMA") to UBS AG regarding Plaintiff's First Request for Production of Documents, which seeks, *inter alia*, various documents received from and provided to regulators such as FINMA concerning Yen LIBOR and Euroyen TIBOR.

FINMA is the government agency responsible for regulating banks in Switzerland. As reflected in the enclosed letter, FINMA objects to UBS AG's disclosure of "communications with and productions to FINMA by UBS AG related to Yen LIBOR or Euroyen TIBOR" and expressly asserts the bank examination privilege.

Respectfully,

*Peter Sullivan/* mm

Peter Sullivan

PS/er

Enclosure

cc:   All Counsel of Record (via ECF)