# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| JEFFREY LAYDON <br> *Plaintiff* <br> v. <br> MIZUHO BANK, LTD. ET AL. <br> *Defendant* | ) ) ) ) ) | Case No. 12-CV-03419 GBD-HBP |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SHINKIN CENTRAL BANK

Date: 02/19/2015

*Attorney's signature*

ANDREW C. SMITH, 4118675
*Printed name and bar number*

PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 BROADWAY
NEW YORK, NY 10036

*Address*

andrew.smith@pillsburylaw.com
*E-mail address*

(212) 858-1743
*Telephone number*

(212) 858-1500
*FAX number*