

Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway | New York, NY 10036-4039 | tel 212.858.1000 | fax 212.858.1500

Frederick A. Brodie
tel 212.858.1628
fab@pillsburylaw.com

February 19, 2015

VIA E-FILING

Hon. George B. Daniels
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Withdrawal of Counsel, Jeffrey Laydon v Mizuho Bank Ltd., et al.,
12-cv-03419 GBD-HBP

Your Honor:

I represent defendant Shinkin Central Bank in the above captioned action. I write to request the court grant me leave to withdraw my appearance, and to be removed from the ecf service list. The reason for the request is that I will be leaving Pillsbury Winthrop Shaw Pittman LLP on February 27, 2015.

This matter will continue to be handled by my colleague at Pillsbury Winthrop Shaw Pittman LLP, Andrew C. Smith, who has entered an appearance for the defendant. No delay will result from my withdrawal.

I respectfully request the court grant my withdrawal as counsel for the defendant and to be removed from the ecf service list in this action without the necessity of a formal motion.

Respectfully,

Frederick A. Brodie