IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>- against –<br><br>MIZUHO BANK, LTD., et al.,<br><br>                    Defendants. | Docket No. 12-cv-3419 (GBD)<br>ECF Case |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff JEFFREY LAYDON in this action. I certify that I am admitted to practice in this Court.

Dated: March 31, 2015

                                          LOWEY DANNENBERG COHEN & HART, P.C.

                                          Respectfully submitted,

By:   /s Michelle E. Conston
       Michelle E. Conston
       White Plains Plaza, Suite 509
       One North Broadway
       White Plains, NY 10601-1714
       Telephone: 914-997-0500
       Facsimile: 914-997-0035
       Email: mconston@lowey.com

*Attorney for Plaintiff Jeffrey Laydon*