UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JEFFREY LAYDON, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

MIZUHO CORPORATE BANK, LTD., et al.,

                Defendants.

------------------------------------x

ORDER

12 Civ. 03419 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The stay of document discovery is extended until May 15, 2015. Document discovery shall commence on May 15, 2015.

    A status conference is scheduled for September 10, 2015 at 11:00 AM.

Dated: New York, New York
       April 8, 2015

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge