UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JEFFREY LAYDON, on behalf of himself and all :
others similarly situated,
:
                Plaintiff, :

                ORDER

      -against- :

                12 Civ. 03419 (GBD)

MIZUHO CORPORATE BANK, LTD., et al., :

              Defendants. :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The stay of document discovery is extended until May 15, 2015. Document discovery shall commence on May 15, 2015.

    A status conference is scheduled for September 10, 2015 at 11:00 AM.

Dated: New York, New York
       April 8, 2015

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge