UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MIZUHO BANK, LTD., *et al.*,<br><br>        Defendants. | Case No. 12-cv-03419 (GBD) |

### DEFENDANTS' NOTICE OF MOTION FOR RECONSIDERATION OR FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b) OF THE COURT'S MARCH 31, 2015 ORDER DENYING THEIR MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION

   PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, defendants Mizuho Corporate Bank, Ltd., The Bank of Yokohama, Ltd., The Shoko Chukin Bank, Ltd., Shinkin Central Bank, Sumitomo Mitsui Trust Bank, Ltd., Sumitomo Mitsui Banking Corporation, The Norinchukin Bank, The Bank of Tokyo-Mitsubishi UFJ, Ltd., Mitsubishi UFJ Trust and Banking Corporation, and Deutsche Bank AG (the "Moving Defendants"), by and through their undersigned counsel, will move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States District Courthouse, 500 Pearl Street, New York, New York 10007, on the date and time to be set by the Court, for an order, pursuant to Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rule 12(b)(2) of the Federal Rules of Civil Procedure, (i) granting their motion for reconsideration or reargument of the Court's March 31, 2015 Order (Dkt. 446) (the "Order") and entering an order granting their motions to dismiss for lack of personal jurisdiction, or (ii) amending the Order to state that the Court finds that the issues in the Order

meet the criteria for an interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

Dated:  April 14, 2015                                       **SHEARMAN & STERLING LLP**

                                    By:   /s/Jerome S. Fortinsky
                                          Jerome S. Fortinsky
                                          John A. Nathanson
                                          Jeffrey J. Resetarits
                                          599 Lexington Avenue
                                          New York, NY  10022
                                          (212) 848-4000
                                          jfortinsky@shearman.com
                                          john.nathanson@shearman.com
                                          jeffrey.resetarits@shearman.com

                                    *Attorneys for Defendant Mizuho Corporate Bank, Ltd.*


                                    **DEBEVOISE & PLIMPTON LLP**

                                    By:   /s/ Gary W. Kubek
                                          Gary W. Kubek
                                          Erica Weisgerber
                                          919 Third Avenue
                                          New York, NY  10022
                                          (212) 909-6000
                                          gwkubek@debevoise.com
                                          eweisgerber@debevoise.com

                                    *Attorneys for Defendant The Bank of Yokohama, Ltd.*


                                    **ARNOLD & PORTER LLP**

                                    By:   /s/ Robert C. Mason
                                          Robert C. Mason
                                          399 Park Avenue
                                          New York, NY  10022
                                          (212) 715-1000
                                          robert.mason@aporter.com

    James W. Thomas, Jr.
    Bret A. Finkelstein
    555 Twelfth Street, NW
    Washington, DC   20004
    (202) 942-5000
    james.thomas@aporter.com
    bret.finkelstein@aporter.com

*Attorneys for Defendant The Shoko Chukin Bank, Ltd.*


**PILLSBURY WINTHROP SHAW**
 **PITTMAN LLP**

By: /s/ Andrew C. Smith
   Andrew C. Smith
   Andrew J. Kim
   1540 Broadway
   New York, NY   10036
   (212) 858-1000
   andrew.smith@pillsburylaw.com
   andrew.kim@pillsburylaw.com

*Attorneys for Defendant Shinkin Central Bank*


**SEWARD & KISSEL LLP**

By: /s/ Dale C. Christensen, Jr.
   Dale C. Christensen, Jr.
   Michael B. Weitman
   One Battery Park Plaza
   New York, NY   10004
   (212) 574-1200
   Christensen@sewkis.com
   Weitman@sewkis.com

*Attorneys for Defendant Sumitomo Mitsui Trust Bank, Ltd.*

**MORGAN, LEWIS & BOCKIUS LLP**

By:   /s/ Jon R. Roellke          
     Jon R. Roellke
     2020 K Street, NW
     Washington, DC 20006
     (202) 373-6000
     jon.roellke@morganlewis.com

     Michael L. Spafford
     PAUL HASTINGS LLP
     875 15th Street, NW
     Washington, DC  20005
     (202) 551-1700
     michaelspafford@paulhastings.com

*Attorneys for Defendant Sumitomo Mitsui Banking Corporation*


**SIDLEY AUSTIN LLP**

By:   /s/ Andrew W. Stern        
     Andrew W. Stern
     Alan M. Unger
     Tom A. Paskowitz
     787 Seventh Avenue
     New York, NY  10019
     (212) 839-5300
     astern@sidley.com
     aunger@sidley.com
     tpaskowitz@sidley.com

*Attorneys for Defendant The Norinchukin Bank*

**SULLIVAN & CROMWELL LLP**

By:   /s/ Daryl A. Libow  
     Daryl A. Libow
     Christopher M. Viapiano
     1700 New York Avenue, NW, Suite 700
     Washington, DC 20006
     (202) 956-7500
     libowd@sullcrom.com
     viapianoc@sullcrom.com

*Attorneys for Defendants The Bank of Tokyo-Mitsubishi UFJ, Ltd. and Mitsubishi UFJ Trust and Banking Corporation*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:   /s/ Moses Silverman  
     Moses Silverman
     Andrew C. Finch
     Michael J. Biondi
     1285 Avenue of the Americas
     New York, NY 10019
     (212) 373-3000
     msilverman@paulwiess.com
     afinch@paulweiss.com
     mbiondi@paulweiss.com

*Attorneys for Defendant Deutsche Bank AG*