IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, OKLAHOMA POLICE PENSION & RETIREMENT SYSTEM and STEPHEN P. SULLIVAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>– against –<br><br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, R.P. MARTIN HOLDINGS LIMITED AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Docket No. 12-cv-3419 (GBD) (HBP)<br><br>ECF Case |

**NOTICE OF PLAINTIFFS' MOTION FOR
INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1292(b) and upon the accompanying Memorandum of Law in Support of Motion for Interlocutory Appeal Under 28 U.S.C. § 1292(b) and the prior pleadings and proceedings in this action, Plaintiff Jeffrey Laydon and Proposed Plaintiffs Stephen P. Sullivan and Oklahoma Police Pension & Retirement System, through their undersigned counsel, hereby move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order certifying the Court's order dated March 31, 2015 (ECF No. 448) for interlocutory review.

Dated:   April 30, 2015

               Respectfully submitted,

               **LOWEY DANNENBERG COHEN & HART, P.C**

               By:   */s/ Vincent Briganti*
                   Vincent Briganti
                   Geoffrey M. Horn
                   Peter D. St. Phillip
                   Thomas Skelton
                   Raymond Girnys
                   Christian Levis
                   One North Broadway
                   White Plains, New York 10601
                   Tel.: 914-997-0500
                   Fax: 914-997-0035
                   vbriganti@lowey.com
                   pstphillip@lowey.com
                   tskelton@lowey.com
                   rgirnys@lowey.com
                   clevis@lowey.com

*Interim Lead Class Counsel*

Nicole Lavallee
Todd A. Seaver
**BERMAN DEVALERIO**
One California Street, Suite 900  San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6282
nlavallee@bermandevalerio.com
tseaver@bermandevalerio.com

Patrick T. Egan (PE-6812)
**BERMAN DEVALERIO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: pegan@bermandevalerio.com

*Additional Counsel for Plaintiffs*