UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/15

JEFFREY LAYDON, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

MIZUHO BANK, LTD., et al.,

Defendants.

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

Case No.: 12-cv-3419 (GBD)

GEORGE B. DANIELS, District Judge:

The motion of Anthony R. Van Vuren for admission to practice *Pro Hac Vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bars of the State of Maryland and the District of Columbia; and that his contact information is as follows:

> Anthony R. Van Vuren
> MORGAN, LEWIS & BOCKIUS LLP
> 2020 K Street, NW
> Washington, DC 20006
> Tel. (202) 373-6867
> Fax (202) 373-6001
> anthony.vanvuren@morganlewis.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Sumitomo Mitsui Banking Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5-5-15    SO ORDERED:
New York, New York

THE HONORABLE GEORGE B. DANIELS
United States District Judge

SO ORDERED

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE

- 2 -