


Attorneys & Counselors

Three World Financial Center
New York, New York 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Gregory T. Casamento
Direct Telephone: 212-415-7525
Direct Fax: 212-303-2754
gcasamento@lockelord.com

May 8, 2015

**Via Hand-Delivery & Fax (212) 805-6737**

Hon. George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAY 11 2015

Re: *Laydon v. Mizuho Bank, Ltd. et al.*, No. 1:12-cv-03419-GBD

Dear Judge Daniels:

We represent the HSBC Defendants in the above-referenced action. We write on behalf of all the Defendants to request a 14-day extension for the Defendants to file their response to the Plaintiff's Motion for Interlocutory Appeal under 28 U.S.C. Sec. 1292(b). The current deadline to file the response is May 14, 2015, and the new deadline would be May 28, 2015. No prior requests for an extension of this deadline have been made, counsel for Plaintiff takes no position on this request, and granting this extension should not affect any other dates set by the Court.

The basis for this request is to give the Defendants additional time to coordinate their response to Plaintiff's motion.

Accordingly, Defendants' request the Court's approval by endorsement of the 14-day extension requested above. Thank you for your attention to this letter. If you have any questions or need anything further, please let me know.

Respectfully,

*Gregory T. Casamento*

Gregory T. Casamento
Counsel for HSBC Defendants

cc: All Counsel of Record (by email)

Atlanta, Austin, Chicago, Dallas, Houston, London, Los Angeles, New Orleans, New York, Sacramento, San Francisco, Washington DC