UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Laydon

                      Plaintiff,

-against-

Mizuho Bank, Ltd., et al

                      Defendant.
--------------------------------------------------------

Case No. 1:12-cv-03419

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**David R. Gelfand**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DG1185     My State Bar Number is 2166718

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Milbank, Tweed, Hadley & McCloy LLP
                    FIRM ADDRESS: 1 Chase Manhattan Plaza, New York, NY 10005
                    FIRM TELEPHONE NUMBER: 212-530-5000
                    FIRM FAX NUMBER: 212-530-5219

NEW FIRM:     FIRM NAME: Milbank, Tweed, Hadley & McCloy LLP
                    FIRM ADDRESS: 28 Liberty Street, New York, NY 10005
                    FIRM TELEPHONE NUMBER: 212-530-5000
                    FIRM FAX NUMBER: 212-530-5219

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 15, 2015

_____
ATTORNEY'S SIGNATURE