UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JEFFREY LAYDON, on behalf of
himself and all others similarly situated,

                    Plaintiff,

        v.

MIZUHO BANK, LTD., *et al.,*

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:12-cv-03419-GBD

ECF Case

## NOTICE OF
## APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Elizabeth A. Cassady,

of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this

Court, hereby appears as counsel for defendants The Bank of Tokyo-Mitsubishi UFJ, Ltd. and

Mitsubishi UFJ Trust and Banking Corporation in the above-captioned action.

Dated: June 22, 2015
       Washington, D.C.


   s/ Elizabeth A. Cassady
Elizabeth A. Cassady
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.,
Washington, D.C. 20006
Telephone:  (202) 956-7500
Facsimile:  (202) 293-6330
cassadye@sullcrom.com

*Attorneys for The Bank of Tokyo-Mitsubishi*
*UFJ, Ltd. and Mitsubishi UFJ Trust and*
*Banking Corporation*