UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

JEFFREY LAYDON, on behalf of          :
himself and all others similarly
situated,                             :

                Plaintiff,     :   12 Civ. 3419 (GBD)(HBP)

   -against-                         :
                                  ORDER
THE BANK OF TOKYO MITSUBISHI UFJ,     :
et al.,
                              :

                Defendants.
                              :
-----------------------------------X

        PITMAN, United States Magistrate Judge:

        A conference having been held on June 25, 2015 during which certain discovery issues were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

        1.  No later than August 6, 2015, defendants shall submit briefs explaining why certain foreign data privacy or bank secrecy laws prohibit disclosure of the documents sought by plaintiff.  In the absence of an agreement among the parties to the contrary, the briefs shall address the laws of Japan, France and South Korea; one brief shall be submitted with respect to the laws of each of these countries on behalf of all defendants.  Plaintiff shall serve and file his

responsive brief no later than September 11, 2015. Defendants shall serve and file their reply brief no later than September 21, 2015.

    2. All briefing shall conform to the following guidelines:

        a. All defendants shall submit one brief and one reply brief with respect to each foreign jurisdiction's law.

        b. The main briefs shall not exceed 5,000 words; reply briefs shall not exceed 2,500 words. Headings, footnotes and quotations count toward the word limitation, i.e., all text after the caption and before the signature block counts toward the word limitation. The table of contents, table of authorities, appendices and certificates of counsel do not count toward the limitation. The length limit is allocated on a per brief basis; it is not cumulative. If, for example, one brief is 4,000 words long, the parties cannot add 1,000 words to one of their other briefs.

        c. Each brief shall include certification that, according to the word count function of the

word-processing system used to prepare the brief, the brief complies with the word limit.

      d.  The parties shall supply, as an appendix, an English translation of any authority cited that is not available in English on Westlaw.  Original foreign language material should not be submitted.

Dated:  New York, New York
        June 26, 2015

                        SO ORDERED

                        *[signature]*

                        HENRY PITMAN
                        United States Magistrate Judge

Copies transmitted to:

All Counsel