UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>  -against-<br><br>MIZUHO BANK LTD., THE BANK OF TOKYO MITSUBISHI UFJ, LTD., SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., MIZUHO CORPORATE BANK, LTD., THE BANK OF YOKOHAMA, LTD., MITSUBISHI UFJ TRUST AND BANKING CORPORATION, MIZUHO TRUST AND BANKING CO., LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., CITIBANK, JAPAN LTD., JPMORGAN CHASE BANK, NA, THE ROYAL BANK OF SCOTLAND GROUP PLC, DEUTSCHE BANK AG, UBS AG, BNP PARIBAS S.A., SHINKIN CENTRAL BANK, THE SHOKO CHUKIN BANK, THE NORINCHUKIN BANK, BARCLAYS BANK PLC, HSBC HOLDINGS PLC, CITIBANK, NA, CREDIT AGRICOLE CIB, LLOYDS BANKING GROUP PLC, SOCIETE GENERALE, RABOBANK GROUP,<br><br>      Defendants. | No.: 12-cv-03419 (GBD)<br><br><br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP shall appear as counsel for Deutsche Bank AG, defendant in the above-captioned matter.

Dated: New York, New York  
        July 7, 2015

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &  
    GARRISON LLP

BY:     /s/ Matthew J. Weiser  
           Matthew J. Weiser

1285 Avenue of the Americas  
New York, New York 10019  
Tel:   (212) 373-3636  
Fax:   (212) 492-0636  
E-mail: mweiser@paulweiss.com

*Counsel for Defendant Deutsche Bank AG*