

**New York**
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax

www.lowey.com

**Pennsylvania**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohoken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax

July 29, 2015

<u>VIA ECF</u>
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re: *Laydon v. Mizuho Bank, Ltd., et al.*, No. 12-cv-3419 (GBD) (HBP)

Dear Judge Daniels:

  As counsel for Plaintiff, we write to inform the Court that on July 24 we filed a complaint on behalf of Plaintiffs Sonterra Capital Master Fund, Ltd. and Hayman Capital Management, L.P.  See *Sonterra Capital Master Fund, Ltd. et al. v. UBS AG et al.*, No. 15-cv-5844 ("*Sonterra*").  We filed the *Sonterra* action as related to the above-referenced *Laydon* action as both actions arise out of the same alleged misconduct, by the same Defendants, over a similar period of time, and allege similar causes of action.

  Enclosed is a copy of the July 24, 2015 *Sonterra* complaint.[1]

  We respectfully request the Court consolidate the *Sonterra* action with the *Laydon* action pursuant to this Court's August 29, 2012 Order.  ECF No. 99 at p. 3, ¶4.

           Respectfully submitted,

           Vincent Briganti

cc: Counsel of Record (via ECF)

---

[1] Plaintiff did not include the *Sonterra* complaint's appendix and exhibits with this letter because these materials exceed 2100 pages.  The *Sonterra* complaint's appendix and exhibits were ECF filed on the *Sonterra* docket on July 24.  See *Sonterra*, ECF No. 1.  If the Court would like a complete set of these materials, Plaintiff will provide them.