IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated, : <br><br> Plaintiff, : <br><br> v. : <br><br> MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., CHUO MITSUI TRUST & BANKING CO. LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN LTD., THE BANK OF YOKOHAMA, LTD., SOCIETE GENERALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC,: ICAP PLC, R.P. MARTIN HOLDINGS LIMITED AND JOHN DOE NOS. 1-50, : <br><br> Defendants. : | Case No. 12-cv-3419-GBD-HBP <br><br> ECF Case |

———————————————————————————

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law dated

August 6, 2015, the supporting Declaration of Dr. Mark Watts and Professor Christopher Millard

dated August 5, 2015, the Declaration of Gregory T. Casamento dated August 6, 2015, and the exhibits thereto, the undersigned, on behalf of Defendants HSBC Holdings plc, HSBC Bank plc, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Securities plc, Société Générale, Sumitomo Mitsui Banking Corporation, Mizuho Corporate Bank, Ltd., and Deutsche Bank AG hereby move this Court for an order: (1) sustaining Defendants' objections to Plaintiffs' First Request for Production of Documents based on the data privacy laws of the United Kingdom; (2) requiring Plaintiff to pursue discovery of documents located or processed in the United Kingdom and subject to United Kingdom law through the procedures set forth in the Hague Convention; and (3) providing for such other and further relief that the Court deems proper.

Dated:     August 6, 2015
           New York, New York

                                        Respectfully submitted,

                                        /s/ Gregory T. Casamento
                                        Edwin R. DeYoung
                                        Gregory T. Casamento
                                        LOCKE LORD LLP
                                        Three World Financial Center
                                        New York, New York  10281
                                        Tel.: (212) 415-8600
                                        Fax: (212) 303-2754
                                        edeyoung@lockelord.com
                                        gcasamento@lockelord.com

                                        Roger B. Cowie
                                        2200 Ross Avenue, Suite 2200
                                        Dallas, Texas  75201
                                        Tel.: (214) 740-8000
                                        Fax: (214) 740-8800
                                        rcowie@lockelord.com

J. Matthew Goodin
Julie C. Webb
Chicago, Illinois 60606
Tel.: (312) 443-0700
Fax: (312) 896-6472
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Holdings plc and HSBC Bank plc*


/s/ Jerome S. Fortinsky
Jerome S. Fortinsky
John A. Nathanson
Jeffrey J. Resetarits
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel.: 212-848-4000
Fax: 212-848-7179
jfortinsky@shearman.com
john.nathanson@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendant Mizuho Corporate Bank, Ltd.*


/s/ Steven Wolowitz
Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 506-2500
Fax: (212) 262-1910
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com

*Attorneys for Defendant Société Générale*

/s/ Jon R. Roellke
Jon R. Roellke
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004
jon.roellke@morganlewis.com
Telephone:  (202) 739-3000
Fax:  (202) 739-3001

Michael L. Spafford
PAUL HASTINGS LLP
michaelspafford@paulhastings.com
875 15th Street, NW
Washington, DC 20005
Telephone:  (202) 551-1700
Fax: (202) 551-1705

*Attorneys for Defendant Sumitomo Mitsui Banking Corporation*


/s/ Thomas C. Rice
Thomas C. Rice
Paul C. Gluckow
Shannon P. Torres
Omari L. Mason
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel.: (212) 455-2000
Fax: (212) 455-2502
trice@stblaw.com
pgluckow@stblaw.com
stores@stblaw.com
omason@stblaw.com

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities plc*


/s/ Moses Silverman
Moses Silverman
Andrew C. Finch
Matthew J. Weiser
PAUL, WEISS, RIFKIND, WHARTON &

GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
msilverman@paulweiss.com
afinch@paulweiss.com
mweiser@paulweiss.com
Tel.: (212) 373-3355

*Attorneys for Defendant Deutsche Bank AG*