UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

JEFFREY LAYDON, on behalf of himself and all
others similarly situated,

                Plaintiff,

              v.

THE BANK OF TOKYO-MITSUBISHI UFJ,
LTD., et al.,

              Defendants.

------------------------------------------------------------ x

ORDER

12 Civ. 3419 (GBD)

GEORGE B. DANIELS, District Judge:

The status conference scheduled for September 10, 2015 is adjourned to October 8, 2015 at 11:00 AM.

Dated: New York, New York
       August 6, 2015

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge