# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

JEFFREY LAYDON, on behalf of himself and all     :
others similarly situated,     :
    :
        Plaintiff,     :
    :
      v.     :  Case No. 12cv3419 (GBD)
    :           (HBP)
    :
MIZUHO BANK, LTD., THE BANK OF TOKYO-     :  ECF Case
MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST     :
AND BANKING CO., LTD., THE NORINCHUKIN     :
BANK, MITSUBISHI UFJ TRUST AND BANKING     :
CORPORATION, SUMITOMO MITSUI BANKING     :
CORPORATION, RESONA BANK, LTD., J.P.     :
MORGAN CHASE & CO., J.P. MORGAN CHASE     :
BANK, NATIONAL ASSOCIATION, J.P. MORGAN     :
SECURITIES PLC, MIZUHO CORPORATE BANK,     :
LTD., CHUO MITSUI TRUST & BANKING CO.     :
LTD., DEUTSCHE BANK AG, MIZUHO TRUST     :
AND BANKING CO., LTD., THE SHOKO CHUKIN     :
BANK, LTD., SHINKIN CENTRAL BANK, UBS AG,     :
UBS SECURITIES JAPAN LTD., THE BANK OF     :
YOKOHAMA, LTD., SOCIETE GENERALE SA, THE     :
ROYAL BANK OF SCOTLAND GROUP PLC,     :
ROYAL BANK OF SCOTLAND PLC, BARCLAYS     :
BANK PLC, CITIBANK, NA, CITIGROUP, INC.,     :
CITIBANK, JAPAN LTD., CITIGROUP GLOBAL     :
MARKETS JAPAN, INC., COÖPERATIEVE     :
CENTRALE RAIFFEISEN-BOERENLEENBANK     :
B.A., HSBC HOLDINGS PLC, HSBC BANK PLC,:     :
ICAP PLC, R.P. MARTIN HOLDINGS LIMITED     :
AND JOHN DOE NOS. 1-50,     :
    :
        Defendants.     :
_____   :

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law dated August 6, 2015, the supporting Declaration of Hirotaka Uranaka dated August 5, 2015, and the Declaration of Andrew J. Calica, dated August 6, 2015, together with the exhibits annexed thereto, the undersigned, on behalf of Defendants The Bank of Tokyo-Mitsubishi UFJ, Ltd., The Bank of Yokohama, Ltd., JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Securities, plc, Mitsubishi UFJ Trust and Banking Corporation, Mizuho Corporate Bank, Ltd., The Norinchukin Bank, Shinkin Central Bank, The Shoko Chukin Bank, Ltd., Société Générale, Sumitomo Mitsui Banking Corp. and Sumitomo Mitsui Trust Bank, Ltd. will move this Court, before the Honorable Henry B. Pitman, United States Magistrate Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on such date and at such time as the Court may direct, for an Order: (1) sustaining Defendants' objections to Plaintiffs' First Request for Production of Documents directed to Defendants based on the data privacy laws of Japan, Japan's Act on the Protection of Personal Information, Act No. 57 of 2003 ("APPI"); (2) directing that Defendants be permitted to anonymize or pseudonymize personal information (as defined in the APPI), through redactions, from applicable documents prior to production; and (3) providing for such other and further relief that the Court deems just and proper.

Dated:      August 6, 2015
            New York, New York

/s/ Steven Wolowitz
_____
Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 506-2500
Fax: (212) 262-1910
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com

*Attorneys for Defendant Société Générale*


/s/ Daryl A. Libow
_____
Daryl A. Libow
Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C.  20006
Tel:  (202) 956-7500
Fax:  (202) 956-7056
libowd@sullcrom.com
viapianoc@sullcrom.com

*Attorneys for Defendants The Bank of Tokyo-Mitsubishi UFJ, Ltd. and Mitsubishi UFJ Trust and Banking Corporation*


/s/ Gary W. Kubek
_____
Gary W. Kubek
Erica S. Weisgerber
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel.:  (212) 909-6000
Fax:  (212) 909-6836
gwkubek@debevoise.com
eweisgerber@debevoise.com

*Attorneys for Defendant The Bank of Yokohama, Ltd.*

2

/s/ Thomas C. Rice
_____

Thomas C. Rice
Paul C. Gluckow
Omari L. Mason
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel.: (212) 455-2000
Fax: (212) 455-2502
trice@stblaw.com
pgluckow@stblaw.com
omason@stblaw.com

*Attorneys for Defendants JPMorgan Chase & Co.,
JPMorgan Chase Bank, N.A. and J.P. Morgan
Securities plc*

/s/ Jerome S. Fortinsky
_____

Jerome S. Fortinsky
John A. Nathanson
Jeffrey J. Resetarits
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel.: (212) 848-4000
Fax: (212) 848-7179
jfortinsky@shearman.com
john.nathanson@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendant Mizuho Corporate Bank,
Ltd.*

/s/ Andrew W. Stern
_____
Alan M. Unger
Andrew W. Stern
Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Tel:  (212) 839-5300
Fax:  (202) 839-5599
aunger@sidley.com
astern@sidley.com
ncrowell@sidley.com

*Attorneys for Defendant The Norinchukin Bank*

/s/ Andrew C. Smith
_____
Andrew C. Smith
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 BROADWAY
New York, New York 10036
Tel.: (212) 858-1000
Fax: (212) 858-1500
andrew.smith@pillsburylaw.com

*Attorneys for Defendant Shinkin Central Bank*

/s/ Robert C. Mason
_____
Robert C. Mason
Bret A. Finkelstein
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Tel.: (212) 715-1088
Fax: (212) 715-1399
robert.mason@aporter.com
bret.finkelstein@aporter.com

James W. Thomas, Jr. *(admitted pro hac vice)*
555 Twelfth Street, NW
Washington, DC 20004
Tel.: (202) 942-5000
Fax: (202) 942-5999
james.thomas@aporter.com

*Attorneys for Defendant*
*The Shoko Chukin Bank, Ltd.*

4

/s/ Jon R. Roellke
_____

Jon R. Roellke
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
Tel.:  (202) 739-3000
Fax:  (202) 739-3001
jon.roellke@morganlewis.com

Michael L. Spafford
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC 20005
Tel.: (202) 551-1700
Fax: (202) 551-1705
michaelspafford@paulhastings.com

*Attorneys for Defendant Sumitomo Mitsui Banking Corporation*

/s/ Dale C. Christensen, Jr.
_____

Dale C. Christensen, Jr.
Michael B. Weitman
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Tel:  (212) 574-1200
christensen@sewkis.com
weitman@sewkis.com

*Attorneys for Defendant Sumitomo Mitsui Trust Bank, Ltd.*

5

717154349