UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., CHUO MITSUI TRUST & BANKING CO. LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN LTD., THE BANK OF YOKOHAMA, LTD., SOCIETE GENERALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, R.P. MARTIN HOLDINGS LIMITED AND JOHN DOE NOS. 1-50,<br><br>        Defendants. | **Case No. 12-cv-3419 (GBD) (HBP)**<br><br>**ECF Case** |

**DECLARATION OF ANDREW J. CALICA**

Pursuant to 28 U.S.C. § 1746, Andrew J. Calica hereby declares:

1. I am a partner with the law firm Mayer Brown LLP, counsel for Defendant Société Générale in the above-captioned action. I submit this declaration in support of Defendants' Memorandum of Law In Support of Defendants' Japanese Data Privacy Law Objections filed contemporaneously herewith.

2. Attached hereto as Exhibit A is a true and correct copy of the Japanese Financial Services Agency's English translation of its original Guidelines for Personal Information Protection in the Financial Industries.

3. Attached hereto as Exhibit B is a true and correct copy of an English translation of the Supreme Court of Japan's decision in Saikō Saibansho [Sup Ct.] Sept. 12, 2003, Hei 15 (kyo) No. 8, 57 Saikō Saibansho Minji Hanreishū 937 (Japan), available at http://www.courts.go.jp/app/hanrei_en/detail?id=650.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         August 6, 2015

/s/ Andrew J. Calica
Andrew J. Calica
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 506-2500
acalica@mayerbrown.com

*Attorneys for Defendant*
*Société Générale*