

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY LAYDON, on behalf of himself and all others similarly situated,

   Plaintiff,

   -against-

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., et al.,

   Defendants.

12 cv 3419 (GBD)

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion by counsel for The Royal Bank of Scotland Group plc, The Royal Bank of Scotland plc, and RBS Securities Japan Limited (the "RBS Defendants"),

IT IS HEREBY ORDERED that the motion of Alejandra de Urioste to withdraw as counsel for the RBS Defendants is granted, and Ms. de Urioste's appearance is withdrawn as of the date of this Order.

Dated: 8-7-15

            _____
            Honorable George B. Daniels
            United States District Judge

            SO ORDERED
            _____
            HENRY PITMAN
            UNITED STATES MAGISTRATE JUDGE