```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY LAYDON, on behalf of himself and all others similarly situated,

        Plaintiff,

- against –

MIZUHO BANK, LTD.; *et al.*,

        Defendants.

12 cv 3419 (GBD)

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion by counsel for The Royal Bank of Scotland Group PLC, RBS Securities Japan Limited, and The Royal Bank of Scotland PLC ("RBS Defendants"),

**IT IS HEREBY ORDERED** that the motion of James D. Miller to withdraw as counsel for the RBS Defendants is granted and Mr. Miller's appearance is withdrawn as of the date of this Order.

Dated: _____

                                              Hon. George B. Daniels
                                              United States District Judge

SO ORDERED

*[signature]*
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
9-21-15