**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X
                                      :

JEFFREY LAYDON, on behalf of himself    :
and all others similarly situated,          :

                                    :   12 Civ. 3419 (GBD)

                      Plaintiff,    :

                                    :   **MOTION FOR WITHDRAWAL**
       -vs.-                     :   **OF APPEARANCE**

                                      :

MIZUHO BANK LTD., *et al.*,          :

                                    :

                    Defendants.   :
-------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that Bret A. Finkelstein hereby respectfully requests permission to withdraw his appearance in the above-referenced action on behalf of Defendant, The Shoko Chukin Bank, Ltd.  The law firm of Arnold & Porter LLP will continue to appear on behalf of The Shoko Chukin Bank, Ltd. and no delay in the progress of this action will result from this withdrawal.  I am not asserting a retaining or charging lien in this action.

Dated: New York, New York          ARNOLD & PORTER LLP
       September 28, 2015

                                   By:    /s/ Bret A. Finkelstein
                                         Bret A. Finkelstein
                                         399 Park Avenue
                                         New York, NY  10022
                                         Tel:  (212) 715-1000
                                         Bret.finkelstein@aporter.com