UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
                                                        :
JEFFREY LAYDON, on behalf of himself                    :
and all others similarly situated,                      :
                                                        :   12 Civ. 3419 (GBD) (HBP)
                         Plaintiff,                     :
                                                        :   **NOTICE OF CHANGE OF**
      -vs.-                                             :   **ADDRESS OF COUNSEL**
                                                        :
MIZUHO BANK LTD., et al.,                               :
                                                        :
                         Defendants.                    :
------------------------------------------------------- X
```

    Undersigned counsel for Defendant The Shoko Chukin Bank, Ltd. hereby gives notice that the Washington, D.C. office of Arnold & Porter LLP has relocated effective September 21, 2015. Updated contact information is as follows:

> James W. Thomas, Jr.
> Arnold & Porter LLP
> 601 Massachusetts Avenue, NW
> Washington, DC  20001
> Tel:  (202) 942-5000
> Fax: (202) 942-5999

Dated:  September 29, 2015.        ARNOLD & PORTER LLP

        By:  /s/ James W. Thomas, Jr.
           James W. Thomas, Jr.
           601 Massachusetts Avenue, NW
           Washington, DC  20001
           Tel:  (202) 942-5000
           james.thomas@aporter.com