```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X
JEFFREY LAYDON, on behalf of himself
and all others similarly situated,

        Plaintiff,

-vs.-

MIZUHO BANK LTD., *et al.*,

        Defendants.
-------------------------------------------------------- X

12 Civ. 3419 (GBD)

**MOTION FOR WITHDRAWAL OF APPEARANCE**

  **PLEASE TAKE NOTICE** that Bret A. Finkelstein hereby respectfully requests permission to withdraw his appearance in the above-referenced action on behalf of Defendant, The Shoko Chukin Bank, Ltd. The law firm of Arnold & Porter LLP will continue to appear on behalf of The Shoko Chukin Bank, Ltd. and no delay in the progress of this action will result from this withdrawal. I am not asserting a retaining or charging lien in this action.

Dated: New York, New York
   September 28, 2015

ARNOLD & PORTER LLP

By:  /s/ Bret A. Finkelstein
   Bret A. Finkelstein
   399 Park Avenue
   New York, NY 10022
   Tel: (212) 715-1000
   Bret.finkelstein@aporter.com

APPLICATION GRANTED
SO ORDERED

/s/ Henry Pitman
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
9-30-15