USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: OCT 05 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAYDON

                      Plaintiff,

- against -

MIZUHO BANK, LTD. et al.,

                      Defendants.

No. 1:12-cv-3419-GBD-HBP

ECF CASE

**NOTICE OF WITHDRAWAL OF COUNSEL**

        PLEASE TAKE NOTICE that, upon the annexed declaration of Jessica L. Brach, and subject to the approval of the Court, Jessica L. Brach hereby withdraws as counsel for Deutsche Bank AG in the above captioned matter. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Deutsche Bank AG in this proceeding.

Dated: New York, New York
         October 1, 2015

PAUL, WEISS, RIFKIND, WHARTON & GARRISON

By: /s/ Jessica L. Brach
        Jessica L. Brach

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
jbrach@paulweiss.com

SO ORDERED:

/s/ George B. Daniels    OCT 05 2015
George B. Daniels, U.S.D.J.