UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

JEFFREY LAYDON, on behalf of himself and all others similarly situated,

                    Plaintiff,

           v.

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., et al.,

                    Defendants.

------------------------------------ x

ORDER

12 Civ. 3419 (GBD)

GEORGE B. DANIELS, District Judge:

Plaintiff's request to consolidate the above-referenced action with the related case, *Sonterra Capital Master Fund, Ltd. et al. v. UBS AG et al.*, No. 15-cv-5844, is DENIED without prejudice.

Dated: New York, New York
       October 8, 2015

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge