UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JEFFREY LAYDON, on behalf of himself and all others similarly situated,

                         Plaintiff,

                  v.

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., et al.,

                        Defendants.

------------------------------------- x

ORDER

12 Civ. 3419 (GBD)

GEORGE B. DANIELS, District Judge:

The letter motion by California State Teachers' Retirement System ("CalSTRS") for leave to intervene as named plaintiff in the above-referenced action is DENIED.

Dated: New York, New York
       October 8, 2015

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge