```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JEFFREY LAYDON, on behalf of        :
himself and all others similarly
situated,                           :

                      Plaintiff,    :    12 Civ. 3419 (GBD)(HBP)

     -against-                      :
                                         ORDER
THE BANK OF TOKYO MITSUBISHI UFJ,   :
et al.,
                                    :
                      Defendants.
                                    :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2015

          PITMAN, United States Magistrate Judge:

          A conference having been held on October 21, 2015 during which certain discovery issues were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

     1.   Plaintiff's application to amend the protective order in this matter to permit the discovery produced in this matter to be used in 15 Civ. 5844 is denied.

       2.   The initial disclosures required by Fed.R.Civ.P. 26(a)(1) shall be made no later than November 25, 2015.

Dated:  New York, New York
        October 22, 2015

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

All Counsel