UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>MIZUHO BANK, LTD. et al.,<br><br>Defendants. | Case No. 12-cv-3419-GBD-HBP |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexander Li of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities plc in this action and requests that all subsequent papers be served upon the undersigned at the address below.

Dated: New York, New York
       October 26, 2015

                        Respectfully submitted,

                        SIMPSON THACHER & BARTLETT LLP

                        By:   /s/ Alexander Li
                               Alexander Li (zander.li@stblaw.com)
                               425 Lexington Ave.
                               New York, New York 10017-3954
                               Telephone: (212) 455-2000
                               Facsimile: (212) 455-2502

                               *Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities plc*