UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>        Proposed Intervenor/Appellant,<br><br>        – against –<br><br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, R.P. MARTIN HOLDINGS LIMITED AND JOHN DOE NOS. 1-50,<br><br>        Defendants/Appellees. | Docket No. 12-cv-3419 (GBD) (HBP) |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that proposed intervening plaintiff, California State Teachers' Retirement System ("CalSTRS"), individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Second Circuit from: (1) a

March 31, 2015 Memorandum Decision and Order (ECF No. 448) denying, without prejudice, CalSTRS' application to intervene as a named plaintiff; and (2) an October 8, 2015 Order (ECF No. 525) denying CalSTRS' motion to intervene as a named plaintiff.

Dated: November 9, 2015
      White Plains, New York

Respectfully submitted,

By: /s/ Vincent Briganti
Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
**LOWEY DANNENBERG COHEN & HART, P.C.**
One North Broadway, 5th Floor
White Plains, NY 10601
vbriganti@lowey.com
ghorn@lowey.com
pstphillip@lowey.com
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

*Interim Lead Class Counsel and Counsel for Proposed Intervenor California State Teachers' Retirement System*

Nicole Lavalee
Todd A. Seaver
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
nlavallee@bermandevalerio.com
tseaver@bermandevalerio.com
Telephone: (415) 433-3200
Facsimile: (415) 433-6282

Patrick T. Egan
**BERMAN DEVALERIO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: pegan@bermandevalerio.com

*Additional Counsel for Proposed Intervenor California State Teachers' Retirement System*