UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

JEFFREY LAYDON, *on behalf of himself and all others similarly situated*,

                Plaintiffs,

v.

MIZUHO BANK, LTD., et al.,

                Defendants.

------------------------------------- x

JAN 08 2016

ORDER

12-cv-03419 (GBD) (HBP)

GEORGE B. DANIELS, United States District Judge:

On or about December 18, 2015, Plaintiff filed a Third Amended Class Action Complaint ("TAC") under seal. (ECF No. 547.) On December 30, 2015, this Court granted Plaintiff permission to refile the TAC in redacted form. (ECF No. 557.) Since that time, however, the Court has determined that the TAC violates this Court's prior order which only granted Plaintiff leave to amend to add four defendants. (ECF No. 448 at 2, 21.)

The TAC adds several additional plaintiffs and claims. In addition, the TAC includes claims and defendants that this Court ordered dismissed from this action. (*See* ECF Nos. 270, 447.) Defendant's January 5, 2016 letter request that this Court strike the filed TAC in its entirety is GRANTED.

The TAC, (ECF Nos. 544-47), is hereby ORDERED stricken from the docket.

Should Plaintiff wish to file another amended complaint, he should submit a letter request with a Proposed Complaint attached which is consistent with this Court's previous orders, and

serve a copy on opposing counsel no later than January 28, 2016. Should opposing counsel wish to respond to Plaintiffs' submission, it should do so no later than February 18, 2016.

Dated: January 8, 2016
      New York, New York

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge
