IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>                     Plaintiff,<br><br>          - against –<br><br>MIZUHO BANK, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, RESONA BANK, LTD., J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, MIZUHO TRUST AND BANKING CO., LTD., THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, R.P. MARTIN HOLDINGS LIMITED AND JOHN DOE NOS. 1-50,<br><br>                     Defendants. | Docket No. 12-cv-3419 (GBD) (HBP) |

**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Declaration of Vincent Briganti and the exhibits attached thereto including the Settlement Agreements, and the record herein, Plaintiff, by and through his undersigned counsel, will

respectfully move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York on a date and time to be set by the Court, for an order granting Plaintiffs' motion for preliminary approval of the Settlement Agreements between Plaintiffs and (1) R.P. Martin Holdings Limited and Martin Brokers (UK) Ltd., and their subsidiaries and affiliates (collectively "R.P. Martin"); and (2) Citigroup Inc., Citibank, N.A., Citibank Japan Ltd., and Citigroup Global Markets Japan Inc., and their subsidiaries and affiliates (collectively "Citi") and the other relief set forth in the proposed order annexed hereto.

| | |
|---|---|
| Dated: February 1, 2016<br>White Plains, New York | **LOWEY DANNENBERG COHEN & HART, P.C.**<br><br>/s/ Vincent Briganti<br>Vincent Briganti<br>Geoffrey M. Horn<br>Peter D. St. Phillip<br>One North Broadway, 5th Floor<br>White Plains, New York 10601<br>914-997-0500<br>vbriganti@lowey.com<br>ghorn@lowey.com<br>pstphillip@lowey.com<br><br>*Counsel for Plaintiff*<br><br>Joseph J. Tabacco, Jr.<br>Todd A. Seaver<br>**BERMAN DEVALERIO**<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6282<br>jtabacco@bermandevalerio.com<br>tseaver@bermandevalerio.com<br><br>Patrick T. Egan<br>Daryl DeValerio Andrews<br>**BERMAN DEVALERIO**<br>One Liberty Square<br>Boston, MA 02109<br>Telephone: (617) 542-8300 |

Facsimile: (617) 542-1194
pegan@bermandevalerio.com
dandrews@bermandevalerio.com

*Additional Counsel for Plaintiff*