

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax

www.lowey.com

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohoken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax

June 3, 2016

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUN 06 2016

**VIA ECF AND FEDERAL EXPRESS**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Laydon v. Mizuho Bank, Ltd., et al.*, No. 12-cv-3419 (GBD) (HBP); *Sonterra Capital Master Fund, Ltd. et al. v. UBS AG et al.*, No. 15-cv-5844 (GBD) (HBP)

Dear Judge Daniels:

As counsel for Plaintiffs, we write to request an eleven day extension of time from June 6 to on or before June 17 for Plaintiffs to file their motion to preliminarily approve their settlement with the HSBC Defendants.

The eleven day extension will allow Plaintiffs and the HSBC Defendants to finalize the terms of the settlement and the motion for preliminary approval. As referenced in Plaintiffs' May 9 letter, the motion for preliminary approval will also propose a combined notice program of the Citi and R.P. Martin settlements along with the HSBC settlement.

This is Plaintiffs first request for an extension.

The Citi and HSBC Defendants do not object to this request.

We thank the Court for its consideration and are available to address any questions the Court may have.

Respectfully submitted,

*Vincent Briganti*
Vincent Briganti

cc:   Counsel of Record (via ECF)