IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, LLOYDS BANKING GROUP PLC, ICAP EUROPE LIMITED, R.P. MARTIN HOLDINGS LIMITED, MARTIN BROKERS (UK) LTD., TULLETT PREBON PLC, AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Docket No. 12-cv-3419 (GBD) (HBP) |

**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANTS HSBC HOLDINGS PLC AND HSBC BANK PLC**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the

Declaration of Vincent Briganti and the exhibits attached thereto including the Settlement

Agreement, the Declaration of Geoffrey M. Horn and the exhibits attached thereto, and the record

herein, Plaintiff, by and through his undersigned counsel, will respectfully move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York on a date and time to be set by the Court, for an order granting Plaintiff's motion for preliminary approval of the Settlement Agreement between Plaintiffs and HSBC Holdings plc and HSBC Bank plc, and their subsidiaries and affiliates (collectively "HSBC") and the other relief set forth in the proposed superseding order annexed hereto.

| | |
|---|---|
| Dated: June 17, 2016<br>White Plains, New York | **LOWEY DANNENBERG COHEN & HART, P.C.**<br><br>/s/ Vincent Briganti<br>Vincent Briganti<br>Geoffrey M. Horn<br>Peter D. St. Phillip<br>One North Broadway, 5th Floor<br>White Plains, New York 10601<br>914-997-0500<br>vbriganti@lowey.com<br>ghorn@lowey.com<br>pstphillip@lowey.com<br><br>*Counsel for Plaintiff*<br><br>Joseph J. Tabacco, Jr.<br>Todd A. Seaver<br>**BERMAN DEVALERIO**<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6282<br>jtabacco@bermandevalerio.com<br>tseaver@bermandevalerio.com<br><br>Patrick T. Egan<br>Daryl DeValerio Andrews<br>**BERMAN DEVALERIO**<br>One Liberty Square<br>Boston, MA 02109<br>Telephone: (617) 542-8300<br>Facsimile: (617) 542-1194<br>pegan@bermandevalerio.com |

dandrews@bermandevalerio.com

**LOVELL STEWART HALEBIAN JACOBSON LLP**

Christopher Lovell
Gary S. Jacobson
61 Broadway, Suite 501
New York, NY 10006
Tel.: 212-608-1900
Fax: 212-719-4677

*Additional Counsel for Plaintiff*