UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *Laydon v. Mizuho Bank, Ltd., et al.* | No. 12-cv-3419 (GBD) |
| *Sonterra Capital Master Fund Ltd., et al. v. UBS AG, et al.* | No. 15-cv-5844 (GBD) |

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENTS WITH DEFENDANTS CITIBANK, N.A.,
CITIGROUP INC., CITIBANK JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN
INC., HSBC HOLDINGS PLC, HSBC BANK PLC, AND
R.P. MARTIN HOLDINGS LIMITED AND MARTIN BROKERS (UK) LTD.**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declarations of Vincent Briganti, Esq., Kenneth R. Feinberg, Esq., and Brian J. Bartow, Esq., the Affidavit of Eric J. Miller, the exhibits attached thereto, and the record herein, Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York on November 10, 2016 at 10:00 a.m. for an order granting final approval of the Settlements between Plaintiffs and Defendants (1) Citibank, N.A., Citigroup Inc., Citibank Japan Ltd., and Citigroup Global Markets Japan Inc.; (2) HSBC Holdings plc and HSBC Bank plc; and (3) R.P. Martin Holdings Limited and Martin Brokers (UK) Ltd. and other relief set forth in the [Proposed] Final Approval Order and the [Proposed] Final Judgment, copies of which are attached hereto.

Dated: September 27, 2016
      White Plains, New York

**LOWEY DANNENBERG COHEN
& HART, P.C.**

By: */s/ Vincent Briganti*
Vincent Briganti

1

Geoffrey M. Horn
Peter D. St. Phillip
One North Broadway, 5th Floor
White Plains, New York 10601
914-997-0500
vbriganti@lowey.com
ghorn@lowey.com
pstphillip@lowey.com

*Class Counsel*

Joseph J. Tabacco, Jr.
Todd A. Seaver
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
jtabacco@bermandevalerio.com
tseaver@bermandevalerio.com

Patrick T. Egan
Daryl DeValerio Andrews
**BERMAN DEVALERIO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
pegan@bermandevalerio.com
dandrews@bermandevalerio.com

**LOVELL STEWART HALEBIAN
JACOBSON LLP**

Christopher Lovell
Gary S. Jacobson
61 Broadway, Suite 501
New York, NY 10006
Tel.: 212-608-1900
Fax: 212-719-4677

*Additional Counsel for Plaintiffs*

2