UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *Laydon v. Mizuho Bank, Ltd., et al.* | No. 12-cv-3419 (GBD) |
| *Sonterra Capital Master Fund Ltd., et al. v. UBS AG, et al.* | No. 15-cv-5844 (GBD) |

PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENTS WITH DEFENDANTS DEUTSCHE BANK AG, DB
GROUP SERVICES (UK) LTD., JPMORGAN CHASE & CO., JPMORGAN CHASE
BANK, NATIONAL ASSOCIATION, AND J.P. MORGAN SECURITIES PLC

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declarations of Vincent Briganti and Brian J. Bartow, the Affidavit of Eric J. Miller, the exhibits attached thereto, and the record herein, Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York on December 7, 2017 at 10:30 a.m. for an order granting final approval of the Settlements between Plaintiffs and Defendants (1) Deutsche Bank AG and DB Group Services (UK) Ltd.; and (2) JPMorgan Chase & Co., JPMorgan Chase Bank, National Association, and J.P. Morgan Securities plc and other relief set forth in the [Proposed] Final Approval Order and the [Proposed] Final Judgment, copies of which are attached hereto.

Dated:  October 31, 2017
        White Plains, New York

**LOWEY DANNENBERG, P.C.**

By:  */s/ Vincent Briganti*
Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
44 South Broadway, Ste. 1100
White Plains, New York 10601

Tel.: 914-997-0500
Fax: 914- 997-0035
vbriganti@lowey.com
ghorn@lowey.com
pstphillip@lowey.com

*Class Counsel*

Joseph J. Tabacco, Jr.
Todd A. Seaver
**BERMAN TABACCO**
44 Montgomery Street, Ste. 650
San Francisco, CA 94104
Tel.: 415-433-3200
Fax: 415-433-6282

Patrick T. Egan
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: 617-542-8300
Facsimile: 617-542-1194

Christopher Lovell
Gary S. Jacobson
**LOVELL STEWART HALEBIAN
    JACOBSON LLP**
61 Broadway, Suite 501
New York, NY 10006
Tel.: 212-608-1900
Fax: 212-719-4677

Jennifer W. Sprengel
Anthony F. Fata
**CAFFERTY CLOBES MERIWETHER
    & SPRENGEL LLP**
150 S. Wacker, Suite 3000
Chicago, IL 60606
Tel.: 312-782-4880
Fax: 312-782-4485

Patrick E. Cafferty
**CAFFERTY CLOBES MERIWETHER
    & SPRENGEL LLP**
220 Collingwood Drive, Suite 130
Ann Arbor, MI 48103
Tel.: 734-769-2144

Linda Nussbaum
Bart Cohen
Susan Schwaiger
**NUSSBAUM LAW GROUP, P.C.**
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Tel.: 917-438-9102

*Additional Counsel for Plaintiffs*