UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
JEFFREY LAYDON, on behalf of himself and :
all others similarly situated, :
:
               Plaintiff, :
: No. 12-cv-03419 (GBD)
        v. :
:
MIZUHO BANK LTD., et al., :
:
               Defendants. :
:
-----------------------------------------------------------x

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Mark A. Kirsch of Gibson, Dunn & Crutcher LLP, an attorney in good standing and admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for UBS AG and UBS Securities Japan Co., Ltd.

Dated: New York, New York
       January 17, 2018

                                              GIBSON, DUNN & CRUTCHER LLP

                                              By:  /s/  Mark A. Kirsch
                                                     Mark A. Kirsch

                                              200 Park Avenue, 48th Floor
                                              New York, New York 10166
                                              Tel.: (212) 351-2662
                                              mkirsch@gibsondunn.com

                                              *Attorney for UBS AG and UBS*
                                              *Securities Japan Co., Ltd.*