UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JEFFREY LAYDON, on behalf of himself and
all others similarly situated,

           Plaintiff,

    v.

MIZUHO BANK LTD., et al.,

           Defendants.

-----------------------------------------------------------x

No. 12-cv-3419 (GBD)

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JAN 2 2 2018

## MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned counsel is no longer associated with the firm of Gibson, Dunn & Crutcher LLP, and hereby requests that the Court withdraw me as counsel for Defendants UBS AG and UBS Securities Japan Co., Ltd. in the above-captioned action. No substitution of counsel is necessary, as UBS AG and UBS Securities Japan Co., Ltd. continue to be represented in this action by attorneys of record from Gibson, Dunn & Crutcher LLP. UBS AG and UBS Securities Japan Co., Ltd. are aware of and consent to the withdrawal.

Dated: New York, New York
       January 18, 2018

                          GIBSON, DUNN & CRUTCHER LLP

                          By: */s/ Peter Sullivan*
                              Peter Sullivan

                          200 Park Avenue, 47th Floor
                          New York, New York 10166
                          Tel.: (212) 351-5370
                          psullivan@gibsondunn.com

                          *Attorneys for UBS AG and UBS*
                          *Securities Japan Co., Ltd.*