UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MIZUHO BANK LTD., *et al.*,<br><br>    *Defendants*. | Civil Action No. 12-cv-3419<br><br>**SO ORDERED:**<br><br>*/s/ George B. Daniels*<br>George B. Daniels, U.S.D.J.<br><br>**Dated:** FEB 0 1 2018 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the undersigned, Bradley J. Demuth, is no longer associated with the law firm Nussbaum Law Group, P.C. ("NLG"). Please kindly withdraw my appearance as counsel of record for plaintiff Jeffrey Laydon ("Plaintiff") in the above-captioned matter. Other NLG attorneys of record will continue to represent Plaintiff in this matter.

Dated: January 31, 2018

              */s/ Bradley J. Demuth*
              Bradley J. Demuth
              1211 Avenue of the Americas, 40th Fl.
              New York, New York 10036
              917-438-9195
              bdemuth@nussbaumpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018, I caused the foregoing **Withdrawal of Appearance** to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

/s/ *Bradley J. Demuth*
Bradley J. Demuth