UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>           -against-<br><br>MIZUHO BANK, LTD. et al.,<br><br>                    Defendants. | Case No. 12-cv-3419-GBD-HBP |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities plc ("JPMorgan"), by and through its counsel Simpson Thacher & Bartlett LLP, respectfully requests the withdrawal of the appearance of Thomas C. Rice as counsel for JPMorgan in the above-referenced action.  Thomas C. Rice has retired as a member of Simpson Thacher & Bartlett LLP.  Simpson Thacher & Bartlett LLP will continue to serve as counsel for JPMorgan.

Dated: New York, New York
       February 14, 2018

                        Respectfully submitted,

                        SIMPSON THACHER & BARTLETT LLP

                        By:    /s/ Paul C. Gluckow
                              Mary Beth Forshaw (mforshaw@stblaw.com)
                              Paul C. Gluckow (pgluckow@stblaw.com)
                              Alan C. Turner (aturner@stblaw.com)
                              425 Lexington Avenue
                              New York, New York 10017
                              Tel: (212) 455-2000
                              Fax: (212) 455-2502

                              Abram J. Ellis (aellis@stblaw.com)
                              900 G Street, NW
                              Washington, D.C. 20001
                              Tel: (202) 636-5500
                              Fax: (202) 636-5502

                              *Attorneys for Defendants JPMorgan Chase & Co.,*
                              *JPMorgan Chase Bank, N.A., and J.P. Morgan*
                              *Securities plc*