UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>MIZUHO BANK, LTD. et al.,<br><br>Defendants. | Case No. 12-cv-3419-GBD-HBP |

FEB 1 5 2018

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

 d: FEB 1 5 2018

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities plc ("JPMorgan"), by and through its counsel Simpson Thacher & Bartlett LLP, respectfully requests the withdrawal of the appearance of Thomas C. Rice as counsel for JPMorgan in the above-referenced action. Thomas C. Rice has retired as a member of Simpson Thacher & Bartlett LLP. Simpson Thacher & Bartlett LLP will continue to serve as counsel for JPMorgan.

Dated: New York, New York
February 14, 2018

                        Respectfully submitted,

                        SIMPSON THACHER & BARTLETT LLP

                By:    /s/ Paul C. Gluckow
                        Mary Beth Forshaw (mforshaw@stblaw.com)
                        Paul C. Gluckow (pgluckow@stblaw.com)
                        Alan C. Turner (aturner@stblaw.com)
                        425 Lexington Avenue
                        New York, New York 10017
                        Tel: (212) 455-2000
                        Fax: (212) 455-2502

                        Abram J. Ellis (aellis@stblaw.com)
                        900 G Street, NW
                        Washington, D.C. 20001
                        Tel: (202) 636-5500
                        Fax: (202) 636-5502

                        *Attorneys for Defendants JPMorgan Chase & Co.,*
                        *JPMorgan Chase Bank, N.A., and J.P. Morgan*
                        *Securities plc*

2