UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAYDON<br><br>                  Plaintiff,<br>- against -<br><br>MIZUHO BANK, LTD. et al.,<br>                          Defendants. | No. 1:12-cv-3419-GBD-HBP<br><br>ECF CASE<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that, upon the annexed declaration of Jacob J. Taber, and subject to the approval of the Court, Jacob J. Taber hereby withdraws as counsel for Deutsche Bank AG in the above-captioned matter. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Deutsche Bank AG in this proceeding.

Dated: New York, New York
March 22, 2018

PAUL, WEISS, RIFKIND, WHARTON & GARRISON

By: _____
Jacob J. Taber

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
jtaber@paulweiss.com

SO ORDERED:

_____
George B. Daniels, U.S.D.J.

MAR 2 3 2018