## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAYDON, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff,<br><br>          - against -<br><br>THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE SUMITOMO TRUST AND BANKING CO., LTD., THE NORINCHUKIN BANK, MITSUBISHI UFJ TRUST AND BANKING CORPORATION, SUMITOMO MITSUI BANKING CORPORATION, J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, J.P. MORGAN SECURITIES PLC, MIZUHO CORPORATE BANK, LTD., DEUTSCHE BANK AG, THE SHOKO CHUKIN BANK, LTD., SHINKIN CENTRAL BANK, UBS AG, UBS SECURITIES JAPAN CO. LTD., THE BANK OF YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, THE ROYAL BANK OF SCOTLAND GROUP PLC, THE ROYAL BANK OF SCOTLAND PLC, RBS SECURITIES JAPAN LIMITED, BARCLAYS BANK PLC, CITIBANK, NA, CITIGROUP, INC., CITIBANK, JAPAN LTD., CITIGROUP GLOBAL MARKETS JAPAN, INC., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., HSBC HOLDINGS PLC, HSBC BANK PLC, LLOYDS BANKING GROUP PLC, ICAP EUROPE LIMITED, R.P. MARTIN HOLDINGS LIMITED, MARTIN BROKERS (UK) LTD., TULLETT PREBON PLC, AND JOHN DOE NOS. 1-50,<br><br>                      Defendants. | Docket No. 12-cv-3419 (GBD) (HBP) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/18

?ᵣᵦ

## [PROPOSED] REVISED SCHEDULING ORDER

WHEREAS, the Court entered a scheduling order on April 17, 2017, as amended on January 26, 2018, and April 3, 2018;

It is hereby ORDERED as follows:

## I.   FACT DISCOVERY

A.      The parties agree to continue to meet and confer regarding the scope of
any additional discovery to occur prior to the Court's decision on class certification.

B.      No depositions will occur before November 1, 2018.

C.      All fact discovery will be completed by the later of (i) 180 days following
the Court's decision on class certification or (ii) 90 days after the resolution by agreement or
court order of any motions to compel the production of documents or other matters related to the
production of documents, including without limitation privilege or redaction logs, or data privacy
issues or any motions to compel the production of any witness for deposition or other motion to
compel directed to non-document discovery.

D.      In the case of discovery disputes, the parties should follow Local Civil
Rule 37.2 with the following modifications:  Any party wishing to raise a discovery dispute with
the Court must first meet and confer in good faith with the opposing party, in person, or by
telephone, in an effort to resolve the dispute.

## II.   CLASS CERTIFICATION AND CLASS CERTIFICATION EXPERT DISCOVERY

A.      Plaintiff will serve class certification expert reports no later than
January 22, 2019.

B.      Defendants will serve class certification expert reports no later than
May 22, 2019.

C.      Plaintiff will serve rebuttal class certification expert reports no later than
July 22, 2019.

D.     Plaintiff will file his motion for class certification no later than 30 days

after he serves any rebuttal class certification expert report pursuant to Section II.C (or, if no

such report is filed, no later than August 21, 2019).

E.     Any opposition to the motion for class certification will be filed no later

than 60 days after Plaintiff files his motion for class certification.

F.     Any reply brief in support of the motion for class certification will be filed

no later than 30 days after any opposition to the motion for class certification is filed.

G.     The parties agree to negotiate in good faith the timing of depositions of

their experts proffered in support of and in opposition to class certification.

## III.    MERITS EXPERT DISCOVERY

A.     Any party bearing the burden of proof on an issue for which they intend to

offer expert opinion will serve their experts' reports within 90 days after the close of fact

discovery.

B.     Any party seeking to offer expert opinion in response to any reports served

under Section III.A will serve their experts' reports no later than 60 days after the opening expert

report is served.

C.     Any rebuttal experts' reports will be served no later than 30 days after

responsive expert reports are served.

## IV.    DISPOSITIVE MOTIONS

A.     Any dispositive motions will be made no later than 90 days after all merits

expert reports are exchanged.

B.     The opposition to any dispositive motion will be filed no later than 90

days after the filing of the motion.

C.      Any reply will be filed no later than 45 days after any opposition to the

dispositive motion is filed.

Dated:  New York, New York
        _____9 - 2 4_____ , 2018

_____
The Honorable Henry Pitman
United States Magistrate Judge

4