**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JEFREY LAYDON, on behalf of himself and all
Others similarly situated,

                Plaintiff,                              12 **CIVIL** 3419 (GBD)

       -against-                                  **JUDGMENT**

MIZUHO BANK, LTD., et al.,
                Defendants.
-------------------------------------------------------------X

                It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Memorandum Decision and Order dated August 27, 2020, Defendants' motion for judgment on the pleadings, (ECF No. 974), is granted; accordingly, Plaintiff's Third Amended Complaint, (CF No. 580), is dismissed.

**Dated:**  New York, New York
          September 25, 2020

                                                                  **RUBY J. KRAJICK**
                                                                  _____
                                                                  **Clerk of Court**
                                     **BY:**
                                                                    **Deputy Clerk**